AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| TATI ABU KING, MELVIN LEWIS WINGATE, TONI HEATH JOHNSON, and BRIDGING THE GAP IN VIRGINIA, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:23-cv-408 |
| GLENN YOUNGKIN, in his official capacity as Governor of the Commonwealth of Virginia, et al., | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chairman of the Board of Elections John O'Bannon
Virginia State Board of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Brittany Blueitt Amadi
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave NW
Washington DC 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/26/2023_____          _____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

TATI ABU KING, ET AL

CIVIL ACTION NO.: 3:23-CV-408

*Plaintiff*

vs

GLENN YOUNGKIN, in his official capacity as Governor of the Commonwealth
of Virginia, et al

*Defendant*

# AFFIDAVIT OF SERVICE

State of Virginia }
County of Chesterfield } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of Virginia,

That on 06/28/2023 at 12:35 PM at Washington Building, 1100 Bank Street, 1st Floor, Richmond, VA 23219

deponent served a(n) Summons in a Civil Action and Complaint with Exhibit A, Civil Cover Sheet with Attachments 1-2

on John O'Bannon, in his official capacity as Chairman of the State Board of Elections for the Commonwealth of
Virginia by serving Felicia Gonzalez.

deponent knew the person so served to be a person authorized to accept service.

<u>Description of Person Served:</u>
Gender: Female
Skin: Black
Hair: Red
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

Sworn to before me this
20 : day of June, 2023

*[signature]*

NOTARY PUBLIC

*[notary seal: KAREN L. RICE, NOTARY PUBLIC, REG. #355099, MY COMMISSION EXPIRES 10/31/2025, COMMONWEALTH OF VIRGINIA]*

*[signature]*
Kenneth V. Condrey

Serving By Irving, Inc. | 16 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160