CIVIL NON-JURY TRIAL OR MOTION HEARING         Date:    November 22, 2023
MINUTE SHEET

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| *CASE TITLE*<br><br>**TATI ABU KING, et al.**<br>   v.<br>**GLENN YOUNGKIN, et al.** | *CASE NO*:   3:23CV00408-JAG<br><br>*JUDGE*:   Gibney, SUSDJ<br><br>*COURT REPORTER*:   Gil Halasz, OCR |

MATTER ON FOR:    ( ) Bench Trial    (**X**) Motion Hearing    ( ) OTHER: _____

APPEARANCES:      All parties by counsel _____

### *TRIAL PROCEEDINGS*:

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) ( )     DEFENDANT(S) ( )     COURT ( )
OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )     SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )     MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANTS ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION ( )     TRIAL EXHIBITS RETURNED TO COUNSEL ( )

### *ADDITIONAL NOTATIONS*:

Matter came on for hearing on Defendants' Motion to Dismiss the First Amended Complaint Under FRCP 12(b)(1) and 12(b)(6). [ECF no. 76]
Argument heard.
Memorandum Opinion to enter.

### *APPEARANCES*:

| | |
|---|---|
| Plaintiffs | Brittany Blueitt Amadi, Esq.; Nicholas Werle, Esq.; Matthew Wollin, Esq.; L. Alyssa Chen, Esq. |
| Defendants | Andrew N. Ferguson, Esq. and Kevin M. Gallagher, Esq. |

SET   9:00 a.m.      BEGAN   9:10 a.m.      ENDED   10:36 a.m.      TIME IN COURT   1:26