IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TATI ABU KING, et al.,
        Plaintiffs,

v.                                         Civil Action No. 3:23cv408

GLENN YOUNGKIN, in his official capacity
as Governor of the Commonwealth of
Virginia, et al.,
        Defendants.

## ORDER

    This matter comes before the Court of the defendants' motion to dismiss, (ECF No. 76). For the reasons stated in the accompanying Opinion, the Court GRANTS IN PART and DENIES IN PART the motion. (ECF No. 76.) The Court ORDERS as follows:

    1. The Court DISMISSES the plaintiff, Bridging the Gap, Inc., for lack of standing.

    2. The Court DISMISSES Counts One, Three, and Four.

    3. The Court DENIES the motion as to Count Two. This case will proceed as to Count Two only.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

/s/ _____
John A. Gibney, Jr.
Senior United States District Judge

Date: 18 March 2024
Richmond, VA