**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| TATI ABU KING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:23-cv-408-JAG |
| | ) |
| GLENN YOUNGKIN, in his official capacity as Governor of the Commonwealth of Virginia, et al., | ) ) ) ) |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that the defendants in the above-captioned matter, Glenn Youngkin, Kelly Gee, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Donald W. Merricks, Matthew Weinstein, Susan Beals, Eric Spicer, and Shannon Williams (collectively, the Defendants), appeal to the United States Court of Appeals for the Fourth Circuit from the March 18, 2024 Opinion (ECF No. 88) and Order (ECF No. 89) denying Defendants' assertion of sovereign immunity as raised in Defendants' Motion to Dismiss the First Amended Complaint (ECF No. 76).

This appeal is taken pursuant to the collateral order doctrine under 28 U.S.C. § 1291.

Dated: March 26, 2024

Respectfully submitted,

GLENN YOUNGKIN
KELLY GEE
JOHN O'BANNON
ROSALYN R. DANCE
GEORGIA ALVIS-LONG
DONALD W. MERRICKS
MATTHEW WEINSTEIN
SUSAN BEALS
ERIC SPICER
SHANNON WILLIAMS

By: ___*/s/ Erika L. Maley*___
    Erika L. Maley (VSB #97533)
      *Solicitor General*

    Jason S. Miyares
      *Attorney General*

    Steven G. Popps (VSB #80817)
      *Deputy Attorney General*

    Kevin M. Gallagher (VSB #87548)
      *Principal Deputy Solicitor General*

    Office of the Attorney General
    202 North Ninth Street
    Richmond, Virginia 23219
    (804) 786-2071 – Telephone
    (804) 786-1991 – Facsimile
    EMaley@oag.state.va.us

Charles J. Cooper (*Pro Hac Vice*)
Haley N. Proctor (VSB #84272)
Joseph O. Masterman (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants Glenn Youngkin, Kelly Gee, John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Donald W. Merricks, Matthew Weinstein, Susan Beals, Eric Spicer, and Shannon Williams*

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on March 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

        */s/ Erika L. Maley*
        Erika L. Maley (VSB #97533)
        *Solicitor General*