FILED: December 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1265
(3:23-cv-00408-JAG)

---

TATI ABU KING; TONI HEATH JOHNSON

Plaintiffs - Appellees

and

BRIDGING THE GAP IN VIRGINIA

Plaintiff

v.

GLENN YOUNGKIN, in his official capacity as Governor of the Commonwealth of Virginia; KELLY GEE, in her official capacity as Secretary of the Commonwealth of Virginia; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia; ROSALYN R. DANCE, in her official capacity as Vice Chair of the State Board of Elections for the Commonwealth of Virginia; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections for the Commonwealth of Virginia; DONALD W. MERRICKS, in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia; MATTHEW WEINSTEIN, in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia; SUSAN BEALS, in her official capacity as Commissioner of the Department of Elections for the Commonwealth of Virginia; SHANNON WILLIAMS, in her official capacity as the General Registrar of Smyth County, Virginia,; ERIC SPICER, in his official capacity as General Registrar of Fairfax County, Virginia

Case 3:23-cv-00408-JAG Document 101 Filed 12/27/24 Page 2 of 2 PageID# 693

Defendants - Appellants

---

M A N D A T E

---

The judgment of this court, entered December 5, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*