IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TATI ABU KING and TONI HEATH JOHNSON,<br><br>      Plaintiffs,<br><br>  v.<br><br>JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia; ROSALYN R. DANCE, in her official capacity as Vice Chair of the State Board of Elections for the Commonwealth of Virginia; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections for the Commonwealth of Virginia; DONALD W. MERRICKS, in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia; MATTHEW WEINSTEIN, in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia; SUSAN BEALS, in her official capacity as Commissioner of the Department of Elections for the Commonwealth of Virginia; ERIC SPICER, in his official capacity as the General Registrar of Fairfax County, Virginia; and SANDY C. ELSWICK, in her official capacity as the General Registrar of Smyth County, Virginia,<br><br>      Defendants. | Case No. 3:23-cv-00408 |

**JOINT MOTION TO MODIFY INITIAL PRETRIAL ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs and Defendants (together, the "Parties") jointly request modification of the Court's March 27, 2025 Initial Pretrial Order, Dkt. 126, as follows.

1.    The party with the burden of proof on an issue will disclose the information required under Federal Rule of Civil Procedure 26(a)(2) by Wednesday, June 4, 2025; opposing party by Wednesday, June 18; rebuttal expert(s) by Wednesday, July 2, 2025;

2. All discovery shall be completed by Wednesday, July 9 and written discovery shall be served such that the responses are due no later than Wednesday, July 9;

3. Motions challenging the designation of experts shall be filed no later than Friday, July 18, 2025;

4. Motions for summary judgment shall be filed no later than Friday, July 18;

5. Motions regarding class certification shall be filed no later than Friday, July 18;

6. Responses to motions challenging the designation of experts, motions for summary judgment, and motions regarding class certification shall be filed no later than Friday, August 8, 2025;

7. Replies in support of challenges to the designation of experts, motions for summary judgment, and motions regarding class certification shall be filed no later than Thursday, August 21, 2025; and

8. All other pretrial deadlines shall be stayed pending resolution of any motions for summary judgment and class certification.

Dated: April 30, 2025                              Respectfully submitted,

/s/ *Brittany Blueitt Amadi*

Vishal Agraharkar (VSB No. 93265)
Eden Heilman (VSB No. 93554)
ACLU Foundation of Virginia
701 E. Franklin Street, Ste. 1412
Richmond, VA 23219
(804) 523-2151
vagraharkar@acluva.org
eheilman@acluva.org

Brittany Blueitt Amadi (VSB No. 80078)
Nitisha Baronia*
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
(202) 663-6000
brittany.amadi@wilmerhale.com
nitisha.baronia@wilmerhale.com

Jared Fletcher Davidson*
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
(202) 579-4582
jared.davidson@protectdemocracy.org

Robert Kingsley Smith*
Jason H. Liss*
Robert Donoghue*
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
robert.smith@wilmerhale.com
jason.liss@wilmerhale.com
robert.donoghue@wilmerhale.com

Benjamin L. Berwick*
Protect Democracy Project
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Nicholas Werle*
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

Beau C. Tremitiere*
Protect Democracy Project
2020 Pennsylvania Ave NW, Suite 153
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org

*Counsel for Plaintiffs*
**admitted pro hac vice*

/s/ *Thomas J. Sanford*

Thomas J. Sanford (VSB #95965)
*Deputy Attorney General*

Charles J. Cooper *(Pro Hac Vice)*
Haley N. Proctor (VSB #84272)

Jason S. Miyares
  *Attorney General*
Erika L. Maley (VSB #97533)

John D. Ramer *(Pro Hac Vice)*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants John O'Bannon, Rosalyn R. Dance, Georgia Alvis-Long, Donald W. Merricks, Matthew Weinstein, Susan Beals, Eric Spicer, and Sandy C. Elswick*

    *Solicitor General*
Kevin M. Gallagher (VSB #87548)
    *Principal Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
SolicitorGeneral@oag.state.va.us

**CERTIFICATE OF SERVICE**

      I certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                                  */s/ Brittany Blueitt Amadi*
                                                  Brittany Blueitt Amadi (VSB No. 80078)