EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

TATI ABU KING and TONI HEATH JOHNSON,

       Plaintiffs,

   v.

JOHN O'BANNON, *in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia*; ROSALYN R. DANCE, *in her official capacity as Vice Chair of the State Board of Elections for the Commonwealth of Virginia*; GEORGIA ALVIS-LONG, *in her official capacity as Secretary of the State Board of Elections for the Commonwealth of Virginia*; DONALD W. MERRICKS, *in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia*; MATTHEW WEINSTEIN, *in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia*; SUSAN BEALS, *in her official capacity as Commissioner of the Department of Elections for the Commonwealth of Virginia*; ERIC SPICER, *in his official capacity as the General Registrar of Fairfax County, Virginia*; and SANDY C. ELSWICK, *in her official capacity as the General Registrar of Smyth County, Virginia*,

       Defendants.

Case No. 3:23-cv-00408 (JAG)

<u>**Expert Report of Carissa Byrne Hessick**</u>

**Exhibit
1**
07/03/2025

## TABLE OF CONTENTS

I.   Qualifications ........................................................................................... 1

II.  Summary Of Assignment And Conclusions ......................................... 2

III.  The Scope Of "Felonies At Common Law" As Used In The Virginia Readmission Act .. 6

IV.  Virginia Felonies Which Were Not Felonies At Common Law ....................................... 21

CONCLUSION ........................................................................................... 23

## I.    Qualifications

1.      I received my undergraduate degree from Columbia University in 1999 and my law degree from Yale Law School in 2002.  I have been researching and teaching criminal law since 2005.  Currently, I am the Anne Shea Ransdell and William Garland "Buck" Ransdell, Jr. Distinguished Professor of Law at the University of North Carolina School of Law.  Prior to joining the faculty at the University of North Carolina, I served as a Professor of Law at the University of Utah's S.J. Quinney College of Law, a Professor of Law at Arizona State University's Sandra Day O'Connor College of Law, and a Climenko Fellow and Lecturer on Law at Harvard Law School.  From January through May of 2024, I served as the Fulbright Distinguished Chair in Arts, Humanities, and Social Sciences at the Australian National University.

2.      I am an expert on the history of common law crimes and substantive criminal law. I first began teaching about common law crimes in 2008.  In 2019, I published my first full-length article on the subject, *The Myth of Common Law Crimes* in the Virginia Law Review, which described how the common law continues to play an important role in modern American criminal law.  Since then, I have authored multiple law review articles, essays, and opinion pieces on common law crimes and criminal statutes.

3.      I have published more than twenty full-length law review articles, including articles in the California Law Review, Cornell Law Review, Minnesota Law Review, and Virginia Law Review.  I have authored one monograph and one textbook, and I have edited two multi-author books.  I have also contributed to over a dozen symposia.

4.      My expert opinion on criminal law and the criminal justice system has been solicited by NPR, the New York Times, the Associated Press, the Wall Street Journal, the

Financial Times, The Atlantic, USA Today, the Washington Post, CNN, Bloomberg Law, and Reuters, among other media outlets.  I currently serve as the Reporter for the American Bar Association's Criminal Justice Section's Sentencing Standards Task Force.

5.      A current copy of my curriculum vitae, including a list of all publications authored in the previous 10 years, is attached as Exhibit A.  I have not testified as an expert at trial or by deposition in the previous four years.

6.      A list of the materials I considered in preparing my report is attached as Exhibit B.

7.      I am being compensated for my work in this matter at a rate of $250 per hour. My compensation is not contingent on the results of my work or the outcome of the matter.

## II.      Summary Of Assignment And Conclusions

8.      I was retained by Wilmer Cutler Pickering Hale and Dorr LLP, Protect Democracy, and the American Civil Liberties Union of Virginia on behalf of the class plaintiffs to prepare analyses to assist the Court in analyzing the claims in this case.  Specifically, I analyzed how Congress would have understood the phrase "felonies at common law" when it readmitted Virginia to representation in the United States Congress in 1870 following the Civil War.  Congress used that term when it placed the following "fundamental condition[]" on Virginia's readmission to Congress:  "That the Constitution of Virginia shall never be so amended or changed as to deprive any citizen or class of citizens of the United States of the right to vote who are entitled to vote by the Constitution herein recognized, except as a punishment for

such crimes *as are now felonies at common law*, whereof they shall have been duly convicted under laws equally applicable to all the inhabitants of said State." (emphasis added).[1]

9.     My research and analysis led me to conclude that, in 1870, the term "felonies at common law" referred to a discrete and narrow list of crimes. That list (produced in Part III below) included crimes like arson and murder that were recognized through the development of case law, but it excluded many crimes that were created through the legislative process. Thus, the term "felonies at common law" excludes not only statutory felonies that were adopted after 1870, but also many felonies that were created by statutes before that time.

11.     In addition, I analyzed which of Virginia's current statutory felonies—all of which deprive a person of the right to vote upon conviction pursuant to Virginia's modern constitution—qualify as "felonies at common law" as the term was used in the Virginia Readmission Act. I conducted this exercise to assist the Court in determining the extent to which the modern Virginia Constitution may disenfranchise individuals beyond what the Virginia Readmission Act permits. The same methodology would apply to felonies contained in the United States Code, or felonies from other modern state criminal codes that may have been used to disenfranchise Virginia residents.

12.     In Exhibits D through F, I have categorized current Virginia felonies listed in the state's Virginia Criminal Code Index as (i) "felonies at common law" as the term was used in the Virginia Readmission Act; (ii) not "felonies at common law" as the term was used in the Virginia Readmission Act; or (iii) not clearly falling into category (i) or category (ii).

---

[1] AN ACT TO ADMIT THE STATE OF VIRGINIA TO REPRESENTATION IN THE CONGRESS OF THE UNITED STATES, 16 stat. 62 (Jan. 26, 1870) (the "Readmission Act").

13. In conducting my analyses, I reviewed a number of prominent American criminal law treatises from the mid-nineteenth century, including Joel Prentiss Bishop's *Commentaries on the Criminal Law*,[2] Nathan Dane's *Digest of American Law*,[3] Joseph Story's *Commentaries on the Constitution of the United States*,[4] and Francis Wharton's *Treatise on the Criminal Law of the United States*.[5] In addition to these American treatises, I also reviewed prominent English treatises, including William Blackstone's *Commentaries on the Laws of England*,[6] Joseph Chitty's *A Practical Treatise on the Criminal Law*,[7] Edward Coke's *Institutes of the Lawes of England*,[8] Matthew Hale's *The History of the Pleas of the Crown*,[9] William Hawkins' *A Treatise of Pleas of the Crown*,[10] William Oldnall Russell's *A Treatise on Crimes and Misdemeanors*,[11]

---

[2] JOEL PRENTISS BISHOP, COMMENTARIES ON THE CRIMINAL LAW (Little, Brown, and Co., 4th ed. 1868).

[3] NATHAN DANE, A GENERAL ABRIDGEMENT AND DIGEST OF AMERICAN LAW: WITH OCCASIONAL NOTES AND COMMENTS (Cummings, Hilliard, and Co., 1823).

[4] JOSEPH STORY, COMMENTARIES ON THE CONSTITUTION (1st ed. 1833).

[5] FRANCIS WHARTON, A TREATISE ON THE CRIMINAL LAW OF THE UNITED STATES: COMPRISING A GENERAL VIEW OF THE CRIMINAL JURISPRUDENCE OF THE COMMON AND CIVIL LAW, AND A DIGEST OF THE PENAL STATUTES OF THE GENERAL GOVERNMENT, AND OF MASSACHUSETTS, NEW YORK, PENNSYLVANIA, VIRGINIA AND OHIO; WITH THE DECISIONS ON CASES ARISING UPON THOSE STATUTES (Kay & Brother, 6th ed. 1868).

[6] WILLIAM BLACKSTONE: COMMENTARIES ON THE LAWS OF ENGLAND: WITH NOTES SELECTED FROM THE EDITIONS OF ARCHBOLD, CHRISTIAN, COLERIDGE, CHITTY, STEWART, KERR AND OTHERS, BARRON FIELD'S ANALYSIS, AND ADDITIONAL NOTES, AND A LIFE OF THE AUTHOR BY GEORGE SHARSWOOD (G.W. Childs 1868).

[7] JOSEPH CHITTY, A PRACTICAL TREATISE ON THE CRIMINAL LAW (Gould, Banks & Gould, 1847; 5th Amer. ed. from the 2nd and last London ed.).

[8] EDWARD COKE, THE FIRST PART OF THE INSTITUTES OF THE LAWS OF ENGLAND (Robert H. Small, 1853; 1st Amer. ed. from the 19th London edition).

[9] MATTHEW HALE, THE HISTORY OF THE PLEAS OF THE CROWN (Robert H. Small, 1st Amer. ed. 1847).

[10] WILLIAM HAWKINS, A TREATISE OF THE PLEAS OF THE CROWN: OR, A SYSTEM OF THE PRINCIPAL MATTERS RELATIVE TO THAT SUBJECT, DIGESTED UNDER PROPER HEADS (S. Sweet, 8th ed. 1824).

[11] WILLIAM OLDNALL RUSSELL, A TREATISE ON CRIMES AND MISDEMEANORS (T. & J.W. Johnson & Co, 8th Amer. ed. 1857).

and James Fitzjames Stephen's *General View of the Criminal Law of England*.[12]  Where

possible, I examined American editions of these treatises that were published around of the time

that the Virginia Readmission Act was adopted on the theory that those editions provide the best

evidence of how lawyers, judges, and legal academics at the time understood the term "felony,"

and how they understood the relationship between common law and statutory law.

      14.      In addition to these historical treatises, I consulted several modern secondary

sources about the history of the word "felony," the codification movement in the nineteenth and

twentieth century, and the history of forfeiture.[13]  These sources not only helped me to identify

relevant nineteenth-century authorities, but they also allowed me to compare my own

conclusions against the conclusions and analyses of other experts.  I also conducted research on

legal education in the early and mid-nineteenth century to ensure that I understood which sources

would have been formative and informative for the lawyers and politicians who drafted the

Virginia Readmission Act.

      15.      I also examined the legislative history of the 1869 Virginia Constitution and the

Virginia Readmission Act to find evidence of how "felony" and "felonies at common law" were

used and understood.  The 1869 Virginia Constitution forbade four classes of persons from

voting based on convictions—those "convicted of bribery in any election, embezzlement of

public funds, treason or felony."  Va. Const., art. III, § 2 (1869).  To the extent that Members of

Congress were aware of this specific language in the 1869 Virginia Constitution, for the same

reasons described in this report, they likely would have interpreted the reference to "felony" to

---

[12] JAMES FITZJAMES STEPHEN, GENERAL VIEW OF THE CRIMINAL LAW OF ENGLAND (MacMillan & Co. 1863).

[13] The history of forfeiture was relevant because, as explained below, whether a crime subjected a defendant to forfeiture is one of the bases for determining whether that crime constituted a felony at common law.

mean a felony at common law, rather than any crime that had been deemed a felony by the Virginia legislature.  In other words, Members of Congress would have perceived the language in the Virginia Constitution as consistent with the requirement that they were imposing in the Readmission Act, and so I do not assess the provisions separately.

16.    A complete list of the materials I considered in forming the opinions set forth in this report is attached as Exhibit B.  In assessing and analyzing these sources, I have also drawn on over fifteen years of experience teaching common law crimes.  I have also relied on the knowledge and expertise that I have acquired while researching common law crimes and the history of statutory interpretation of criminal statutes.

## III.    The Scope Of "Felonies At Common Law" As Used In The Virginia Readmission Act

17.    The relevant text of the Virginia Readmission Act reads:

> [T]he Constitution of Virginia shall never be so amended or changed as to deprive any citizen or class of citizens of the right to vote who are entitled to vote by the Constitution herein recognized, except as a punishment for such crimes as are now felonies at common law.[14]

Congress explicitly indicated by that language that the only permissible grounds for amending the category of persons subject to disenfranchisement was to capture felonies that already existed at common law.

18.    Congress crafted the Virginia Readmission Act within the broader context of Reconstruction.  Examining both the text of the Act and the legislative history of the Act and other Readmission Acts, it is clear that Congress designed the Acts to protect Black suffrage.

---

[14] Virginia Readmission Act at 63.

Part and parcel of that protection was the intentional choice to restrict state legislatures' power over the franchise with the phrase "felonies at common law."[15]

19.    In modern legal discussions, it is often assumed that criminal law is a creature of statute.  Indeed, law students are often taught that American criminal law not only *is* statutory, but that if it were not, then it would offend important due process and separation of powers principles.[16]  But this assumption is of a relatively recent vintage.  For much of our country's history, including the mid-to late-nineteenth century, courts were seen as an important source of substantive criminal law, and judges continued to recognize new crimes through the process of adjudication.[17]

20.    In 1870, the term "felonies at common law" would have been understood as a category distinct from statutory felonies—that is, crimes that a legislature had designated as felonies.  This distinction is reflected in numerous treatises of the time.[18]  While there was some disagreement about which crimes ought to be included in the category of common law felonies, the term certainly would *not* have been understood to track the modern definition of a felony—namely a crime punishable by a year or more in prison.[19]

---

[15] *See, e.g.*, *Congressional Globe*, 40th Cong., 2nd Sess., May 14, 1868, p. 2465 (Stevens); *Congressional Globe*, 41st Cong., 2nd Sess., Jan. 14, 1870, p. 481–82 (Hawley).

[16] Carissa Byrne Hessick, *The Myth of Common Law Crimes*, 105 VA. L. REV. 965, 971–78 (2019).

[17] *Id.* at 979–82, 1006–13.

[18] *See infra* notes 24-28.

[19] *Felony*, BLACK'S LAW DICTIONARY (12th ed. 2024).  Indeed, the small number of states that had adopted such a definition as a matter of statute were characterized as outliers.  *E.g.*, 1 WHARTON, *supra* note 5, § 2 ("In this country, with a few exceptions, the common law classification has obtained; the principal felonies being received as they originally existed, and their number being increased as the exigencies of society prompted."); 1 BISHOP, *supra* note 2, § 585 (noting that a small number of states had adopted a statutory rule—namely that "all offences punishable either by death or by imprisonment in the State prison shall be felonies").

21.     For the entire history of the United States leading up to the enactment of the Readmission Acts, the common law was the main source of substantive criminal law in the United States.  For example, in 1776, the colony of Virginia passed a law explicitly stating that the common law of England was in force until and unless it was repealed by legislation.[20] Beginning in the mid-1800s, some U.S. states undertook efforts to systematically codify their laws.  Virginia was an early mover in this regard, with its 1849 Criminal Code.[21]  But even as legislatures passed more criminal statutes, the common law remained an important source of substantive criminal law well into the late nineteenth century.  In the absence of a statute, the common law was understood to provide a source of criminal law authority.[22]  And even when the legislature enacted a statute creating a statutory definition and/or penalty for a common law crime, the common law crime often continued to endure unless the statute expressly or impliedly repealed it.[23]

22.     Because of the enduring importance of common law as a source of substantive criminal law in 1870, it was widely recognized that common law felonies and statutory felonies were different and distinct bodies of law.  Wharton's 1868 Treatise on Criminal Law—one of the leading contemporaneous sources on the common law as it was understood in the mid-nineteenth century—explicitly distinguishes between common law felonies and statutory felonies.[24]  Other

---

[20] WILLIAM WALLER HENING, THE STATUTES AT LARGE BEING A COLLECTION OF ALL THE LAWS OF VIRGINIA 127 (Vol. IX, Richmond, 1821).

[21] 54 Va. Code, ch. 190–198 (1849).

[22] See, e.g., 3 STORY, supra note 4, § 1153 (noting that Congress "never undertook to define, what piracies or felonies were. It was taken for granted, that these were sufficiently known and understood at the common law; and that resort might, in all such cases, be had to that law, as the recognized jurisprudence of the Union.").

[23] 1 BISHOP, supra note 2, §§ 176, 201.

[24] 1 WHARTON, supra note 5, § 2 (6th ed. 1868) ("At common law, . . . the chief, if not the only felonies were murder manslaughter, arson, burglary, robbery, rape, sodomy, mayhem, and larceny.  By statutes,

- 8 -

prominent American treatises did the same.[25]  The clear distinction between common law

felonies and statutory felonies had existed from some time, and it was acknowledged and

discussed in various English treatises.[26]  Blackstone, for example, routinely discussed both

common law and statutory felonies.[27]  Russell's *Treatise on Crimes and Misdemeanors*  also

contains multiple references to crimes at common law and felonies created by statute or acts of

Parliament, indicating that the categories were seen as distinct.[28]

      23.     The distinction between common law felonies and statutory felonies was

acknowledged by courts as well.  For example, the U.S. Supreme Court's 1895 opinion in

*Bannon v. United States* distinguished between statutory and common law felonies in rejecting a

---

however, running from the earlier period, new felonies were, from time to time, created; till finally, . . . almost every heinous offense against person or property was included within the class . . ..").

[25] 1 BISHOP, *supra* note 2, §§ 176, 187, 201  (discussing the interaction of statutory crimes and common law crimes); 6 DANE, *supra* note 3, at 711 ("Some felonies are so at common law; some are made so by statutes."); 3 STORY, *supra* note 4, § 1155 ("It has been remarked that felony is a term of loose signification, even in the common law; and of various import in the statute law of England.").

[26] 2 COKE, *supra* note 8,  [913] ("And all felonies punishable according to the course of the common law, are either by the common law, or by statute."); 3 JOHN COMYNS, A DIGEST OF THE LAWS OF ENGLAND 385–90 (1762) (distinguishing between forfeiture based on convictions for high treason, petit treason, or felony, and forfeiture for a conviction under a penal statute); 1 HALE, *supra* note 9, at *411 (distinguishing between "two kinds" of felonies: "felonies by the common law, and felonies made such by act of parliament"); 1 HAWKINS, *supra* note 10, at 71–72  ("The capital offenses are either by the common law, or by statute. Those by the common law come generally under the title of FELONY . . .:"); GILES JACOB, NEW LAW-DICTIONARY: CONTAINING THE INTERPRETATION AND DEFINITION OF WORDS AND TERMS USED IN THE LAW, *Felony* (1729) (noting that if a person "is imprison'd or arrested for *Felony*, &c. It is either by the *Common Law*, or by *Statutes*") (emphasis in original).

[27] *See infra* ¶ 25 (discussing the contents of Blackstone's chapter 15).

[28] 1 RUSSELL, *supra* note 11 , at *34, 38–39, 44–45, 49–50. Russell initially published the treatise in London in the year 1819.  The references here are to the 8th American edition, which included notes by Charles Sprengel Greaves and George Sharswood and was published in 1857.

challenge to a federal indictment.[29]  An earlier opinion from 1850 makes a similar distinction.[30]

Notably, the opinion in *Bannon* not only distinguished between common law felonies and

statutory felonies, but it also rejected the argument that if a crime is "punishable by

imprisonment in the state prison or penitentiary" then "it necessarily follows that such an offense

is a felony."  "If such imprisonment were made the sole test of felonies," the Court reasoned, "it

would necessarily follow that a great many offenses of minor importance, such as selling

distilled liquors without payment of the special tax, and other analogous offenses under the

internal and customs revenue laws, would be treated as felonies, and the persons guilty of such

offenses stigmatized as felons."[31]

24.    While there was a clear consensus that common law felonies were distinct from

statutory felonies, there was less consensus regarding which crimes were appropriately deemed

common law felonies.  Some treatises took a historical approach, considering crimes felonies if,

under English common law, they resulted in the forfeiture of land or goods and/or capital

punishment.  Others distilled all common law felonies into a relatively short list of crimes.

25.    The most authoritative example of the first, historical approach comes from

Blackstone.[32]  According to Blackstone: "Felony, in the general acceptation of our English law,

---

[29] *Bannon v. United States*, 156 U.S. 464, 466 (1895) ("That a conspiracy 'to commit any offense against
the United States' is not a felony at common law is too clear for argument; and, even if it were made a
felony by statute, the indictment would not necessarily be defective . . .."); *see also id*. at 468 ("By statute
in some of the states, the word 'felony' is defined to mean offenses for which the offender, on conviction,
may be punished by death or imprisonment in the state prison or penitentiary; but, in the absence of such
statute, the word is used to designate such serious offenses as were formerly punishable by death, or by
forfeiture of the lands or goods of the offender.").

[30] *United States v. Staats*, 49 U.S. 41, 45 (1850) (noting "the necessity of the averment of a felonious
intent in all indictments for felony at common law; and, also, in many cases when made so by statute").

[31] *Bannon*, 156 U.S. at 466–67.

[32] An 1895 U.S. Supreme Court opinion suggested, in dicta, that this may be the appropriate definition.
*Id.*, at 468 ("By statute in some of the states, the word 'felony' is defined to mean offenses for which the

comprises every species of crime which occasioned at common law the forfeiture of lands and goods. This most frequently happens in those crimes for which a capital punishment either is or was liable to be inflicted."[33] His treatise discusses numerous specific felonies—both common law and statutory—along with other, non-felonious crimes in a dozen chapters that are organized by topic.[34] For example, Chapter 15, which addresses "Offences Against the Persons of Individuals,"[35] discusses the common law felonies of mayhem,[36] rape,[37] and so-called "crime against nature" (i.e., sodomy and bestiality).[38] It also identifies various acts of Parliament that either created new versions of these common law felonies,[39] or created new felonies all together.[40] The chapter also discusses the common law misdemeanors of assault, battery, wounding, false imprisonment, and kidnapping.[41]

---

offender, on conviction, may be punished by death or imprisonment in the state prison or penitentiary; but, in the absence of such statute, the word is used to designate such serious offenses as were formerly punishable by death, or by forfeiture of the lands or goods of the offender."). *See also* 6 DANE, *supra* note 3, at 711 (offering this definition and referencing Blackstone).

[33] 4 BLACKSTONE, *supra* note 6, at *94. Blackstone published his Commentaries in the 1760s, and I use here the edition republished in 1868. *See also* JOSEPH GABBETT, A TREATISE ON CRIMINAL LAW: COMPREHENDING ALL CRIMES AND MISDEMEANORS PUNISHABLE BY INDICTMENT; AND OFFENCES COGNIZABLE SUMMARILY BY MAGISTRATES; WITH THE MODES OF PROCEEDING UPON EACH 17 (1843) ("Felony appears to be properly defined as an offense which occasions a total forfeiture of either lands, or goods, or both, at the common law; and to which capital or other punishment may be superadded according to the degree of guilt."). Gabbett wrote about criminal law in Ireland, which he claims is no different than English common law. *See id.* at viii.

[34] *See* 4 BLACKSTONE, *supra* note 6, at chapter 6 (High Treason) through chapter 17 (Offences Against Private Property).

[35] 4 BLACKSTONE, *supra* note 6, at *205–09.

[36] *Id.*, at *205.

[37] *Id.*, at *210.

[38] *Id.*, at *215.

[39] *E.g.*, *id.* at *206–07 (discussing statutes that adopted expanded definitions of mayhem).

[40] *E.g.*, *id.,* at *208 (discussing the statutes that criminalized forcible abduction and marriage).

[41] *Id.*, at *216–19.

26.     Several treatises note that the Blackstone approach (defining felonies according to forfeiture) could only be used in connection with historical research because forfeiture was no longer a common punishment in nineteenth-century America.  For example, while insisting that it is important to know whether a crime is a felony or a misdemeanor,[42] Bishop states that the forfeiture definition "has at present little or no practical use" because total forfeiture was not used as a punishment in the United States.[43]  Thus, to the extent that American law continued to rely on the forfeiture-based definition, it was understood to be a historical category—i.e., crimes that had previously resulted in total forfeiture.[44]

27.     An authoritative example of the second, discrete-list approach comes from the 1868 edition of Wharton.[45]  It identifies "the chief, if not the only felonies" at common law as "murder, manslaughter, arson, burglary, robbery, rape, sodomy, mayhem, and larceny."[46]  The first American edition of Matthew Hale's *The History of the Pleas of the Crown*, which was published in 1847, contains the identical list, crediting an earlier edition Wharton.[47]  An 1857

---

[42] 1 BISHOP, *supra* note 2, § 582.

[43] *Id.* § 581.

[44] *See, e.g.*, *id.*, § 584 ("Having lost the former English test to determine whether a criminal act is felony or not, we are often embarrassed by the question.  When, however, it is a common-law offense, it will ordinarily be a felony here, if it is such in England; because our forefathers brought the English common law to this country with them.").

[45] This is the Sixth and revised edition published by Kay and Brothers.

[46] 1 WHARTON, *supra* note 5, § 2.  Wharton also noted that "the crimes more strictly coming under the head of treason" were treated as felonies.  *Id.*  He identifies those crimes as "the compassing on the king's death, the comforting of the king's enemies, the counterfeiting of the privy seal, the forging of the king's coin, and the slaying of the chancellor, or either of the king's justices."  *Id.* § 1.  *See infra* ¶ 33.

[47] "At common law, in addition to the crimes more strictly coming under the head of treason, the chief, if not the only felonies, were murder, manslaughter, arson, burglary, robbery, rape, sodomy, mayhem, and larceny."  1 HALE, *supra* note 9, at *575 n.1.

American edition of Russell, citing to Blackstone, Hawkins, and Hume, lists "[t]he higher crimes, rape, robbery, murder, arson, [et]c."[48]

28.     During the years immediately leading up to and immediately following the passage of the Virginia Readmission Act, both Wharton's discrete list approach and Blackstone's historical approach were commonly used to determine whether a crime was a common law felony.  For example, an editor's note in the first American edition of Matthew Hale's *The History of the Pleas of the Crown*, which was published in 1847, contains a list of common law felonies from an earlier edition of Wharton as well as Blackstone's forfeiture-based definition.[49] The first edition of Joseph Story's *Commentaries on the Constitution of the United States*, which was published in the 1830s, paraphrased Blackstone to arrive at the definition of felony as "every species of crime which occasioned, at common law the forfeiture of lands and goods."[50]  And Pollack and Maitland, whose influential history of English law was published in the decades after the Virginia Readmission Act, endorsed both the enumerated list approach[51] and the

---

[48] 1 RUSSELL *supra* note 11, at 44 n.(a).  The inclusion of "etc." indicates that Russell's list was not exhaustive.  Other treatises mention additional crimes, including suicide; breach of prison, rescue and escape; and homicide by misadventure or in self-defense.  To be as comprehensive as possible, the list of ten felonies in Paragraph 31 below includes these additional crimes.  *See infra* ¶ 31.

[49] "At common law, in addition to the crimes more strictly coming under the head of treason, the chief if not the only felonies, were murder, manslaughter, arson, burglary, robbery, rape, sodomy, mayhem, and larceny. . . . [T]he only adequate definition of felony seems to be that which is before laid down, viz., an offense which occasions a total forfeiture of either lands or goods, or both, at the common law, and to which capital or other punishment may be superadded, according to the degree of guilt."  1 HALE, *supra* note 9, at *575 n.1.

[50] 3 STORY, *supra* note 4, § 1155.

[51] 2 FREDERICK POLLOCK & FREDERIC WILLIAM MAITLAND, THE HISTORY OF ENGLISH LAW BEFORE THE TIME OF EDWARD I  464 (Little & Brown 1895) ("In later days technical learning collected around it and gave rise to complications, insomuch that to define a felony became impossible; one could do no more than enumerate the felonies."); *id.* at 468 ("[W]e have endeavored to trace a certain group of crimes, comprising homicide, mayhem, wounding, false imprisonment, arson, rape, robbery, burglary and larceny, was broadly marked off from all the minor offences. They were felonies and unemendable crimes which deserved a judgment 'of life or member;' they worked a disherison . . .."); *id.* at 509 ("If now we glance back over the ground that we have lately traversed, we see that towards the end of the thirteenth

---

- 13 -

historical definition approach.[52]  Put simply, these were the two authoritative approaches to

assessing whether an offense was appropriately understood as a common law felony, and those

who drafted and passed the Virginia Readmission Act would have understood the terms "felonies

at common law" to encompass one or both of these approaches.

      29.     Determining whether a crime was a felony common law was not merely a

question for academics.  Courts were routinely required to determine whether a crime qualified

as a common law felony in order to resolve various legal questions.[53]  For example, courts

required indictments for common law felonies to include particular language that was not

required for statutory felonies or misdemeanors.[54]  And some courts placed limitations on private

recovery in cases involving behavior that constituted a felony at common law.[55]  Such decisions

often referenced Blackstone, Wharton, and other treatises.[56]  Even when a state's criminal code

---

century our law knows only some seven crimes which it treats as very grave, namely treason, homicide, arson, rape, robbery, burglary, and grand larceny, to which we may perhaps add breach of prison.  For all these the punishment is death: in general death by hanging . . . .. Three other crimes, namely, wounding, mayhem and imprisonment, have been called felonies, and perhaps might be still treated as such if the injured man brought an appeal; but they are fast falling into the category of minor crimes.").

[52] *Id.* at 464 (after stating that it became impossible to define "felony," the authors stated "[b]ut if we place ourselves in the first years of the thirteenth century some broad statements seem possible" including that "The felon's lands go to his lord or to the king and his chattels are confiscated" and that "The felon forfeits life or member").

[53] *See, e.g.*, 1 BISHOP, *supra* note 2, § 581 ("[T]here are some consequences attendant upon a criminal act and its punishment, particularly as respects the proceedings of the court, differing according as the crime is treason, or felony, or misdemeanor."); *id.* § 582 (stating "there is no distinction in the law more important with us at the present day than that between felony and misdemeanor" and then listing a number of legal questions that "turn on this distinction"); *see also* 1 JULIUS GOEBEL, JR., FELONY AND MISDEMEANOR: A STUDY IN THE HISTORY OF CRIMINAL LAW xxix (1976) (noting that "the felony concept" continued to exercise "domination" over matters of criminal procedure, such as the right to a jury trial in America, even after its "medieval incidents" were abandoned).

[54] *See, e.g.*, *United States v. Staats*, 49 U.S. 41, 44–45 (1850); *State v. Eldridge*, 12 Ark. 608, 609–11 (1852); *Sheppard v. State*, 42 Ala. 531, 532 (1868); *State v. Gove*, 34 N.H. 510, 514–17 (1857).

[55] *Shields v. Yonge*, 15 Ga. 349, 355–56 (1854); *Adams v. Barrett*, 5 Ga. 404, 411–13 (1848).

[56] *Staats*, 49 U.S. at 44–45 (citing Blackstone); *Yonge*, 15 Ga. at 355–56 (citing Blackstone and Chitty); *Eldridge*, 12 Ark. at 609–11 (citing Blackstone); *Sheppard*, 42 Ala. at 532 (citing Bishop and Wharton);

classified crimes punished by imprisonment as felonies, these ancillary legal issues were sometimes resolved by reference to the common law, rather than statutory classification.[57]  As these cases indicate, there was ample precedent for Congress to use common law felonies as a substantive legal standard in the Virginia Readmission Act.

30.     Modern scholars confirm the influence of Wharton and Blackstone, both historically and in modern law.  For example, in his article about how the term "felony" was understood in early America, Will Tress cites Wharton's list as "the most likely candidate for a 'common understanding'" of nonstatutory felonies at the time that states began revising their criminal codes in the mid-nineteenth century.[58]  The latest edition of *Black's Law Dictionary* includes the historical, forfeiture-based definition and cites Blackstone.[59]

31.     Although the Wharton approach and Blackstone approach seem fundamentally different in principle, they overlapped significantly as a practical matter.  As a result, I can confidently identify a list of crimes that would have been broadly understood to fall within the language "such crimes as are now felonies at common law" in the year 1870.  That list includes:

     i.     Arson (primarily in reference to homes or barns);[60]

---

*Barrett*, 5 Ga. at 411–13 (citing Blackstone, Chitty, Hale, Hawkins, Russell); *Gove*, 34 N.H. at 514–17 (citing Blackstone, Chitty, Hawkins, Wharton).

[57] *See Wilson v. State*, 1 Wis. 184 (1853) (discussing cases from various states and ultimately deciding to treat a crime as a misdemeanor with respect to an indictment-related question even though it was classified by statute as a felony).

[58] Will Tress, *Unintended Collateral Consequences: Defining Felony in the Early American Republic*, 57 CLEV. ST. L. REV. 461, 482 (2009).  Tress also cites Blackstone as an "alternative definition." *Id.* at 483.

[59] *See Felony*, BLACK'S LAW DICTIONARY (12th ed. 2024).

[60] 4 BLACKSTONE *supra* note 6, at *220–23; 1 HALE, *supra* note 9, at *566, 570; 1 HAWKINS, *supra* note 10, at 137; JACOB, *Felony*, *supra* note 26, at *51 (using the term "Burning of Houses"); RUSSELL *supra* note 11, at 44 n.17; 1 WHARTON, *supra* note 5, § 2.

- 15 -

    ii.    Burglary;[61]

    iii.    Escape and rescue from a prison or jail;[62]

    iv.    Homicide, including murder, manslaughter, killing in the act of self-defense, and killing by misadventure;[63]

    v.    Larceny;[64]

    vi.    Mayhem (causing a debilitating injury that impairs the victim's ability to fight or defend oneself);[65]

---

[61] 4 BLACKSTONE *supra* note 6, at \*223–28; 6 DANE, *supra* note 3, at 716; 1 HALE, *supra* note 9, at \*564; 1 HAWKINS, *supra* note 10, at 129; JACOB, *Felony*, *supra* note 26; 1 WHARTON, *supra* note 5, § 2.

[62] 4 BLACKSTONE, *supra* note 6, at \*130–31; 2 CHITTY, *supra* note 7, addendum to p. 182; 7 DANE, *supra* note 3, at 76; 1 HALE, *supra* note 9, at \*605-11; JACOB, *Felony*, *supra* note 26. Notably, the classification of the crime of escape was tied to the crime for which the person had been imprisoned; if the person was imprisoned for a misdemeanor, then aiding such an escape was only a misdemeanor, rather than a felony. *See, e.g.,* 4 BLACKSTONE, *supra* note 6, at \*130 ("[I]t is generally agreed that such escapes amount to the same kind of offence, and are punishable in the same degree, as the offence of which the prisoner is guilty, and for which he is in custody, whether treason, felony, or trespass.").

[63] 1 BISHOP, *supra* note 2, § 580; 4 BLACKSTONE, *supra* note 6, at \*176–201; 6 DANE, *supra* note 3, at 342, 712; 1 HAWKINS, *supra* note 10, at 76, 79, 89, 90; JACOB, *Felony*, *supra* note 26; 1 RUSSELL, *supra* note 11, at 44 n.17; 1 WHARTON, *supra* note 5, § 2.

[64] 4 BLACKSTONE, *supra* note 6, at \*229–30; 6 DANE, *supra* note 3, at 342, 712; 1 HAWKINS, *supra* note 10, at 141; 1 WHARTON, *supra* note 5, § 2. The crime of larceny was sometimes divided into two categories—grand larceny and petit larceny—and the punishment for petit larceny was less than death. *E.g.*, 1 HAWKINS, *supra* note 10, at 143 (noting that capital punishment is imposed for "all theft . . . if the thing stolen be above the value of twelve-pence, and with corporal punishment if under"); 4 BLACKSTONE, *supra* note 6, at \*238 (noting that, while "all persons guilty of larciny above the value…were directed to be hanged," in contrast, "petit larciny, is only punished by whipping at common law"). To the extent that some may have believed that petit larceny was not a common law felony, that belief was likely based on the facts that (a) petit larceny was not a capital offence and (b) forfeiture and capital punishment were often linked at common law, *see* 4 BLACKSTONE, *supra* note 6, at \*94 (noting that forfeiture "most frequently happens in those crimes, for which a capital punishment either is or was liable to be inflicted"). Although Blackstone insisted that forfeiture, not capital punishment was the dividing line between felonies and nonfelonies, *id.* at 97 ("[C]apital punishment does by no means enter into the true idea and definition of felony."), he nonetheless conceded that "[t]he idea of felony is indeed so generally connected with that of capital punishment, that we find it hard to separate them . . .," *id.* at 98.

Out of an abundance of caution, I have included all larceny, including petit larceny, in my list of common law felonies, based on language in authoritative treatises.

[65] *See, e.g.*, 4 BLACKSTONE, *supra* note 6, at \*205–07; 3 CHITTY, *supra* note 7, at 784; 6 DANE, *supra* note 3, at 716; 1 HAWKINS, *supra* note 10, at 107 (referring to this crime as "maiming"); 1 WHARTON, *supra* note 5, § 2.

      vii.    Rape, including statutory rape of a minor under the age of 12;[66]

     viii.    Robbery;[67]

      ix.    Sodomy (a crime that, at the time, was described as including acts of bestiality);[68] and

       x.    Suicide.[69]

32.    In addition to these ten crimes, there are a number of other crimes which were commonly referred to as "treason."  In England, treason was generally understood to include:

       i.    compassing the King's death,

      ii.    comforting the King's enemies,

     iii.    counterfeiting the privy seal,

     iv.    forging the King's coin, and

      v.    slaying the Chancellor or the King's Justices.[70]

---

[66] 4 BLACKSTONE, *supra* note 6, at *211–15; 6 DANE, *supra* note 3, at 342; 1 HAWKINS, *supra* note 10, at 121–23; JACOB, *Felony*, *supra* note 26; 1 RUSSELL *supra* note 11, at 44 n.(a); 1 WHARTON, *supra* note 5, § 2.

[67] 4 BLACKSTONE, *supra* note 6, at *41; 6 DANE, *supra* note 3, at 342; JACOB, *Felony*, *supra* note 26; 1 RUSSELL *supra* note 11, at 44 n.(a); 1 WHARTON, *supra* note 5, § 2.

[68] 4 BLACKSTONE, *supra* note 6, at *215–16 (using the term "crime against nature, committed either with man or beast") 6 DANE, *supra* note 3, at 342; 1 HAWKINS, *supra* note 10, at 357; JACOB, *Felony*, *supra* note 26; 1 WHARTON, *supra* note 5, § 2.

[69] 1 BISHOP, *supra* note 2, § 580; 4 BLACKSTONE, *supra* note 6, at *95; 6 DANE, *supra* note 3, at 712; 1 HALE, *supra* note 9, at *411.

[70] *See* 1 WHARTON, *supra* note 5, §§ 1, 2 (identifying these crimes as treason).  *See also* 4 BLACKSTONE, *supra* note 6, at *75–85 (identifying compassing or imagining the death of the king, queen, or eldest son and heir; ,violating the kings companion, king's eldest daughter, or the wife of the king's eldest son; levying war against the king; adhering to the king's enemies or giving them aid and comfort; counterfeiting the great or privy seal; counterfeiting the king's money; and slaying the chancellor, treasurer, or the king's justices, or various other justices).  Some treatises distinguished between High Treason and Petit Treason, which included a servant's killing of her master or mistress, a wife's killing of her husband, or a clergyman's killing of a prelate or superior.  *See, e.g.*, 4 BLACKSTONE, *supra* note 6, at *203–04; 1 HALE, *supra* note 9, at *376–77; 1 HAWKINS, *supra* note 10, at 105; 1 WHARTON, *supra* note 5, § 1.  While the classification of a crimes as "petit treason" may have had certain procedural ramifications in common law England, the crimes that fell within that category also comfortably fall within the ordinary definition of murder, *see* 4 BLACKSTONE, *supra* note 6, at *203 (characterizing petit

33.     There is reason to believe that those crimes which were historically referred to as "treason" possibly could have been understood to fall within the phrase "felonies at common law" as used in the Virginia Readmission Act.  Although the long-standing convention was to distinguish between treason and felony,[71] there are multiple references in authoritative treatises to the idea that treason could also be understood as an aggravated form of felony.[72]  Blackstone, for example, said that, while not all felonies were treasons, all treasons were felonies.[73]  The overlap between treason and felony was more pronounced in the United States than in England because differences in constitutional and government structure required a narrower definition of treason.[74]  As a result, some crimes that had been deemed treason in England were classified as felonies by statute in the United States.[75]  This evidence suggests a possibility that these crimes

---

treason as "nothing else but an aggravated degree of murder"); JACOB, *Felony*, *supra* note 26 (stating that "at this Day *Felony* includes Petit Treason"), and so there is no reason to consider them separately for purposes of the Virginia Readmission Act.

[71] 1 BISHOP, *supra* note 2, § 577 ("An old division of crime is into treason, felony, and misdemeanor."); STEPHEN, *supra* note 12, at 105 ("The most general classification of crimes is the distribution of offences into the three classes of treason, felony, and misdemeanor."); 1 WHARTON, *supra* note 5, §§ 1, 2 ("Offences at common law were divided into three heads; treasons, felonies, and misdemeanors").  *See also* EDWARD JENKS, A SHORT HISTORY OF ENGLISH LAW: FROM THE EARLIEST TIMES TO THE END OF THE YEAR 1911 at 151 (1912) (dividing crimes into "proditorie" (treason), "felonice" (felonies), and "trespasses" (misdemeanors)).

[72] *See, e.g.*, 1 BISHOP, *supra* note 2, § 580 ("[T]reason was anciently held to be a felony; which can only be accounted for upon the principle, that forfeiture was one of the consequences of attainder in high treason."); STEPHEN, *supra* note 12, at 105 ("In England felony means a crime which involves forfeiture, and thus the term includes treason.").  *See also* 2 POLLOCK & MAITLAND, *supra* note 51, at 502 ("[M]en were slow to forget that every treason is a felony, still felony was soon contrasted with treason . . ..").

[73] 4 BLACKSTONE, *supra* note 6, at *95 ("All treasons therefore, strictly speaking, are felonies; though all felonies are not treason.").

[74] 1 BISHOP, *supra* note 2, § 584 ("[I]f the act is treason at the common law, but cut off from being treason by constitutional or legislative provisions in this country, it will be felony here.").

[75] For example, at the time Virginia's 1869 Constitution was adopted, the state criminal code did not distinguish between treason and felonies.  Virgina's criminal code contained only two types of crimes, felonies and misdemeanors.  54 Va. Code, ch. 199 § 1 (1860) ("Offences are either felonies or misdemeanors.  Such offences are punishable when committed by free persons, with death or confinement in the penitentiary, are felonies; all other offenses are misdemeanors").  The criminal code contained a

may have been understood to have been encompassed by the language "such crimes as are now felonies at common law" in the year 1870.  Consequently, I have included these crimes as common law felonies in my analysis out of an abundance of caution.

34.    I have great confidence that the ten crimes discussed in paragraph 31 would have been considered "felonies at common law" by those who drafted the Virginia Readmission Act. And I have moderate confidence that the five crimes discussed in paragraph 32 would have been considered "felonies at common law" by those who drafted the Virginia Readmission Act. However, there are a handful of other crimes about which I have less confidence.  In particular, there are four crimes that may have been understood as felonies at common law: [76]

  i.    Bribery (if solicited or accepted by a Judge);[77]

  ii.   Conspiracy to falsely indict another for a felony;[78]

  iii.  Perjury and subornation of perjury;[79] and

  iv.   Returning from transportation (e.g., escaping from a penal colony in Australia and returning to England).[80]

---

statutory crime called "treason," but it was classified as a felony. 54 Va. Code, ch. 190 § 1 (1860) (defining treason and assigning the punishment of death).

[76] There is some limited authority for classifying piracy as a felony.  1 HAWKINS, *supra* note 10, at 251 (noting that piracy was sometimes characterized as "a species of treason" and other times as a "common-law offence").  However, it is unnecessary to resolve this issue because piracy was generally defined as committing an act on the high seas that "if committed on land would have amounted to felony there."  *Id.*

[77] 4 BLACKSTONE, *supra* note 6, at *140; *see also* 1 HALE, *supra* note 9, at *262 (suggesting that while bribery by the Chief Justice is treason, bribery is not otherwise a common law felony).

[78] 4 BLACKSTONE, *supra* note 6, at *136–37.

[79] *Id.* at *137–39.

[80] *Id.* at *131–32; 1 HALE, *supra* note 9, at *743.

- 19 -

I am less confident that these four crimes would have been understood as common law felonies in 1870 because these crimes appear in only some of the authoritative treatises, and because those treatises which do discuss them are equivocal.[81]

35.    While I am uncertain about whether the four crimes identified in the previous paragraph would have been considered felonies at common law in 1870, there are a very large number of modern felonies—including crimes that both the modern Virginia criminal code and the modern United States Code have classified as felonies—that doubtlessly fall outside of that category.

36.    For example, while there are many drug-related felonies in the current versions of the United States Code, the Viginia criminal code, and other state criminal codes, there were no drug-related common law felonies.  Indeed, drug crimes were not even *statutory* felonies in Virginia when the Readmission Act was passed in 1870.[82]  Virginia was no outlier in this regard.[83]  While some state codes included a handful of drug-related criminal laws, those

---

[81] For example, in his discussion of bribery, Blackstone indicates that the crime ordinarily is not treated as a felony.  *See* 4 BLACKSTONE, *supra* note 6, at *140 (noting that the "offence of taking bribes is punished in interior officers with fine and imprisonment; and in those who offer a bribe, though not taken, the same").  He then goes on to say, "in judges, especially the superior ones, it hath been always looked upon as so heinous an offence that the chief justice Thorpe was hanged for it in the reign of Edw. III."  *Id.*  Hale indicated that bribery by the chief justice was properly considered treason because it involved a broken oath against the king.  1 HALE, *supra* note 9, at *262.  Hawkins contains similar language, though he states that it "was *sometimes* punished as high treason," 1 HAWKINS, *supra* note 10, at 416, suggesting, perhaps that it was sometimes *not* punished as treason.

[82] The number of statutory felonies in Virginia was quite limited in 1870.  The state's 1860 criminal code included only 60 felonies.  A list of those statutory felonies is included as Exhibit C.

[83] My own inspection of the 1852 Code of Alabama, 1857 Texas Penal Code, 1872 Florida Statutes, and 1873 Revised Statutes of the State of South Carolina (*i.e.*, the codes of Virginia's confederate neighbors) confirms that opium, cocaine, and other modern controlled substances were not the subject of criminal prohibition (though were certainly in use at the time).  *See, e.g.*, DAVID T. COURTWRIGHT, DARK PARADISE: OPIATE ADDICTION IN AMERICA BEFORE 1940 at 10 (1982) (documenting opium and morphine addiction in the 1870s and 1880s).

statutes involved adulterated foods or fraud about the content of medicines;[84] failure to label poisons or selling poison to children;[85] and licensing to dispense medicines.[86]  All of these drug-related offenses were misdemeanors; none were felonies.  The modern drug-related felonies that have become a staple of modern American criminal codes trace their origins to the regulation of opium in the late 1870s and early 1880s in western states, such as California and Nevada,[87] thus I am confident that modern drug crimes would not have been considered "felonies at common law" in 1870.

## IV.    Virginia Felonies Which Were Not Felonies At Common Law

37.    After developing a list of crimes which were felonies at common law in 1870 and researching the contours of those common law felonies (i.e., the fifteen felonies listed in paragraphs 31-32 above), I familiarized myself with the modern list of *statutory* felonies for which Virginia disenfranchises felons pursuant to its current state constitution.  That constitution states: "No person who has been convicted of a felony shall be qualified to vote unless his civil rights have been restored by the Governor or other appropriate authority."[88]

38.    To identify the felonies under Virginia's current criminal code, I analyzed the Virginia Criminal Sentencing Commission's 2024 Virginia Crime Codes, or VCC, index.  The index reflects not only individual criminal statutes which charge felonies, but crimes that are punishable as felonies based on the type of offense.  The index marks all such felony crimes with

---

[84] 54 Va. Code, ch. 197 § 2 (1860); Tex. Penal Code § 425 (1857).

[85] John J. Ormond, Code of Alabama §§ 3278, 3279 (1852).

[86] Allen H. Bush, Digest of the State Law of Florida, Ch. XLVII, § 9 (1872).

[87] *See, e.g.*, COURTWRIGHT, *supra* note 83, at 78–79; DAVID F. MUSTO, THE AMERICAN DISEASE: ORIGINS OF NARCOTIC CONTROL 4 (3rd ed. 1999); Erik Grant Luna, *Our Vietnam: The Prohibition Apocalypse*, 46 DEPAUL L. REV. 483, 490–92 (1997).

[88] Va. Const. art. II, § 1 (1971).

a VCC index number that ends in the letter "F" and a number indicating the felony class.  Each

felony entry in the VCC index is included in Exhibit D, Exhibit E, or Exhibit F.  For each

indexed entry, I reviewed the underlying criminal statute and assessed whether the offense would

have been understood as a common law felony in 1870.

39.    Based on that analysis, I identified 96 current Virginia statutory felonies that

would have been understood as constituting "felonies at common law" as the term was used in

the Virginia Readmission Act.  In other words, these current statutory felonies are substantially

similar to or fall comfortably within the scope of one of the fifteen common law felonies

identified above.[89]  Such current Virginia statutory felonies are listed in Exhibit D.

40.    Based on that analysis, I also identified 858 current Virginia statutory felonies

that would have been understood as falling outside the phrase "felonies at common law" as the

term was used in the Virginia Readmission Act.  Those statutory felonies either substantially

exceed the boundary of the common law felonies identified above or they criminalize conduct

that is completely unrelated to those felonies.  Such current Virginia statutory felonies are listed

in Exhibit E.

41.    I was unable to definitively classify 238 current Virginia statutory felonies as

either falling within the phrase "felonies at common law" as the term was used in the Virginia

Readmission Act or falling outside of the phrase.  For some of these unclassified felonies, a clear

answer was not possible because they overlapped only in part with one of the fifteen common

law felonies identified above.  For others, they implicated the four crimes that may have

potentially been common law felonies discussed above in paragraph 34.  For each of these 238

---

[89] This number includes both the ten common law felonies identified in paragraph 31 and the five crimes associated with treason identified in paragraph 32.

statutory felonies, I have included a brief explanation of why I could not give a definitive classification.  Such current Virginia statutory felonies are listed in Exhibit F.

## CONCLUSION

42.    Although the word "felony" may today be used to refer to crimes punishable by a year or more in prison, that is a relatively modern innovation.  Leading up to and during 1870, scholars and courts uniformly recognized a distinction between statutory and common law felonies, and they would have understood the term "felonies at common law" to exclude statutory felonies and instead refer only to a discrete and narrow list of common law crimes.

43.    When Congress prohibited Virginia from disenfranchising its residents for crimes other than those recognized at common law, that body would have understood that language to refer to the narrow and discrete set of felonies that existed at common law.  Although some scholars defined that category of crime in reference to crimes traditionally punishable by forfeiture and others adopted a slightly shorter oft-repeated list, both approaches identified a narrow set of serious crimes distinct from those punishable by statute.

44.    I developed a comprehensive list of common law felonies that includes all of the crimes identified under either approach.  That list includes arson, burglary, escape and rescue from confinement, homicide, larceny, mayhem, rape, robbery, sodomy, suicide, and crimes of treason.  I have also developed a second list that sweeps even more broadly, encompassing crimes that one could argue existed at common law but for which the evidence is more contestable, including bribery of a judge, conspiracy to falsely indict another, perjury or subornation of perjury, and return from penal transportation.  Neither list includes most modern statutory felonies.

Carissa Byrne Hessick

Date: May 29, 2025

# EXHIBIT A

CARISSA BYRNE HESSICK

*University of North Carolina School of Law*
160 Ridge Road, CB #3380 • Chapel Hill, NC  27599
919-962-4129 • chessick@email.unc.edu

# ACADEMIC APPOINTMENTS

**University of North Carolina School of Law**
*Anne Shea Ransdell and William Garland "Buck" Ransdell, Jr. Distinguished Professor of Law*, 2016-present
*Director, Prosecutors and Politics Project*, 2018-present
*Associate Dean for Faculty Development*, 2018-2020

**The Australian National University**
*Fulbright Distinguished Chair in Arts, Humanities and Social Sciences*, January-May 2024

**University of Utah, S.J. Quinney College of Law**
*Professor of Law*, 2013-2016
*Associate Dean for Faculty Research & Development*, 2015-2016

**Arizona State University, Sandra Day O'Connor College of Law**
*Professor of Law* (with tenure), 2011-2013
*Associate Professor*, 2007-2011
*2009 Outstanding Teacher Award* (chosen by a vote of graduating students)

**Harvard Law School**
*Climenko Fellow and Lecturer on Law*, 2005-2007

# EDUCATION

**Yale Law School**, J.D. 2002
*Yale Law Journal*, Editor
Potter Stewart Prize, Morris Tyler Moot Court of Appeals (best written and oral argument)

**Columbia University**, B.A. in Linguistics 1999
National Champion, American Parliamentary Debate Association
John Jay Scholar

# MAJOR PUBLISHED ARTICLES

*Facts, Policy, and Discretion*, 59 U.C. DAVIS L. REV. (forthcoming 2026) (with F.A. Hessick)

*The Nuances of Prosecutorial Nonenforcement*, 67 WM. & MARY L. REV. (forthcoming 2025) (with M.R. Parsh)

*Donating to the District Attorney*, 56 U.C. DAVIS L. REV. 1769 (2023) (with M. Morse and N. Pinnell)

*The Prosecutor Lobby*, 79 WASH. & LEE L. REV. 143 (2023) (with R. Wright and J. Pishko)

*Understanding Uncontested Prosecutor Elections*, 60 AM. CRIM. L. REV. 31 (2023) (with S. Treul and A. Love)

*Constraining Criminal Law*, 106 MINN. L. REV. 2299 (2022) (with F.A. Hessick)

*Nondelegation and Criminal Law*, 107 VA. L. REV. 281 (2021) (with F.A. Hessick)

*Picking Prosecutors*, 105 IOWA L. REV. 1537 (2020) (with M. Morse)

*The Myth of Common Law Crimes*, 105 VA. L. REV. 965 (2019)

*Criminal Clear Statement Rules*, 97 WASH. U. L. REV. 351 (2019) (with J.E. Kennedy)

*Sixth Amendment Sentencing After* Hurst, 66 UCLA L. REV. 448 (2019) (with W.W. Berry)

*Civilizing Criminal Settlements*, 97 B.U. L. REV. 1607 (2017) (with F.A. Hessick and R.M. Gold)

*Towards a Theory of Mitigation*, 96 B.U. L. REV. 161 (2016) (with D.A. Berman)

*Vagueness Principles*, 48 ARIZ. ST. L.J. 1137 (2016)

*Procedural Rights at Sentencing*, 90 NOTRE DAME L. REV. 187 (2014) (with F.A. Hessick)

*The Limits of Child Pornography*, 89 IND. L.J. 1437 (2014)

*The Non-Redelegation Doctrine*, 55 WM. & MARY L. REV. 163 (2013) (with F.A. Hessick)

*Double Jeopardy as a Limit on Punishment*, 97 CORNELL L. REV. 45 (2011) (with F.A. Hessick)

*Recognizing Constitutional Rights at Sentencing*, 99 CAL. L. REV. 47 (2011) (with F.A. Hessick)

*Disentangling Child Pornography from Child Sex Abuse*, 88 WASH. U. L. REV. 853 (2011)

*Ineffective Assistance at Sentencing*, 50 B.C. L. REV. 1069 (2009)

*Why Are Only Bad Acts Good Sentencing Factors?*, 88 B.U. L. REV. 1109 (2008)

*Appellate Review of Sentencing Decisions*, 60 ALA. L. REV. 1 (2008) (with F.A. Hessick)

*Violence Between Lovers, Strangers, and Friends*, 85 WASH. U. L. REV. 343 (2007)

*Motive's Role in Criminal Punishment*, 80 S. CAL. L. REV. 89 (2006)

## BOOKS

PUBLIC CORRUPTION (Carolina Academic Press 2022) (textbook) (with J. Kravis)

PUNISHMENT WITHOUT TRIAL: WHY PLEA BARGAINING IS A BAD DEAL (Abrams Press 2021)

REFINING CHILD PORNOGRAPHY LAW: CRIME, LANGUAGE, AND SOCIAL CONSEQUENCES (University of Michigan Press 2016) (edited volume)

STRANGE NEIGHBORS: THE ROLE OF STATES IN IMMIGRATION POLICY (NYU Press 2014) (edited volume) (with G.J. Chin)

# WORKS IN PROGRESS

*Campaign Finance and Criminal Justice Elections* (with W.P. Marshall)

*Elements, Defenses, and Due Process*

CRIMINAL SENTENCING IN COMMON LAW COUNTRIES: DISCRETION AND CONSTRAINT IN EIGHT JURISDICTIONS (under contract with Cambridge University Press)

# BOOK CHAPTERS, SYMPOSIUM CONTRIBUTIONS, BOOK REVIEWS, AND OTHER SHORTER PUBLICATIONS

*The Right to a Jury Trial and the Rise of Guilty Pleas Across Common Law Countries*, 93 GEO. WASH. L. REV. (forthcoming 2025) (invited symposium)

*Equality and Justice: An Essay in Memory of Dan Markel*, 52 FLA. ST. L. REV. (forthcoming 2025) (invited symposium)

*Prosecutorial Discretion and Sentencing*, *in* OXFORD HANDBOOK OF SENTENCING (R.D. King & M.T. Light, eds., Oxford University Press forthcoming 2025)

*The (Local) Prosecutor*, 2023 WISC. L. REV. 1669 (with R. Su) (invited symposium)

*Democracy in the Criminal Justice System: An Assessment*, 107 MARQ. L. REV. 241 (2023) (invited lecture)

*Pitfalls of Progressive Prosecution*, 50 FORDHAM URB. L.J. 973 (2023)

*Legality, Legal Standards, and the Legacy of Marvin Frankel*, 35 FED. SENT. REP. 249 (2023)

*Plea Bargains: Efficient or Unjust?*, 107 JUDICATURE NO. 1 (2023) (with J. Bellin, E. Fogel, A. Hendricks, E. Blondel, and J. Flynn)

*Introduction to Symposium on Pleas*, 20 OHIO ST. J. CRIM. L. 209 (2023)

*The Real Problem with Plea Bargaining*, 101 TEXAS L. REV. ONLINE 123 (2023) (invited commentary)

*Judges and Mass Incarceration*, 31 WM. & MARY BILL OF RIGHTS J. 461 (2022) (invited symposium)

*Special Interests in Prosecutor Elections*, 19 OHIO ST. J. CRIM. L. 39 (2021) (with N. Pinnell) (invited symposium)

*Electoral Change and Progressive Prosecutors*, 19 OHIO ST. J. CRIM. L. 125 (2021) (with R.F. Wright and J.L. Yates) (invited symposium)

Carissa Byrne Hessick
Page 4 of 20

*Separation of Powers Versus Checks and Balances in the Criminal Justice System:  A Response to Professor Epps*, VANDERBILT LAW REVIEW EN BANC 159 (2021) (invited commentary)

*The Sixth Amendment Sentencing Right and Its Remedy*, 99 N.C. L. REV. 1195 (2021) (symposium)

*Prosecutors and Voters*, *in* OXFORD HANDBOOK ON PROSECUTORS AND PROSECUTION (R.F. Wright, K.L. Levine, and R.M. Gold, eds., Oxford University Press 2021)

*Local Prosecutor Elections: Results of a National Study*, 32 FED. SENT. REP. 202 (2020) (invited symposium) (peer reviewed)

*Revisiting the Prejudice Standard for Ineffective Assistance of Counsel Claims*, THE ARKANSAS LAWYER, Fall 2018, at 46

*The Expansion of Child Pornography Law*, 21 NEW CRIM. L. REV. 321 (2018) (invited symposium)

*Towards a Series of Academic Norms for #Lawprof Twitter*, 101 MARQUETTE L. REV. 903 (2018)

*Corpus Linguistics and the Criminal Law*, 2017 BYU L. REV. 1503 (invited response essay to Stefan Th. Gries & Brian G. Slocum, *Ordinary Meaning and Corpus Linguistics*, 2017 BYU L. REV 1417)

*New Reasons to Doubt the Constitutionality of Arizona's Sentencing System*, ARIZ. ATTORNEY, Dec. 2017, at 22.

*DNA Exonerations and the Elusive Promise of Criminal Justice Reform*, 15 OHIO ST. J. OF CRIM. L. 271 (2017) (reviewing WRONGFUL CONVICTIONS AND THE DNA REVOLUTION: TWENTY-FIVE YEARS OF FREEING THE INNOCENT (Cambridge University Press, Daniel S. Medwed, ed. 2017))

*Finality and the Capital/Non-Capital Punishment Divide, in* FINAL JUDGMENTS: THE DEATH PENALTY IN AMERICAN LAW AND CULTURE (A. Sarat, ed.) (Cambridge University Press 2017)

*A Few Thoughts on* United States v. Cardena *and the Vagueness of §924(c)(3)(B)(ii)*, CASETEXT (Nov. 29, 2016), *available at* https://casetext.com/posts/a-few-thoughts-on-united-states-v-cardena-and-the-vagueness-of-924c3bii

Betterman v. Montana *and the Underenforcement of Constitutional Rights at Sentencing*, 14 OHIO ST. J. OF CRIM. L. 323 (2016) (invited symposium)

*Child Pornography Sentencing in the Sixth Circuit*, 41 U. DAYTON L. REV. 381 (2016) (invited symposium)

*Assessing the Impact of* Johnson v. United States *on the Void-for-Vagueness Doctrine*, CASETEXT (Oct. 24, 2016), *available at* https://casetext.com/posts/assessing-the-impact-of-johnson-v-united-states-on-the-void-for-vagueness-doctrine

*Introduction*, *in* REFINING CHILD PORNOGRAPHY LAW: CRIME, LANGUAGE, AND SOCIAL CONSEQUENCES (University of Michigan Press 2016)

*Setting Definitional Limits for the Child Pornography Exception*, *in* REFINING CHILD PORNOGRAPHY LAW: CRIME, LANGUAGE, AND SOCIAL CONSEQUENCES (University of Michigan Press 2016)

*Questioning the Modern Criminal Justice Focus on Child Pornography Possession*, *in* REFINING CHILD PORNOGRAPHY LAW: CRIME, LANGUAGE, AND SOCIAL CONSEQUENCES (University of Michigan Press 2016)

Johnson v. United States *and the Future of the Void-for-Vagueness Doctrine*, 10 NYU J. L. & LIBERTY 152 (2016) (invited symposium)

Booker *in the Circuits: Backlash or Balancing Act*, 6 HLRe 23 (2015)

*A Critical View of the Sentencing Commission's Recent Recommendations to "Strengthen the Guidelines System,"* 51 HOUSTON L. REV. 1335 (2014) (invited symposium)

*Introduction*, *in* STRANGE NEIGHBORS: THE ROLE OF STATES IN IMMIGRATION POLICY (NYU Press 2014) (with G.J. Chin)

*Juveniles, Sex Offenses, and the Scope of Substantive Law*, 46 TEXAS TECH L. REV. 5 (2013) (with J.M. Stinson) (invited symposium)

*Proving Prejudice for Ineffective Assistance Claims After* Frye, 25 FED. SENT. REP. 147 (2012) (invited symposium) (peer reviewed)

*Arizona Senate Bill 1070: Politics Through Immigration Law*, *in* ARIZONA FIRESTORM: GLOBAL IMMIGRATION REALITIES, NATIONAL MEDIA, AND PROVINCIAL POLITICS (Rowman & Littlefield 2012) (with G.J. Chin and M.L. Miller)

*Post-*Booker *Leniency in Child Pornography Sentencing*, 24 FED. SENT. REP. 87 (2011) (invited symposium) (peer reviewed)

*Arizona's S.B. 1070: Separating Fact From Fiction*, 1 L.J. SOC. JUST. 43 (2011) (invited symposium)

*Mandatory Minimums and Popular Punitiveness*, 2011 CARDOZO L. REV. DE NOVO 23 (invited response essay to Eric Luna & Paul Cassell, *Mandatory Minimalism*, 32 CARDOZO L. REV. 1 (2010))

*A Legal Labyrinth: Issues Raised by Arizona Senate Bill 1070*, 25 GEO. IMM. L.J. 47 (2010) (with G.J. Chin, T.M. Massaro, and M.L. Miller)

*Race and Gender as Explicit Sentencing Factors*, 14 J. GENDER RACE & JUST. 127 (2010) (invited symposium)

*Federal Sentencing Changes Since the "Change" Election*, 23 FED. SENT. REP. 143 (2010) (with F.A. Hessick) (invited symposium) (peer reviewed)

*Five Years of Appellate Problems After* Booker, 22 FED. SENT. REP. 85 (2009) (with F.A. Hessick) (peer reviewed)

*Appellate Review of Sentencing Policy Decisions After* Kimbrough, 93 MARQ. L. REV. 717 (2009) (invited symposium)

*Is an Act Reasonableness Inquiry Necessary?*, *in* CRIMINAL LAW CONVERSATIONS (Paul Robinson, Stephen Garvey & Kimberly Ferzan, eds. Oxford University Press 2009)

Exhibit A

Carissa Byrne Hessick
Page 6 of 20

(commenting on Cynthia Lee, *Reasonable Provocation and Self-Defense: Recognizing the Distinction Between Act Reasonableness and Emotion Reasonableness*)

*An Interdisciplinary Introduction to Punishment*, 11 NEW CRIM. L. REV. 498 (2008) (reviewing JOSE FALCON Y TELLA & FERNANDO FALCON Y TELLA, PUNISHMENT AND CULTURE: A RIGHT TO PUNISH? (Peter Muckley trans., Martinus Nijoff 2006))

Rita, Claiborne, *and the Courts of Appeals' Attachment to the Sentencing Guidelines*, 19 FED. SENT. REP. 171 (2007) (with F.A. Hessick) (peer reviewed)

*Prioritizing Policy Before Practice After* Booker, 18 FED. SENT. REP. 167 (2006) (peer reviewed)

## RESEARCH FUNDING

**Vital Projects, Inc.**
Funding of $62,000 to continue and expand study of prosecutor elections and campaign contributions and to place the data on an interactive website (2023)
Funding of $75,000 to continue and expand study of prosecutor campaign contributions (2020)
Funding of $90,000 to create database of prosecutor campaign contributions (2018)

**Charles Koch Foundation**
Funding of $55,000 to conduct national study of overcriminalization (2023)
Funding of $55,000 to conduct national study of prosecutor lobbying in the states (2019)

**University of North Carolina, Office of Research Development**
Funding of $16,000 to pilot study of prosecutor media coverage (2021)

**Drug Enforcement and Policy Center, Ohio State University**
Funding of $6,000 to conduct pilot study of marijuana enforcement policies and platforms for prosecutors running in 2022 elections (2022)

## OTHER WORK EXPERIENCE

**Hon. A. Raymond Randolph**, U.S. Court of Appeals for the D.C. Circuit
Law Clerk, 2004-2005

**Hon. Barbara S. Jones**, U.S. District Court for the Southern District of New York
Law Clerk, 2003-2004

**Wachtell, Lipton, Rosen & Katz**   New York, NY
*Litigation Associate*, 2002-2003

## SELECT MEDIA APPEARANCES

*Consider This: Cities Voted For Progressive Prosecutors. Republican State Leaders Are Pushing Back.*, NATIONAL PUBLIC RADIO (August 20, 2023)

J. David Goodman, With an Array of Tactics, *Conservatives Seek to Oust Progressive Prosecutors*, NEW YORK TIMES (August 12, 2023)

Jeff Amy, *Georgia bill is latest GOP effort targeting prosecutors*, ASSOCIATED PRESS (March 28, 2023)

Lauren Camera, "Republican Lawmakers in Georgia Move to Curb District Attorney Powers Ahead of Potential Trump Indictment," U.S. NEWS & WORLD REPORT (March 7, 2023)

Kashmir Hill, "A Dad Took Photos of His Naked Toddler for the Doctor. Google Flagged Him as a Criminal.," NEW YORK TIMES (Aug. 21, 2022)

David A. Graham, *Local Prosecutors Can't Protect Abortion Rights*, THE ATLANTIC (July 14, 2022)

Essay, *A Federal Appeals Court Just Devastated the Power of Judges to Reject Bad Plea Deals*, SLATE (April 29, 2022)

John Fritze, Kevin McCoy & Nick Penzenstadler, *Supreme Court pick Ketanji Brown Jackson may face fireworks at hearing*, USA TODAY (March 20, 2022)

Margaret Coker & Hannah Knowles, *Travis McMichael withdraws plea admitting guilt to federal hate crime charges in murder of Ahmaud Arbery*, WASHINGTON POST (Feb. 4, 2022)

Richard Fausset & Shaila Dewan, *How a Plea Deal in the Arbery Hate Crime Case Unraveled*, NEW YORK TIMES (Feb. 2, 2022)

Essay, *The Constitutional Right We Have Bargained Away*, THE ATLANTIC (Dec. 24, 2021)

Radley Balko, *The trials of Kyle Rittenhouse and Ahmaud Arbery's killers embody a big problem with the justice system*, WASHINGTON POST (Nov. 29, 2021)

Alex Burness, *At Colorado's Capitol, prosecutors no longer rule the roost*, DENVER POST (June 20, 2021)

Essay, *If You Want to Reform the Police, Get Prosecutors on Your Side*, SLATE (Oct. 13, 2020) (with G. Supak)

Fredreka Schouten, *Activists move from 'protests to the polls' in a push to shape a slew of local races on Election Day*, CNN.COM (Oct. 31, 2020)

Essay, *Amy Coney Barrett Says Judges Shouldn't Make Policy. That's Nonsense.*, SLATE (Oct. 13, 2020)

Mark Berman, *Breonna Taylor's case shines spotlight on grand juries, which usually operate out of public eye*, WASHINGTON POST (Oct. 2, 2020),

Essay, *Bill Barr's Argument for a Political Justice Department Is Very Convenient for Bill Barr*, SLATE (Sept. 17, 2020)

Op-ed, *Give Nebraskans a choice in county attorney elections*, OMAHA WORLD-HERALD (May 16, 2020) (with Cayla Rodney)

Essay, *What the Judge Overseeing Michael Flynn's Case Can Do Now*, SLATE (May 15, 2020)

Essay, *Is the Coronavirus Really a Biological Weapon?*, SLATE (Apr. 10, 2020)

Essay, *The Supreme Court Let States Kill the Insanity Defense bur Pretended it Didn't*, SLATE (March 24, 2020)

Kimberly Strawbridge Robinson & Jordan S. Rubin, *Insanity Defense Claims Curbed by High Court in Murder Case*, BLOOMBERG LAW (March 23, 2020)

Samantha Michaels, *The Real Reason People Want to Oust Prosecutor Kim Foxx Has Nothing to Do With Jussie Smollett*, MOTHER JONES (March 13, 2020)

Essay, *Bribery Is Right There in the Constitution*, THE ATLANTIC, BATTLE FOR THE CONSTITUTION (Nov. 21, 2019)

John Fritze, *Was it a bribe? Democrats trade 'quid pro quo' for 'bribery' in Trump impeachment messaging,* USA TODAY (Nov. 19, 2019)

Marissa Hoechstetter, *Carissa Byrne Hessick Wants to Hold Prosecutors Accountable*, MS. MAGAZINE (July 18, 2019)

Essay, *Elizabeth Warren's Proposal to Imprison More Corporate Executives Is a Bad Idea*, SLATE (Apr. 4, 2019) (with B. Levin)

Essay, *The National Police Association Police Association is Throwing a Fit Over Prosecutorial Discretion*, SLATE (Jan. 4, 2019) (with F.A. Hessick)

Radley Balko, *Boston's first black woman prosecutors has yet to take office, but she's already facing an ethics complaint*, WASHINGTON POST (Dec. 28, 2018)

Op-ed, *NC campaign finances need scrutiny*, RALEIGH NEWS & OBSERVER (Dec. 26, 2018) (with J. Cofer)

Mark Joseph Stern, *Why Michael Cohen Won't Get Anywhere Near 65 Years in Prison*, SLATE (Aug. 22, 2018)

Op-ed, *Voters in Pa. don't know enough about candidates running to become prosecutors*, PHILADELPHIA INQUIRER (April 11, 2018) (with R. Geissler)

Op-ed, *California voters deserve to know who is bankrolling our district attorneys*, LOS ANGELES TIMES (March 29, 2018) (with A. Rossi)

Kate Karstens, *Show us the money: UNC's Prosecutors and Politics Project tracks attorneys' finances*, THE DAILY TARHEEL (Feb. 28, 2018)

Exhibit A                                                          Carissa Byrne Hessick
                                                                       Page 9 of 20

Karen Sloan, *For Law Profs, Beware the Perils of Twitter*, NATIONAL LAW JOURNAL (January 16, 2018)

Radley Balko, *How a fired prosecutor became the most powerful law enforcement official in Louisiana*, WASHINGTON POST (November 2, 2017)

David J. Lynch, *How much trouble is Donald Trump Jr in?*, THE FINANCIAL TIMES (July 11, 2017)

Jessica DaSilva, *Child Porn Gets Longer Sentences than Rape, Molestation*, BLOOMBERG BNA CRIMINAL LAW REPORTER (July 27, 2016)

Op-ed, *Law Enforcement Alone Shouldn't Decide When to Use a Pornography Website to Snare Predators*, NEW YORK TIMES ROOM FOR DEBATE (January 27, 2016)

Lindsay Whitehurst, *Teen murder case poses question of justice for juveniles*, ASSOCIATED PRESS (March 28, 2015)

Alia Beard Rau, *Ariz. to defend its tough immigration law at Supreme Court*, USA TODAY (April 21, 2012)

Kristina Shevory, *Why Veterans Should Get Their Own Courts*, THE ATLANTIC (December 2011)

Op-ed, *Returning Vets Need Jobs, Help with Courts*, ARIZONA REPUBLIC (Nov. 9, 2011) (with M. Karin)

Erica Goode, *Michigan Town Split on Child Pornography Charges*, N.Y. TIMES (March 8, 2011)

Op-ed, *Ariz. Sentencing Laws Should Be Reformed*, ARIZONA REPUBLIC (Dec. 20, 2010)

Miriam Jordan, *Obama Administration Argues Against Arizona Law*, THE WALL STREET JOURNAL (July 23, 2010)

Tim Gaynor, *No Ruling in Hearing Over Arizona Immigration Law*, REUTERS (July 22, 2010)

Christopher Shea, *Is sexting constitutional?*, BOSTON GLOBE (May 2, 2010)

Amir Efrati, *Judges Consider New Factor at Sentencing: Military Service*, THE WALL STREET JOURNAL (December 31, 2009)


## PRESENTATIONS AND SPEAKING ENGAGEMENTS

*Presenter*, "Corruption, Campaign Finance, and Criminal Justice Elections," Neighborhood Criminal Law and Procedure Roundtable Conference, Chapel Hill, NC (April 30, 2025)

*Presenter*, "Corruption, Campaign Finance, and Criminal Justice Elections," Constitutional Law Workshop, University of Chicago Law School, Chicago, IL (April 28, 2025)

*Presenter*, "Facts, Policy, and Discretion," Faculty Workshop, University of Georgia School of Law, Athens, GA (March 25, 2025)

*Panelist*, "Evaluating the Progressive Prosecutor Experiment, The Federalist Society National Lawyers Convention, Washington, DC (Nov. 14, 2024)

*Speaker*, "The Right to a Jury and the Rise of Guilty Pleas Across Common Law Countries," The Survival of the Jury, George Washington Law Review Symposium, Washington, DC (Oct. 25, 2024)

*Presenter*, "The Nuances of Nonenforcement," CrimFest!, Carodozo Law School, New York, NY (July 16, 2024)

*Speaker*, "Criminal Sentencing in Australia," Public Lecture, the Australian National University, Canberra, ACT, Australia (May 21, 2024)

*Presenter*, "Criminal Sentencing in Common Law Countries," Faculty Workshop, Auckland Law School, Auckland, New Zealand (May 6, 2024)

*Presenter*, "The Nuances of Nonenforcement," Southwest Criminal Law Workshop, University of Nevada Las Vegas, William S. Boyd School of Law, Las Vegas, NV (October 20, 2023)

*Panelist*, "The (Local) Prosecutor," The Gordon Gamm Comparative Law and Justice Symposium, Tulane Law School, New Orleans, LA (March 31, 2023)

*Presenter*, "The Pitfalls of Progressive Prosecution," The Future of Prosecution Workshop, Fordham Law School, New York, NY (March 3, 2023)

*Speaker*, "Democracy in the Criminal Justice System: An Assessment," The Barrock Lecture, Marquette University Law School, Milwaukee, WI (November 15, 2022)

*Panelist*, "Prosecutors and Politics: A Conversation about—and with—District Attorneys," Marquette University Law School, Milwaukee, WI (November 15, 2022)

*Speaker*, "Challenges with Plea Bargaining," Charles L. Ihlenfeld Lecture, West Virginia University College of Law, Morgantown, WV (November 4, 2022)

*Presenter*, "The (Local) Prosecutor," Southwest Criminal Law Workshop, University of Nevada Las Vegas, William S. Boyd School of Law, Las Vegas, NV (October 21, 2022)

*Speaker*, "In Conversation with Dan Canon and Carissa Byrne Hessick," Southern Festival of Books, Nashville, TN (October 15, 2022)

*Presenter*, "Campaign Finance and Criminal Justice Elections," CrimFest!, Carodozo Law School, New York, NY (July 18, 2022)

*Panelist*, "National Experts on Prosecution," The Prosecution Symposium, UNLV Boyd School of Law, Las Vegas, NV (April 8, 2022)

*Speaker*, "Punishment Without Trial: Why Plea Bargaining is a Bad Deal," UNLV Boyd School of Law, Las Vegas, NV (April 7, 2022)

*Panelist*, "Punishment Without Trial: Why Plea Bargaining is a Bad Deal," Ohio State University Moritz School of Law, Columbus, OH (March 23, 2022)

*Presenter*, "The Prosecutor Lobby," Faculty Workshop, Northwestern University Pritzker School of Law, Chicago, IL (March 14, 2022)

*Presenter,* "Donating to the District Attorney," Faculty Workshop, Notre Dame Law School, South Bend, IN (September 7, 2021)

*Panelist*, "Does American Criminal Justice Need Reform?," Townhall, National Constitution Center (March 10, 2021)

*Presenter*, "Special Interests in Prosecutor Elections," Symposium, Prosecutorial Elections: The New Frontline in Criminal Justice Reform, Ohio State Criminal Law Journal (February 19, 2021)

*Presenter*, "Funding Prosecutor Campaigns," Faculty Workshop, Chicago-Kent College of Law, Chicago, IL (February 11, 2020)

*Presenter*, "Funding Prosecutor Campaigns," Faculty Workshop, William & Mary School of Law, Williamsburg, VA (December 5, 2019)

*Presenter*, "Funding Prosecutor Campaigns," Southwest Criminal Law Workshop, University of Nevada Las Vegas, William S. Boyd School of Law, Las Vegas, NV (October 19, 2019)

*Presenter*, "Funding Prosecutor Campaigns," CrimFest!, Brooklyn Law School, Brooklyn NY (July 15, 2019)

*Presenter*, "Funding Prosecutor Campaigns," Criminal Justice Ethics Schmooze, Cardozo Law School, New York NY (June 3, 2019)

*Speaker*, "Courts and Legislators as Agents of Change," Plea Bargaining: Reforming An (Un)Necessary Evil?, The NYU Center on the Administration of Criminal Law 11th Annual Conference, New York, NY (April 8, 2019)

*Panelist*, "Delegations and Criminal Law," Congress and the Administrative State: Delegation, Nondelegation, and Un-Delegation, The C. Boyden Gray Center for the Study of the Administrative State, Arlington, VA (Feb. 22, 2019)

*Panelist*, "Corpus Linguistics: The Search for Objective Interpretation," Association of American Law Schools Annual Meeting, San Diego, CA (January 5, 2019)

*Panelist*, "Animal Rights and Civil Rights – A Bridge Between Anti-Oppression Movements," Association of American Law Schools Annual Meeting, New Orleans, LA (January 4, 2019)

*Panelist*, "The Pros and Cons of Plea Bargaining," Federalist Society National Convention, Mayflower Hotel, Washington, DC (November 15, 2018)

*Presenter*, "Picking Prosecutors," Southwest Criminal Law Workshop, University of Nevada Las Vegas, William S. Boyd School of Law, Las Vegas, NV (October 26, 2018)

*Presenter*, "Criminal Clear Statement Rules," CrimFest!, Carodozo Law School, New York, NY (July 16, 2018)

*Presenter*, "Picking Prosecutors," Criminal Justice Ethics Schmooze, Brooklyn Law School, Brooklyn NY (June 11, 2018)

*Panelist*, "Crimes of Violence and the Void-for-Vagueness Doctrine," Fifth Circuit Judicial Conference, Austin, TX (May 24, 2018)

*Speaker*, "On Scholarship and Public Engagement," The Future of Legal Scholarship, Loyola University Chicago School of Law, Chicago, IL (April 6, 2018)

*Presenter*, "Criminal Clear Statement Rules," Southwest Criminal Law Workshop, Santa Clara School of Law, Santa Clara, CA (March 31, 2018)

*Speaker*, "The Myth of Common Law Crimes," Faculty Workshop, University of Arizona James E. Rogers College of Law, Tucson, AZ (February 1, 2018)

*Panelist*, "Why Intellectual Diversity Matters (and What Is To Be Done)," Association of American Law Schools Annual Meeting, San Diego, CA (January 4, 2018)

*Discussant and Moderator*, Ethics of Legal Scholarship, Marquette University Law School, Milwaukee, WI (September 15-16, 2017)

*Speaker*, "Implications of *United States v. Beckles* and *United States v. Johnson*," National Conference for Pro Se Law Clerks, Federal Judicial Center, Charleston, SC (September 6, 2017)

*Speaker*, "From Common Law Crimes to Codification," Faculty Workshop, University of North Carolina School of Law, Chapel Hill, NC (August 31, 2017)

*Discussant*, "Administrative Law & Criminal Justice," Southeastern Association of Law Schools Annual Meeting, Boca Raton, FL (August 3, 2017)

*Presenter*, "From Common Law Crimes to Codification," Association of American Law Schools Midyear Meeting, American University Washington College of Law, Washington, DC (June 14, 2017)

*Presenter*, "Prosecutors, Politics, and Elections," Criminal Justice Ethics Schmooze, New York Law School, New York, NY (June 9, 2017)

Carissa Byrne Hessick
Page 13 of 20

*Presenter*, "In Defense of Common Law Crimes," Neighborhood Criminal Justice Roundtable, University of Virginia School of Law, Charlottesville, VA (May 8, 2017)

*Commentor*, "Ordinary Meaning and Corpus Linguistics," Law & Corpus Linguistics Conference, BYU Law School, Provo, UT (February 3, 2017)

*Panelist*, "Disparities in Sentencing," Edward Bennett Williams Inn of Court, Washington, DC (January 12, 2017)

*Presenter*, "Surrendering Sixth Amendment Principles," Southwest Criminal Law Workshop, University of Nevada Las Vegas, William S. Boyd School of Law, Las Vegas, NV (November 12, 2016)

*Speaker*, "Civilizing Criminal Settlements," Faculty Workshop, Brooklyn Law School, Brooklyn, NY (November 3, 2016)

*Speaker*, "Update on *Johnson v. United States*," 2016 Fall Seminar for Judicial Law Clerks, U.S. District Court for the Northern District of Texas (October 12, 2016)

*Speaker*, "Navigating the Fallout from *Johnson v. United States*," Federal Judicial Center Court Web (August 24, 2016)

*Discussant*, "Looking Forward: Criminal Law's Role," Southeastern Association of Law Schools Annual Meeting, Amelia Island, FL (August 4, 2016)

*Discussant*, "*Booker* After 10 Years – Making Sense of the Shift to Advisory Guidelines," Southeastern Association of Law Schools Annual Meeting, Amelia Island, FL (August 3, 2016)

*Presenter,* "Surrendering Sixth Amendment Principles," CrimFest 2016, Benjamin N. Cardozo School of Law, New York, NY (July 12, 2016)

*Panelist*, "The New World of Legal Academia: Planning for the Future," Workshop for New Teachers, Association of American Law Schools, Washington, DC (June 10, 2016)

*Discussant*, "Impact of *United States v. Johnson*," National Conference for Appellate Staff Attorneys, Austin, TX (May 11, 2016)

*Speaker*, "*Finality and the Capital/Non-Capital Punishment Divide*," Final Judgments: The Death Penalty and American Law, University of Alabama School of Law, Tuscaloosa, AL (April 8, 2016)

*Presenter*, "Taking Vagueness Concerns Seriously," Southwest Criminal Law Workshop, University of Utah S.J. Quinney College of Law, Salt Lake City, UT (September 26, 2015)

*Discussant*, Roundtable Discussion on Teaching and Studying Vice, Southeastern Association of Law Schools Annual Meeting, Boca Raton, FL (August 2, 2015)

Carissa Byrne Hessick
Page 14 of 20

*Presenter*, "Discretion and Double Standards: The Void for Vagueness Doctrine and the Presumption of Regularity," CrimFest 2015, Benjamin N. Cardozo School of Law, New York, NY (July 21, 2015)

*Panelist*, "The New World of Legal Academia: Planning for the Future," Workshop for New Teachers, Association of American Law Schools, Washington, DC (June 4, 2015)

*Speaker*, "*Johnson v. United States* and the Evolving Void for Vagueness Doctrine," 9th Annual Criminal Law Seminar, Utah Chapter of the Federal Bar Association, Salt Lake City, UT (May 15, 2015)

*Speaker*, "Exercising Discretion in Child Pornography Possession Cases," The Honorable James J. Gilvary Symposium on Law, Religion, and Social Justice, University of Dayton School of Law, Dayton, OH (March 20, 2015)

*Speaker*, "Sentencing's Crucial Role in the Criminal Justice System," Scholar-in-Residence Address, University of Dayton School of Law, Dayton, OH (March 19, 2015)

*Presenter*, "*Strange Neighbors: The Role of States in Immigration Policy*," Yale Law Library Book Talk, Yale Law School, New Haven, CT (February 24, 2015)

*Presenter*, "Towards a Theory of Mitigation," The New York City Criminal Law Theory Colloquium, New York University Law School, New York, NY (February 23, 2015)

*Presenter*, "Towards a Theory of Mitigation," Southwest Criminal Law Workshop, San Diego Law School, San Diego, CA (September 20, 2014)

*Discussant*, Roundtable Discussion on Mercy, Southeastern Association of Law Schools Annual Meeting, Amelia Island, FL (August 4, 2014)

*Presenter*, "Towards a Theory of Mitigation," CrimFest 2014, Rutgers School of Law, Rutgers, NJ (July 21, 2014)

*Speaker*, "Procedural Rights at Sentencing," Faculty Workshop, UNC School of Law, Chapel Hill, NC (March 20, 2014)

*Presenter*, "Procedural Rights at Sentencing," Criminal Justice Colloquium Roundtable, SMU Dedman School of Law, Dallas, TX (January 23, 2014)

*Featured Speaker*, Federal Sentencing at a Crossroads, University of Houston Law Center, Houston, TX (November 15, 2013)

*Speaker*, "Enforcing Procedural Rights at Sentencing," Law and Society Association, Boston, MA (May 30, 2013)

*Speaker*, "Substantive Law and the Case Against Treating Juveniles Like Adults," Juveniles and the Criminal Law Symposium, Texas Tech School of Law, Lubbock, TX (April 5, 2013)

Exhibit A                                                                Carissa Byrne Hessick
                                                                          Page 15 of 20

*Speaker*, "Procedural Rights at Sentencing," Faculty Workshop, Washington University School of Law, St. Louis, MO (March 19, 2013)

*Speaker*, "Setting New Professional Standards in Non-Capital Cases," Just/Justice: Valuing Fairness and Efficiency in the Criminal Justice System Symposium, Arizona State University Sandra Day O'Connor College of Law, Tempe, AZ (March 1, 2013)

*Presenter*, "The Limits of Child Pornography," Southwest Criminal Law Workshop, University of Nevada Las Vegas, William S. Boyd School of Law, Las Vegas, NV (September 7, 2012)

*Speaker*, "Child Pornography 2.0," Law and Society Association, Honolulu, HI (June 6, 2012)

*Speaker*, "Double Jeopardy as a Limit on Punishment," Faculty Workshop, University of Texas School of Law, Austin, TX (October 20, 2011)

*Presenter*, "Incorporating Sentencing," Southwest Criminal Law Workshop, University of California, Irvine School of Law, Irvine, CA (September 17, 2011)

*Speaker*, "Double Jeopardy as a Limit on Punishment," Faculty Workshop, University of Iowa College of Law, Iowa City, IA (September 16, 2011)

*Speaker*, "Double Jeopardy as a Limit on Punishment," Faculty Workshop, Emory University School of Law, Atlanta, GA (September 7, 2011)

*Speaker*, "Recognizing Constitutional Rights at Sentencing," Faculty Workshop, Chapman University School of Law, Orange, CA (April 18, 2011)

*Presenter*, "Child Pornography 2.0," Southwest Junior Law Professors Workshop, Arizona State University Sandra Day O'Connor College of Law, Tempe, AZ (March 14, 2011)

*Speaker*, "Recognizing Constitutional Rights at Sentencing," Faculty Workshop, Willamette University College of Law, Salem, OR (February 7, 2011)

*Moderator*, "Immigration and the Role of States," 13th Annual Federalist Society Faculty Conference, San Francisco, CA (January 7, 2011)

*Presenter*, "Double Jeopardy as a Limit on Punishment," Prawfsfest Faculty Workshop, Arizona State University Sandra Day O'Connor College of Law, Tempe, AZ (December 6, 2010)

*Speaker*, "Double Jeopardy as a Limit on Punishment," Faculty Workshop, Arizona State University Sandra Day O'Connor College of Law, Tempe, AZ (October 25, 2010)

*Speaker*, "Arizona Senate Bill 1070: An Overview," The Role of the States in Immigration Policy and Enforcement, Arizona State University Sandra Day O'Connor College of Law, Tempe, AZ (October 8, 2010)

Exhibit A                                                                                  Carissa Byrne Hessick
                                                                                           Page 16 of 20

*Presenter*, "Double Jeopardy as a Limit on Punishment," Rocky Mountain Junior Scholars Forum, University of Utah S.J. Quinney College of Law, Salt Lake City, UT (September 24, 2010)

*Speaker*, "Recognizing Constitutional Rights at Sentencing," Faculty Workshop, Florida State College of Law, Tallahassee, FL (September 7, 2010)

*Presenter*, "Arizona Senate Bill 1070: A Preliminary Report," Southwest Criminal Law Conference, Denver University School of Law, Denver, CO (August 28, 2010)

*Panelist*, **"**Beyond the Job Talk:  Maneuvering Presentation Formats," Southeastern Association of Law Schools Annual Meeting, Palm Beach, FL (July 31, 2010)

*Panelist*, "White Collar Sentencing," Federal Bar Council 2010 Winter Bench & Bar Conference, Kailua-Kona, HI (February 24, 2010)

*Presenter*, "The Underenforcement of Constitutional Norms at Sentencing," Prawfsfest Faculty Workshop, Southwestern Law School, Los Angeles, CA (December 3, 2009)

*Presenter*, "The Underenforcement of Constitutional Norms at Sentencing," Southwest Criminal Law Workshop, University of Arizona James E. Rogers College of Law, Tucson, AZ (October 3, 2009)

*Presenter*, "Punishing Kiddie Porn," Rocky Mountain Junior Scholars Forum, BYU Law School, Provo, UT (September 25, 2009)

*Speaker*, "Race and Gender as Explicit Sentencing Factors," Symposium, University of Iowa College of Law, Iowa City, IA (September 11, 2009)

*Presenter*, "Punishing Kiddie Porn," Junior Crim Prof Conference, George Washington Law School, Washington, DC (July 20, 2009)

*Speaker*, "Appellate Review of Sentencing Policy Decisions After *Kimbrough*," Marquette University Law School, Criminal Appeals Conference, Milwaukee, WI (June 16, 2009)

*Speaker*, "Punishing Kiddie Porn," Law and Society Association, Denver, CO (May 29, 2009)

*Speaker*, "Ineffective Assistance of Counsel in Discretionary Sentencing Systems," Law and Society Association, Denver, CO (May 28, 2009)

*Presenter*, "Punishing Kiddie Porn," Prawfsfest Faculty Workshop, Florida State College of Law, Tallahassee, FL (April 30, 2009)

*Moderator*, "Post-conviction Review: Procedures, Experiences, and Lessons," Forensic Science for the 21st Century: The National Academy of Sciences Report and Beyond, Arizona State University Sandra Day O'Connor College of Law, Tempe, AZ (April 4, 2009)

*Speaker*, "Considering Prior Good and Bad Acts at Sentencing," Law and Society Association, Montreal, Canada (June 1, 2008)

*Speaker*, "Considering Prior Good and Bad Acts at Sentencing," Faculty Workshop, Arizona State University Sandra Day O'Connor College of Law, Tempe, AZ (February 7, 2008)

*Presenter*, "Considering Prior Good and Bad Acts at Sentencing," Prawfsfest Faculty Workshop, Loyola Law School, Los Angeles, CA (December 6, 2007)

*Speaker*, "Violence Between Lovers, Strangers, and Friends," Criminal Justice, and Security Program Lunch Speaker Series, University of Arizona James E. Rogers College of Law, Tucson, AZ (November 14, 2007)

*Speaker*, "Considering Prior Good and Bad Acts at Sentencing," Faculty Workshop, Widener Law School, Harrisburg, PA (November 5, 2007)

*Speaker*, "Violence Between Lovers, Strangers, and Friends," Law and Society Association, Berlin, Germany (July 28, 2007)

*Moderator*, "Networking: Building a New Girls Network," Harvard Women's Law Association Alumnae Conference, Cambridge, MA (February 16, 2007)

## SELECT LEGAL REPRESENTATION

*Nancy Martin v. United States* (No 23-1022, U.S. Supreme Court, April 2024)
Co-author of Brief of *Amici Curiae* Cato Institute in Support of Petition for Certiorari

*Troy Mansfield v. Williamson County, Texas* (No. 22-186, U.S. Supreme Court, September 2022)
Co-author of Brief of *Amici Curiae* Law Professors in Support of Petition for Certiorari

*Mario D. Thompson v. State of Arkansas* (No. 16-1414, U.S. Supreme Court, May 2017)
Co-Author of Petition for a Writ of Certiorari

*Gregory T. Perry v. United States* (No. 15-3494, Seventh Circuit Court of Appeals, May 2017)
Counsel of Record and author of Brief for Law Professors as *Amicus Curiae* in Support of Petitioner-Appellant

*State v. Holle* (No. 15-0348, Arizona Supreme Court, September 2016)
Author of Brief for Law Professors as *Amici Curiae* in Support of Respondent's Motion for Reconsideration

*Travis Beckles v. United States* (No. 15-8544, U.S. Supreme Court, August 2016)
Counsel of Record and co-author of Brief for Scholars of Criminal Law, Federal Courts, and Sentencing as *Amici Curiae* in Support of Petitioner

*United States v. Calvin Matchett* (No. 14-10396, Eleventh Circuit Court of Appeals, October 2015)
Author of Brief for Law Professors as *Amicus Curiae* in Support of Defendant-Appellant's Petition for Rehearing En Banc

*John J. Rigas and Timothy J. Rigas v. United States* (No. 09-1456, U.S. Supreme Court, July 2010)
Counsel of Record and Co-Author of Brief for Law Professors and National Association of Criminal Defense Lawyers as *Amici Curiae* in Support of Petition for Certiorari

*United States v. Gino Gonzaga Rodriquez* (No. 06-1646, U.S. Supreme Court, December 2007)
Co-Author of Brief for *Amici Curiae* Professors of Criminal Law in Support of Respondent

*Celestine Faulks v. United States* (No. 06-999, U.S. Supreme Court, January 2007)
Co-Author of Petition for a Writ of Certiorari

## SELECT PROFESSIONAL ACTIVITIES

**U.S. Supreme Court Fellows Program**
Member, Academic Advisory Board, October 2024 Term

**American Bar Association**
Reporter, Criminal Justice Section Sentencing Standards Task Force, February 2018-present

**PrawfsBlawg Legal Blog**
Permanent Blogger, May 2017-present

**Association of American Law Schools**
Chair, Criminal Justice Section, 2018-2019
Executive Committee Member, Criminal Justice Section, 2014-2020
Executive Committee Member, Section on Scholarship, 2017-2022
Member of Committee to Review Scholarly Papers, 2014-2015, 2021-2022

**National Association of Criminal Defense Lawyers, Getting Scholarship into Courts Project**
Member of Academic Advisory Board, 2012-2018

**Salt Lake Legal Defender Association**
Board of Trustees, 2015-2016

**United States Attorney's Office, District of Arizona, Law Enforcement Coordinating Committee (LECC) Reentry Initiative**
Member of Executive Workgroup, 2011-2013
Member of Policy & Strategy Subcommittee, 2011-2013

**Arizona State Legislature, Federal Sex Offender Registration Notification Act Study Committee**
Appointed by Governor Jan Brewer as University Researcher with expertise in the area of sex offender research, 2009-2013

**Exhibit A**

## BAR ADMISSIONS

United States Supreme Court, 2010
Seventh Circuit, U.S. Court of Appeals, 2017
Southern District of New York, 2003
New York State, 2003

# EXHIBIT B

Exhibit B

# EXHIBIT B
## Materials Considered

## I.    Cases

1.    *Able v. Commonwealth*, 68 Ky. 698 (1869)
2.    *Adams v. Barrett*, 5 Ga. 404 (1848)
3.    *Baker v. State*, 12 Ohio St. 214 (1861)
4.    *Bannon v. United States*, 156 U.S. 464 (1895)
5.    *Com. v. King*, 63 Mass. 284 (1852)
6.    *Ex parte* Wilson, 114 U.S. 417 (1885)
7.    *Forshner v. Whitcomb*, 44 N.H. 14 (1862) (substantive law)
8.    *Harvey v. Brewer*, 605 F.3d 1067 (9th Cir. 2010)
9.    *Jane v. State*, 3 Mo. 61 (1831)
10.    *Jerome v. United States*, 318 U.S. 101 (1943)
11.    *Mills v. Wimp*, 49 Ky. 417 (1850)
12.    *People v. Miller*, 12 Cal. 291 (1859)
13.    *People v. Murray*, 8 Cal. 519 (1857)
14.    *Richardson v. Ramirez*, 418 U.S. 24 (1974)
15.    *Sarah v. State*, 28 Miss. 267 (Miss. Err. & App. 1854)
16.    *Scott v. Commonwealth*, 55 Va. 687 (1858)
17.    *Sheppard v. State*, 42 Ala. 531 (1868)
18.    *Shields v. Yonge*, 15 Ga. 349 (1854)
19.    *State v. Cazeau*, 8 La. Ann. 109 (1853)
20.    *State v. Cook*, 20 La. Ann. 145 (1868)
21.    *State v. Eldridge*, 12 Ark. 608 (1852)
22.    *State v. Feaster*, 25 Mo. 324 (1857)
23.    *State v. Ginns*, 10 S.C.L. 583 (S.C. Const. App. 1819)
24.    *State v. Gove*, 34 N.H. 510 (1857)
25.    *State v. Knapp*, 6 Conn. 415 (Conn. 1827)
26.    *United States v. Baker*, 24 F. Cas. 962 (C.C.S.D.N.Y. 1861)
27.    *United States v. Durkee*, 25 F. Cas. 941 (C.C.N.D. Cal. 1856)
28.    *United States v. Staats*, 49 U.S. 41 (1850)
29.    *Wilson v. State*, 1 Wis. 184 (1853)
30.    *Witt v. State*, 9 Mo. 671 (1846)

## II.    Publicly Available Documents

1.    AN ACT TO ADMIT THE STATE OF VIRGINIA TO REPRESENTATION IN THE CONGRESS OF THE UNITED STATES, 16 Stat. 62 (Jan. 26, 1870)
2.    GREAGORY A. AUSTIN, NATIONAL INSTITUTE ON DRUG ABUSE PERSPECTIVES ON THE HISTORY OF PSYCHOACTIVE SUBSTANCE USE (1978)
3.    JOEL PRENTISS BISHOP, COMMENTARIES ON THE CRIMINAL LAW (4th ed. 1868)
4.    BLACK'S LAW DICTIONARY (12th ed. 2024)
5.    WILLIAM BLACKSTONE: COMMENTARIES ON THE LAWS OF ENGLAND: WITH NOTES SELECTED FROM THE EDITIONS OF ARCHBOLD, CHRISTIAN, COLERIDGE, CHITTY,

**Exhibit B**

STEWART, KERR AND OTHERS, BARRON FIELD'S ANALYSIS, AND ADDITIONAL NOTES, AND A
LIFE OF THE AUTHOR BY GEORGE SHARSWOOD (G.W. Childs 1868)

6.     Allen H. Bush, Digest of the State Law of Florida, Ch. XLVII, § 9 (1872)

7.     Gabriel J. Chin, Reconstruction, Felon Disenfranchisement, and the Right to Vote:
Did the Fifteenth Amendment Repeal Section 2 of the Fourteenth Amendment?, 92 GEO. L.J.
259 (2004)

8.     Gabriel J. Chin & John Ormonde, Infamous Misdemeanors and the Grand Jury
Clause, 102 MINN. L. REV. 1911 (2018)

9.     JOSEPH CHITTY, A PRACTICAL TREATISE ON THE CRIMINAL LAW (Gould, Banks &
Gould, 1847; 5th American from the 2nd and last London edition)

10.    Code of Alabama (1852)

11.    Code of Virginia (1849)

12.    EDWARD COKE, THE FIRST PART OF THE INSTITUTES OF THE LAWS OF ENGLAND
(Robert H. Small, 1853; 1st American ed. from the 19th London edition).

13.    JOHN COMYNS, A DIGEST OF THE LAWS OF ENGLAND (1762)

14.    CONG. GLOBE, 41st Cong., 2nd Sess. (1870)

15.    DAVID T. COURTWRIGHT, DARK PARADISE: OPIATE ADDICTION IN AMERICA
BEFORE 1940 (1982)

16.    David P. Currie, The Reconstruction Congress, 75 U. CHI. L. REV. 383 (2008)

17.    NATHAN DANE, A GENERAL ABRIDGEMENT AND DIGEST OF AMERICAN LAW:
WITH OCCASIONAL NOTES AND COMMENTS (Cummings, Hilliard, and Co., 1823)

18.    JOHN A.G. DAVIS, A TREATISE ON CRIMINAL LAW WITH AN EXPOSITION OF THE
OFFICE AND AUTHORITY OF JUSTICES OF THE PEACE IN VIRGINA (1838)

19.    Enrolled Constitution, Records of the Virginia Constitutional Convention of
1867–1868

20.    LINDSAY FARMER, MAKING THE MODERN CRIMINAL LAW: CRIMINALIZATION AND
CIVIL ORDER (2016)

21.    Richard E. Finneran & Steven K. Luther, Criminal Forfeiture and the Sixth
Amendment: The Role of the Jury at Common Law, 35 CARDOZO L. REV. 1 (2013)

22.    John T. Fitzpatrick, The Revised Statutes of New York, 19 LAW LIBR. J. 72 (1926)

23.    JOSEPH GABBETT, A TREATISE ON CRIMINAL LAW: COMPREHENDING ALL CRIMES
AND MISDEMEANORS PUNISHABLE BY INDICTMENT; AND OFFENCES COGNIZABLE SUMMARILY BY
MAGISTRATES; WITH THE MODES OF PROCEEDING UPON EACH (1835)

24.    JULIUS GOEBEL, JR., FELONY AND MISDEMEANOR: A STUDY IN THE HISTORY OF
CRIMINAL LAW (1976)

25.    MATTHEW HALE, THE HISTORY OF THE PLEAS OF THE CROWN (Robert H. Small,
1st Amer. ed. 1847)

26.    ALBERT JAMES HARNO, LEGAL EDUCATION IN THE UNITED STATES (1953)

27.    WILLIAM HAWKINS, A TREATISE OF THE PLEAS OF THE CROWN: OR, A SYSTEM
OF THE PRINCIPAL MATTERS RELATIVE TO THAT SUBJECT, DIGESTED UNDER PROPER HEADS (S.
Sweet, 8th ed. 1824).

28.    WILLIAM WALLER HENING, THE STATUTES AT LARGE BEING A COLLECTION OF
ALL THE LAWS OF VIRGINIA 127 (Vol. IX, Richmond, 1821).

29.    Carissa Byrne Hessick, The Myth of Common Law Crimes, 105 VA. L. REV. 965
(2019)

30.    OLIVER WENDELL HOLMES, THE COMMON LAW (Dover Publications, 1991)

3

Exhibit B

31.    GILES JACOB, NEW LAW-DICTIONARY: CONTAINING THE INTERPRETATION AND DEFINITION OF WORDS AND TERMS USED IN THE LAW, Felony (1729)

32.    EDWARD JENKS, A SHORT HISTORY OF ENGLISH LAW: FROM THE EARLIEST TIMES TO THE END OF THE YEAR 1911 (1912)

33.    Stephen R. Kandall, Illicit Drugs in America: History, Impact on Women and Infants, and Treatment Strategies for Women, 43 HASTINGS L.J. 615 (1992)

34.    JAMES KENT, COMMENTARIES ON AMERICAN LAW (11th ed. 1867)

35.    Erik Grant Luna, Our Vietnam: The Prohibition Apocalypse, 46 DEPAUL L. REV. 483 (1997)

36.    GERARD N. MAGLIOCCA, AMERICAN FOUNDING SON: JOHN BINGHAM AND THE INVENTION OF THE FOURTEENTH AMENDMENT (New York University Press 2013)

37.    Mark Osler & Thea Johnson, Why Not Treat Drug Crimes As White-Collar Crimes?, 61 WAYNE L. REV. 1 (2015)

38.    DAVID F. MUSTO, THE AMERICAN DISEASE: ORIGINS OF NARCOTIC CONTROL (3rd ed. 1999)

39.    FREDERICK POLLOCK & FREDERIC WILLIAM MAITLAND, THE HISTORY OF ENGLISH LAW BEFORE THE TIME OF EDWARD I (Little & Brown 1895)

40.    STANISLAW POMORSKI, AMERICAN COMMON LAW AND THE PRINCIPLE OF NULLUM CRIMEN SINE LEGE (1975)

41.    Revised Statutes of the State of South Carolina (1873)

42.    Alice Ristroph, Farewell to the Felonry, 53 HARV. C.R.-C.L. L. REV. 563 (2018)

43.    1 WILLIAM OLDNALL RUSSELL, A TREATISE ON CRIMES AND MISDEMEANORS (T. & J.W. Johnson & Co, 8th Amer. ed. 1857)

44.    DAVID B. SMITH, PROSECUTION AND DEFENSE OF FORFEITURE CASES (1992)

45.    JAMES FITZJAMES STEPHEN, GENERAL VIEW OF THE CRIMINAL LAW OF ENGLAND (MacMillan & Co. 1863)

46.    JOSEPH STORY, COMMENTARIES ON THE CONSTITUTION OF THE UNITED STATES (1st ed. 1833)

47.    EDWIN C. SURRENCY, A HISTORY OF AMERICAN LAW PUBLISHING (1990)

48.    Tex. Penal Code (1857)

49.    Will Tress, Unintended Collateral Consequences: Defining Felony in the Early American Republic, 57 CLEV. ST. L. REV. 461 (2009)

50.    Va. Const., art. II, § 2 (1869)

51.    Va. Const., art. III, § 2 (1869)

52.    Virginia Readmission Act (1870)

53.    FRANCIS WHARTON, TREATISE ON THE CRIMINAL LAW OF THE UNITED STATES: COMPRISING A GENERAL VIEW OF THE CRIMINAL JURISPRUDENCE OF THE COMMON AND CIVIL LAW, AND A DIGEST OF THE PENAL STATUTES OF THE GENERAL GOVERNMENT, AND OF MASSACHUSETTS, NEW YORK, PENNSYLVANIA, VIRGINIA AND OHIO; WITH THE DECISIONS ON CASES ARISING UPON THOSE STATUTES (Kay & Brother, 6th ed. 1868)

# EXHIBIT C

**Exhibit C**

Carissa Byrne Hessick
Page 1 of 5

Virginia Code (1860)

Title 54. Crimes and Punishments

- Ch. 190. Of offences against the sovereignty of the state

  - Sec. 1: treason

  - Sec. 2: misprision of treason

  - Sec. 4: conspiring in or inducing a slave rebellion

- Ch. 191. Of homicide, and other offences against the person

  - Sec. 1: first degree murder (premeditated murder, felony murder)

  - Sec. 3: second degree murder

  - Sec. 4: voluntary manslaughter

  - Sec. 7: poisoning

  - Sec. 8: abortion

  - Sec. 9: shoot, stab, cut, wound, or cause bodily injury with the intent to maim, disfigure, disable or kill (requires mens rea of maliciously, not merely unlawfully)

  - Sec. 10: shoot, stab, cut, or wound someone in the commission of a felony

  - Sec. 12: robbery

  - Sec. 13: extortion

  - Sec. 14: kidnapping a child with intent to extort the child's parent or guardian

  - Sec. 15: rape (including statutory rape)

  - Sec. 16: detaining a white woman against her will "to marry or defile her," or taking away a female child under 12 "for the purpose of prostitution or concubinage"

  - Sec. 17: selling a free person as a slave, or kidnapping a free person to be used/sold as a slave

  - Sec. 19: dueling that results in a death (including duels outside of state based on previous agreement in Virginia)

  - Sec. 20: acting as a second in a duel that results in a death

Exhibit C                                      Carissa Byrne Hessick
                                                          Page 2 of 5

- Ch. 192. Of offences against property

  - Sec. 1: burning a dwelling house, jail or prison, at night

  - Sec. 2: burning a dwelling house, jail, or prison during the day

  - Sec. 4: burning a public building, bank, storehouse, warehouse, manufacturing facility, or mill

  - Sec. 5: Burning a pile of lumber, or a barn, stable, tobacco-house, or stack of grain, fodder, straw, or hay

  - Sec. 6: Setting fire to any other type of building

  - Sec. 7: Burning a bridge, lock, dam, ship, boat, or other vessel worth $100 or more

  - Sec. 10: Setting fire to a building/goods/chattels for insurance money

  - Secs. 11-13: Burglary

  - Sec. 14: Larceny of goods or chattels worth $20 or more (lesser value is a misdemeanor)

  - Sec. 15: stealing a bank note, check, or other writing or paper of value (deemed a felony if value of $20 or more)

  - Sec. 18: taking a child away from their lawful guardian

  - Sec. 19: theft of an enslaved person

  - Sec. 20: knowingly buying or receiving stolen goods (deemed a felony if value of $20 or more)

  - Sec. 21: embezzlement or fraud of a bank or public trust by officers or other employees (deemed a felony if value of $20 or more)

  - Sec. 22: embezzlement or theft by someone entrusted with transporting/holding property (deemed a felony if value of $20 or more)

  - Sec. 23: fraudulent or omitted entries in records by an employee of a bank or joint stock company

  - Sec 25: removing or permitting removal of slave out of states

  - Sec. 26: carrying away slave with fraudulent intent

  - Secs. 27-28: master of vessel receiving runaway slave

  - Sec. 29 advising or aiding in escape of slave

Exhibit C

Carissa Byrne Hessick
Page 3 of 5

- Sec. 30: keeper of ferry or bridge allowing escaping slave to pass

- Sec. 48: destruction or concealment of a will or codicil

- Sec. 49: obtaining money, property or a signature under false pretenses

- Sec. 50: casting away or destroying a ship or vessel to injure or defraud the vessel's owner, property, or insurer

- Sec. 51: poisoning another person's horse, cattle, or other beast

- Sec. 52: endangering another person's life by damaging or obstructing a canal, railroad, or bridge

- Ch. 193. Of forgery

  - Sec. 1: Forging a public record, certificate, or other document that may be received as legal proof

  - Sec. 2: Forging, keeping, or concealing any instrument for the purpose of forging the seal of a court or other public office

  - Sec. 3: Forging a coin or a bank note/bill, or uttering the same

  - Sec. 4: Making a block/press/other device for forgeries

  - Sec. 5: Forging another kind of writing "to the prejudice of another's right"

  - Sec. 6: Possessing ten or more forged bank notes or pieces of coin (fewer than ten is a misdemeanor)

- Ch. 194. Of offences against public justice

  - Sec. 2: perjury or subornation of perjury during a trial for a felony

  - Sec. 8: successfully aiding a prisoner in escaping, if that prisoner was detained on a felony conviction or charge

  - Sec. 9: jailor or prison officer aiding a prisoner convicted or charged with a felony with escaping

  - Sec. 11: escaping jail with force or violence, if previously sentenced to confinement in a penitentiary

- Ch. 195. Of offences against the peace

  - Sec. 5: All rioters deemed guilty of murder or wounding if a judge, justice, or person acting under their orders is killed or wounded while carrying out orders to disperse riot

**Exhibit C**

Carissa Byrne Hessick
Page 4 of 5

- o   Sec. 6: Destruction, including partial destruction, of a dwelling by a rioter

- Ch. 196. Of offences against morality and decency.

  - o   Sec. 1: bigamy

  - o   Sec. 12: "buggery" and bestiality

- Ch. 198. Of offences against public policy

  - o   Sec. 27: writing or printing material "with intent to advise or incite" a slave revolt or circulating material with the same intent

  - o   Sec. 39: issuing fraudulent receipt or note by tobacco inspectors

- Ch. 200. Of offences by negroes

  - o   [omitted]

Exhibit D

Carissa Byrne Hessick
Page 1 of 10

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-462(B) | OBSTRUCTION OF JUSTICE | Concealing | Conceal, destroy, etc., physical evidence of felony offense | JUS-4833-F6 |
| 18.2-169 | FRAUD | Forging - Seal | Official seal | FRD-2516-F4 |
| 18.2-61(A,i) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim by force, threat or intimidation | RAP-1129-F9 |
| 18.2-31(14) | MURDER | Aggravated | Judge | MUR-0990-F1 |
| 18.2-31(2) | MURDER | Aggravated | Killing for hire | MUR-0922-F1 |
| 18.2-31(13) | MURDER | Aggravated | Killing in the commission of terroristic act | MUR-0911-F1 |
| 18.2-31(12) | MURDER | Aggravated | Killing person under age 14 by person 21 or older | MUR-0927-F1 |
| 18.2-31(6) | MURDER | Aggravated | Law enforcement officer | MUR-0923-F1 |
| 18.2-31(7) | MURDER | Aggravated | More than one person | MUR-0924-F1 |
| 18.2-31(8) | MURDER | Aggravated | More than one person in a 3 year period | MUR-0961-F1 |
| 18.2-31(11) | MURDER | Aggravated | Pregnant victim | MUR-0920-F1 |
| 18.2-31(3) | MURDER | Aggravated | Prisoner | MUR-0932-F1 |
| 18.2-31(5) | MURDER | Aggravated | Rape, sodomy, object penetration or attempt, during | MUR-0914-F1 |
| 18.2-31(1) | MURDER | Aggravated | Abduction, in commission of | MUR-0913-F1 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-31(10) | MURDER | Aggravated | Continuing criminal drug enterprise, by person engaged in a | MUR-0926-F1 |
| 18.2-31(9) | MURDER | Aggravated | Drug distribution involv. Sch. I or II, in furtherance of | MUR-0921-F1 |
| 18.2-31(4) | MURDER | Aggravated | Robbery or attempted robbery, during | MUR-0933-F1 |
| 18.2-31(15) | MURDER | Aggravated | Witness | MUR-0992-F1 |
| 18.2-31(14) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Judge | MUR-0991-F2 |
| 18.2-31(2) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Killing for hire | MUR-0909-F1 |
| 18.2-31(13) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Killing in the commission of terroristic act | MUR-0910-F1 |
| 18.2-31(12) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Killing person under age 14 by person 21 or older | MUR-0983-F2 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-31(7) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | More than one person | MUR-0985-F2 |
| 18.2-31(8) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | More than one person in a 3 year period | MUR-0986-F2 |
| 18.2-31(11) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Pregnant victim | MUR-0987-F2 |
| 18.2-31(3) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Prisoner | MUR-0988-F2 |
| 18.2-31(5) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Rape, sodomy, object penetration or attempt, during | MUR-0982-F2 |
| 18.2-31(6) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Law enforcement officer | MUR-0984-F2 |
| 18.2-31(4) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Robbery or attempted robbery, during | MUR-0989-F2 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-31(1) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Abduction, in commission of | MUR-0980-F2 |
| 18.2-31(10) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Continuing criminal drug enterprise, by person engaged in a | MUR-0908-F1 |
| 18.2-31(9) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Drug distribution involv. Sch. I or II, in furtherance of | MUR-0981-F2 |
| 18.2-31(15) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Witness | MUR-0993-F2 |
| 18.2-97 | LARCENY | Animals | Animals (dog, horse, pony, mule, cow, steer, bull, calf) | LAR-2317-F5 |
| 18.2-97 | LARCENY | Animals | Certain animals and poultry worth less than $1000 | LAR-2318-F6 |
| 18.2-95(ii) | LARCENY | Auto or Motor Vehicle | Auto theft - grand larceny | LAR-2404-F9 |
| 18.2-98 | LARCENY | Bank Notes, Checks, Etc. | Or any book of accounts - value $1000 or more | LAR-2334-F9 |

Exhibit D

Carissa Byrne Hessick

**Page 5 of 10**

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-361(A) | SEX OFFENSES | Bestiality | Bestiality, carnally know any brute animal | SEX-3606-F6 |
| 18.2-58.1(A) | ROBBERY | Carjacking | Carjacking | ROB-1217-F9 |
| 18.2-58.1(A) | ROBBERY | Carjacking | Carjacking | ROB-1217-F9 |
| 18.2-58.1(A) | ROBBERY | Carjacking | Carjacking with use of gun or simulated gun | ROB-1224-F9 |
| 18.2-89 | BURGLARY | Common Law - Larceny, Other Felony/Night | Dwelling at night w/intent to commit felony or larceny | BUR-2221-F3 |
| 18.2-89 | BURGLARY | Common Law - Larceny, Other Felony/Night | Dwelling at night w/intent to commit felony/larceny - deadly weapon | BUR-2222-F2 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-170 by computer- coins or bank notes | COM-2280-F4 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-173 by computer - forged bank notes 10 or more | COM-2285-F6 |
| 18.2-58(1) | ROBBERY | Death | Robbery causes death | ROB-1230-F2 |
| 18.2-95(iii) | LARCENY | Firearm | Firearms, regardless of value, not from person | LAR-2383-F9 |
| 18.2-58(2) | ROBBERY | Firearm | Robbery by using firearm or displaying a firearm | ROB-1232-F3 |
| 28.2-560 | GAME, FISH, WILDLIFE | Fisheries/Tidal Waters - Oysters | Larceny from oyster-planting ground, value $\geq$ $1000 | GFW-3442-F9 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 28.2-527 | GAME, FISH, WILDLIFE | Fisheries/Tidal Waters - Oysters | Theft of oysters, clams, shells, etc., valued at $1000 or more | GFW-3429-F9 |
| 18.2-170 | FRAUD | Forging - Bank Notes, Etc. | Coins or bank notes | FRD-2514-F4 |
| 18.2-151 | VANDALISM, DAMAGE PROPERTY | Gasoline Pump | Open or carry away gasoline pumps | VAN-2931-F6 |
| 18.2-95(i) | LARCENY | Grand | $5 or more from person | LAR-2361-F9 |
| n/a | LARCENY | Grand | Grand Larceny - Type not clear from record | LAR-2363-F9 |
| 18.2-95(ii) | LARCENY | Grand | $1000 or more not from person | LAR-2359-F9 |
| 18.2-58(3) | ROBBERY | Injury, No Serious | Robbery by using physical force, no serious bodily injury | ROB-1233-F5 |
| 18.2-58(1) | ROBBERY | Injury, Serious | Robbery causes serious bodily injury | ROB-1231-F2 |
| 18.2-36.1(A) | MURDER | Manslaughter | Involuntary manslaughter, under the influence - vehicular | MUR-0947-F5 |
| 18.2-35 | MURDER | Manslaughter | Voluntary manslaughter | MUR-0944-F5 |
| 18.2-46.5(D) | TERRORISM | Material Support | Provide material support to terrorist, results in death | TER-8009-F2 |
| 18.2-33 | MURDER | Non Aggravated Murder | Felony | MUR-0934-F9 |

**Exhibit D**

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-32.1 | MURDER | Non Aggravated Murder | Pregnant victim, without premeditation | MUR-0936-F9 |
| 18.2-32 | MURDER | Non Aggravated Murder | Second degree | MUR-0935-F9 |
| 18.2-32 | MURDER | Non Aggravated Murder | First degree | MUR-0925-F2 |
| 18.2-475 | ESCAPES | Officer Contributes | Officer voluntarily allowing felon escape, convicted or not | ESC-4913-F4 |
| 18.2-61 | SEXUAL ASSAULT | Rape, Forcible | Rape, Forcible - Type not clear from record | RAP-1162-F9 |
| 18.2-61(A,i) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim by force, threat or intimidation | RAP-1129-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13 | RAP-1130-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13 | RAP-1130-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13 (indicted as an adult) | RAP-1131-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13 (indicted as an adult) | RAP-1131-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13, w/kidnapping, burglary, wounding | RAP-1150-F9 |

Carissa Byrne Hessick
Page 8 of 10

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13, w/kidnapping, burglary, wounding | RAP-1150-F9 |
| 18.2-108.01(B) | LARCENY | Receiving/Possession - Intent to Sell | Intent to sell/distribute stolen property aggregate value $1000 + | LAR-2303-F5 |
| 18.2-103.1 | LARCENY | Retail Theft, Organized | Conspire retail theft aggregate value >$5000 over 90 days | LAR-2301-F3 |
| 18.2-67.1(A,2) | SEXUAL ASSAULT | Sodomy, Forcible | By force, threat, mental incap/helplessness of victim age 13+ | RAP-1132-F9 |
| 18.2-67.1(A,2) | SEXUAL ASSAULT | Sodomy, Forcible | By force, threat, mental incap/helplessness of victim age 13+ | RAP-1132-F9 |
| 18.2-67.1 | SEXUAL ASSAULT | Sodomy, Forcible | Sodomy, Forcible - Type not clear from record | RAP-1165-F9 |
| 18.2-67.1(A) | SEXUAL ASSAULT | Sodomy, Forcible | Spouse by force, threat, etc. | RAP-1142-F9 |
| 18.2-67.1(A) | SEXUAL ASSAULT | Sodomy, Forcible | Spouse by force, threat, etc. | RAP-1142-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13 | RAP-1133-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13 | RAP-1133-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13 (indicted as an adult) | RAP-1153-F9 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13 (indicted as an adult) | RAP-1153-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13, w/kidnapping, burglary, wounding | RAP-1151-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13, w/kidnapping, burglary, wounding | RAP-1151-F9 |
| 18.2-90 | BURGLARY | Statutory - Murder, Rape, Rob, Arson | Dwelling house with intent to commit murder, rape, rob, arson | BUR-2211-F3 |
| 18.2-90 | BURGLARY | Statutory - Murder, Rape, Rob, Arson | Dwelling house with intent to murder, etc. - deadly weapon | BUR-2212-F2 |
| 18.2-91 | BURGLARY | Statutory - Other Felony, Assault & Battery | Dwelling with intent to commit larceny, A&B, etc. - deadly weapon | BUR-2214-F2 |
| 18.2-58(4) | ROBBERY | Threat | Robbery by threat etc., no deadly weapon | ROB-1239-F6 |
| 18.2-481 | TREASON | Type | Levying war against national or state government | TRE-0111-F2 |
| 58.1-4018.1(A) | LOTTERY | Type | Larceny of lottery ticket(s), ≥ $1000 | LOT-3984-F9 |
| n/a | ROBBERY | Type Not Clear | Robbery - Type not clear from record | ROB-1216-F9 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| n/a | MURDER | Type Not Clear From Record | Aggravated Murder - Type not clear from record | MUR-0916-F1 |
| n/a | MURDER | Type Not Clear From Record | Capital Murder (Prior to July 1, 2021) - Type not clear from record | MUR-0915-F1 |
| 18.2-58(3) | ROBBERY | Weapon, Other Deadly | Robbery by using or displaying other deadly weapon (not firearm) | ROB-1234-F5 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-67.3 | SEXUAL ASSAULT | Aggravated Sexual Battery | Aggravated Sexual Battery - Type not clear from record | RAP-1159-F9 |
| 19.2-182.15 | ESCAPES | Mentally Ill | Escape of mentally ill placed on conditional release | ESC-4940-F6 |
| 18.2-362 | SEX OFFENSES | Bigamy | Bigamy | SEX-3618-F4 |
| 18.2-474.1 | PRISONERS, JAILS AND PRISONS | Weapons | Delivery of weapons or ammunition to prisoner or confined person | PRI-3242-F3 |
| 18.2-53.1 | ASSAULT | Firearm | Firearm use in commission of felony - first o | ASL-1319-F9 |
| 18.2-53.1 | ASSAULT | Firearm | Firearm use in commission of felony - subsequent offense | ASL-1323-F9 |
| 18.2-46.2(ii) | GANGS | Participation | Participation in criminal act, predicate is act of violence | MOB-1299-F3 |
| 18.2-46.2 | GANGS | Participation - School Zone, Community Center, Etc. | Participation in crime for gang that includes juvenile - school, etc. | MOB-1281-F3 |
| 18.2-46.2 | GANGS | Participation | Participation in criminal act for benefit or direction of gang | MOB-1291-F4 |
| 18.2-46.2(i) | GANGS | Participation | Participation in criminal act to benefit gang that includes juvenile | MOB-1292-F3 |
| 18.2-46.2 | GANGS | Participation - School Zone, Community Center, Etc. | Participation in crime for benefit/direction of gang - school, etc. | MOB-1280-F4 |
| 18.2-52.1(B) | ASSAULT | Biological Substances and Radiological Agents | Damage facility involved w/infectious biological/radiological agents | ASL-1337-F4 |
| 52-48 | INTELLIGENCE, CRIMINAL/TERRORISM | INTELLIGENCE, CRIMINAL/TERRORISM Virginia Fusion Intelligence Center | Disseminate criminal or terrorism intelligence - death/injury results | INT-8051-F4 |
| 18.2-81 | ARSON, EXPLOSIVES, BOMBS | Personal Property, Standing Grain, Etc. | Value $1000 or more, destroy maliciously or w/intent to defraud | ARS-2018-F4 |
| 18.2-112.1(B) | LARCENY | Public Assets - Full-time Employee, Etc. | Full-time officer etc., use of public assets, > $1000 in 12 months. | LAR-2705-F4 |
| 18.2-248(H,3) | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Cocaine base, distribute, etc., 2.5 kilograms or more | NAR-3113-F9 |
| 18.2-248(H,2) | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Cocaine mixture, etc., distribute, etc., 5.0 kilograms or more | NAR-3112-F9 |
| 18.2-248(C,2) | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Cocaine mixture, etc., distribute, etc., 500 g or more | NAR-3145-F9 |
| 18.2-248(H,1) | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Heroin mixture, distribute, etc., 1.0 kilograms or more | NAR-3111-F9 |
| 18.2-248(C,1) | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Heroin, distribute, etc., 100g or more | NAR-3144-F9 |
| 18.2-248(H,5) | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Methamphetamine, distribute, etc., 100g or more (200g mixture) | NAR-3115-F9 |
| 18.2-248(C,4) | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Methamphetamine, distribute, etc., 10g or more (20g mixture) | NAR-3147-F9 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-248.03 | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Methamphetamine, distribute, etc., 227g or more | NAR-3151-F9 |
| 18.2-248.03 | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Methamphetamine, distribute, etc., 28g or more | NAR-3149-F9 |
| 18.2-147.1 | VANDALISM, DAMAGE PROPERTY | Storage Vehicle | Breaking & entering railroad car, storage vehicle w/firearm | VAN-2907-F3 |
| 3.2-6570(B) | ANIMALS | Abandonment or Cruelty | Cruelty to animals, 2nd/subsq., (one act resulted in death) | ANM-3324-F6 |
| 3.2-6570(F) | ANIMALS | Abandonment or Cruelty | Torture/mutilate dog or cat causing death or serious injury | ANM-3349-F6 |
| 24.2-703.2 | ELECTION / VOTING OFFENSES | Absentee | False statement to obtain replacement absentee ballot | VOT-5148-F5 |
| 24.2-704 | ELECTION / VOTING OFFENSES | Absentee | Improper assistance, voting absentee | VOT-5154-F5 |
| 24.2-1012 | ELECTION / VOTING OFFENSES | Absentee | Absentee voting procedure violation | VOT-5128-F5 |
| 24.2-705.2 | ELECTION / VOTING OFFENSES | Absentee | False statements absentee application by election officer | VOT-5144-F5 |
| 63.2-1218 | FRAUD | Adoption | Exchange money, property, etc., for adoption, placement | FRD-2531-F6 |
| 63.2-1250 | PERJURY | Adoption | False statement on mutual consent adoption registry form | PER-5026-F5 |
| 63.2-1217 | FRAUD | Adoption | Provide false information | FRD-2562-F6 |
| 18.2-376 | OBSCENITY | Advertising | Advertisement of obscene items (subsequent) | OBS-3709-F6 |
| 18.2-377 | OBSCENITY | Advertising | Obscene advertising, placards, bills, etc. (subsequent) | OBS-3723-F6 |
| 18.2-67.3(A,4,a) | SEXUAL ASSAULT | Aggravated Sexual Battery | Force, threat, intimidation of victim age 13 or 14 | RAP-1145-F9 |
| 18.2-67.3(A,4,b) | SEXUAL ASSAULT | Aggravated Sexual Battery | Force, threat, intimidation with serious injury | RAP-1146-F9 |
| 18.2-67.3(A,4,b) | SEXUAL ASSAULT | Aggravated Sexual Battery | Force, threat, intimidation with serious injury | RAP-1146-F9 |
| 18.2-67.3(A,4,c) | SEXUAL ASSAULT | Aggravated Sexual Battery | Force, threat, intimidation with threat of wea | RAP-1147-F9 |
| 18.2-67.3(A,4,c) | SEXUAL ASSAULT | Aggravated Sexual Battery | Force, threat, intimidation with threat of weapon | RAP-1147-F9 |
| 18.2-67.3(A,2) | SEXUAL ASSAULT | Aggravated Sexual Battery | Mental incapacity or helplessness, through the use of | RAP-1144-F9 |
| 18.2-67.3(A,3) | SEXUAL ASSAULT | Aggravated Sexual Battery | Parent/grandparent, etc., with child age 13 to 17 | RAP-1148-F9 |
| 18.2-67.3(A,1) | SEXUAL ASSAULT | Aggravated Sexual Battery | Victim under age 13 | RAP-1121-F9 |
| 18.2-200 | FRAUD | Agriculture | Fail to deliver crop, etc., in return for advances, ≥ $1000 | FRD-2709-F9 |
| 10.1-1309.1 | CONSERVATION | Air Pollution | Closure plan/lack of funds, threat/harm to humans/environment results | CNV-7019-F4 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-308.3 | WEAPONS | Ammunition | Restricted firearm ammunition use in crimes | WPN-5233-F5 |
| 32.1-291.16 | HEALTH | Anatomical Gift | Sale or purchase body parts | HEA-5564-F4 |
| 32.1-291.17 | HEALTH | Anatomical Gift | Falsify, etc., document of anatomical gift | HEA-5565-F4 |
| 18.2-52.2 | ASSAULT | Animal, By | Fail to care, control, contain dog, results in serious human injury | ASL-3538-F6 |
| 18.2-144 | VANDALISM, DAMAGE PROPERTY | Animals | Maiming, etc., current/previous act resulted in death - 2nd/subsq. | VAN-2901-F6 |
| 18.2-144 | VANDALISM, DAMAGE PROPERTY | Animals | Poison or maim animals | VAN-2934-F5 |
| 18.2-144.1 | VANDALISM, DAMAGE PROPERTY | Animals | Law enforcement animal, maliciously kill or injure | VAN-2957-F5 |
| 18.2-116 | LARCENY | Approval or Selection Goods | Goods on approval, fail to pay or return goods - ≥ $1000 | LAR-2380-F9 |
| 54.1-503 | PROFESSIONS AND OCCUPATIONS | Asbestos / Lead / Home Inspection | No license, contract with another, third/subsequent | PRO-7422-F6 |
| 54.1-504 | PROFESSIONS AND OCCUPATIONS | Asbestos / Lead / Home Inspection | No license, held by supervisor/workers, third/subsequent | PRO-7420-F6 |
| 54.1-517 | PROFESSIONS AND OCCUPATIONS | Asbestos / Lead / Home Inspection | Violation of regulations, third or subsequent offense | PRO-7418-F6 |
| 54.1-522 | PERJURY | Athlete Agents | Registration application for athlete agent, perjury | PER-7495-F5 |
| 18.2-182 | FRAUD | Bad Check | Bad check, payroll $1000 or more | FRD-2703-F6 |
| 18.2-181.1 | FRAUD | Bad Check | Bad checks, two or more w/in 90 days, ≥ $1000 | FRD-2699-F6 |
| 18.2-181 | FRAUD | Bad Check | Bad check, $1000 or more | FRD-2624-F6 |
| 9.1-185.18 | BAIL BONDSMAN AND ENFORCEMENT | Bail Bondsman | Bail bonding without a license - 3rd conviction | BND-5951-F6 |
| 9.1-186.13 | BAIL BONDSMAN AND ENFORCEMENT | Bail Recovery | Bail recovery without a license - 3rd conviction | BND-5953-F6 |
| 6.2-943(A) | BANKING, TRUSTS AND FINANCE | Bank | Employee, etc., of bank misapplies, etc., ≥ $ | BNK-5915-F9 |
| 6.2-943(C) | BANKING, TRUSTS AND FINANCE | Bank | False statement on the condition of bank | BNK-5917-F5 |
| 6.2-865 | BANKING, TRUSTS AND FINANCE | Bank | Acting after removal from management | BNK-5884-F6 |
| 6.2-939 | BANKING, TRUSTS AND FINANCE | Bank | Bank terms, unlawful use of | BNK-5911-F6 |
| 6.2-938 | BANKING, TRUSTS AND FINANCE | Bank | Banking business without authority, doing | BNK-5910-F6 |
| 6.2-943(B) | BANKING, TRUSTS AND FINANCE | Bank | False entry to defraud other company or person | BNK-5916-F5 |
| 6.2-945 | BANKING, TRUSTS AND FINANCE | Bank | Receive deposit knowing bank/broker to be insolvent | BNK-5873-F9 |
| 6.2-864 | PERJURY | Banking, Trusts and Finance | Make false statement in report on a bank | PER-5040-F5 |
| 6.2-1121 | PERJURY | Banking, Trusts and Finance | Make false statement in report on a savings institution | PER-5043-F5 |
| 6.2-1025 | PERJURY | Banking, Trusts and Finance | Make false statement in report on a trust company | PER-5042-F5 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 6.2-1029 | PERJURY | Banking, Trusts and Finance | Make false statement in report on a trust company | PER-5041-F5 |
| 6.2-1051 | PERJURY | Banking, Trusts and Finance | Make false statement in report on a trust subsidiary | PER-5929-F5 |
| 18.2-67.4:1(A) | SEXUAL ASSAULT | Battery, Infected Sexual | Sexual behavior with intent to transmit and transmits infection | RAP-1174-F6 |
| 18.2-46.7 | TERRORISM | Biological | Malicious biological destruction of crops/animals value $2500 or more | TER-8005-F3 |
| 18.2-52.1(C) | ASSAULT | Biological Substances and Radiological Agents | Malicious injury by means of infectious biological/radiological agents | ASL-1344-F9 |
| 18.2-52.1(A) | ASSAULT | Biological Substances and Radiological Agents | Injure w/infectious biological/radiological agent, possession w/intent | ASL-1338-F5 |
| 18.2-204.1(A) | FRAUD | Birth Certificates / Documents | Birth certificate, manufacture, sell, etc., fictitious | FRD-2549-F6 |
| 29.1-702.1 | PERJURY | Boating | Perjury, falsely swear an oath, or make false affidavit | PER-6262-F5 |
| 18.2-287.2 | WEAPONS | Body Armor | Body armor, wear during commission of violent or drug crime | WPN-5247-F4 |
| 18.2-84 | ARSON, EXPLOSIVES, BOMBS | Bomb | Enticement to bomb | ARS-2015-F5 |
| 18.2-85 | ARSON, EXPLOSIVES, BOMBS | Bomb | Manufacture or possession of firebomb, explosive, etc. | ARS-2016-F5 |
| 18.2-85 | ARSON, EXPLOSIVES, BOMBS | Bomb | Hoax firebomb, explosive, construct, use or send | ARS-2025-F6 |
| 18.2-138 | VANDALISM, DAMAGE PROPERTY | Book, Newspaper, Etc. | Located in library, museum, etc., damage $1000 or more | VAN-2902-F6 |
| 54.1-834(D) | PROFESSIONS AND OCCUPATIONS | Boxing / Wrestling / Martial Arts | 3rd or subsequent violation of any provision within 36 months | PRO-7484-F6 |
| 18.2-282(A) | WEAPONS | Brandish | Brandish or point firearm; 3rd/subsequent | WPN-5274-F6 |
| 18.2-92 | BURGLARY | Breaking & Entering - Other Misdemeanors | Occupied dwelling, enter, intent to commit misd. | BUR-2219-F6 |
| 18.2-474.2 | PRISONERS, JAILS AND PRISONS | Bribery | Pecuniary benefit, providing weapon, drug, etc., to prisoner | PRI-4943-F4 |
| 24.2-1000 | ELECTION / VOTING OFFENSES | Bribery | Bribery, intimidation, etc., of officers, etc., of election | VOT-5111-F5 |
| 18.2-80 | ARSON, EXPLOSIVES, BOMBS | Building, Other | Unoccupied - value $1000 or more | ARS-2012-F4 |
| 18.2-79 | ABORTION | Building, Public | Unoccupied | ARS-2009-F4 |
| 18.2-79 | ARSON, EXPLOSIVES, BOMBS | Building, Public | Occupied | ARS-2008-F3 |
| 18.2-444.2 | BRIBERY | Business | Give or accept a fee or gift for loan procurement | BRI-5115-F6 |
| 59.1-269 | TRADE AND COMMERCE | Business Opportunity Sales | False statement or act to defraud or deceive purchaser | TRC-2868-F4 |
| 58.1-4127 | GAMBLING | Casino Gaming | Credential, license, etc., fraudulent use of | GAM-3936-F4 |
| 58.1-4126 | GAMBLING | Casino Gaming | Illegal operation of casino | GAM-3934-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 58.1-4138 | GAMBLING | Casino Gaming | Mobile casino gaming, tamper with equipment, etc. | GAM-3940-F5 |
| 58.1-4139 | GAMBLING | Casino Gaming | Mobile casino gaming, tamper with odds, rules, etc. | GAM-3941-F5 |
| 58.1-4137 | GAMBLING | Casino Gaming | Mobile casino gaming, without approval | GAM-3939-F6 |
| 58.1-4114 | GAMBLING | Casino Gaming | Supplier's permit, false statement on application | GAM-3933-F4 |
| 18.2-52 | ASSAULT | Caustic Substance | Non-malicious injury by caustic substance or fire | ASL-1331-F6 |
| 54.1-2322 | PROFESSIONS AND OCCUPATIONS | Cemeteries & Burials | Use perpetual care trust fund for unauthorized purposes | CEM-5778-F6 |
| 54.1-2319 | PROFESSIONS AND OCCUPATIONS | Cemeteries & Burials | Fail to make deposit to perpetual care fund after sale of grave, etc. | CEM-5776-F6 |
| 54.1-2321 | PROFESSIONS AND OCCUPATIONS | Cemeteries & Burials | Fail to resume deposits to perpetual care trust fund | CEM-5777-F6 |
| 54.1-2325 | PROFESSIONS AND OCCUPATIONS | Cemeteries & Burials | Preneed burial contract, fail to make trust fund deposit | CEM-5780-F6 |
| 54.1-2342 | PROFESSIONS AND OCCUPATIONS | Cemeteries & Burials - Type Not Clear | Felony violations of Chapter 23.1- perpetual care/preneed trust fund | CEM-5735-F6 |
| 18.2-127(C) | TRESPASS | Cemetery/Church | Injury to cemetery, church property, or affixed object | TRS-5727-F6 |
| 32.1-276 | VITAL RECORDS | Certificates, Birth | Birth Certificates - False statement, alter, mutilate, etc. | CER-3206-F4 |
| 32.1-276 | VITAL RECORDS | Certificates, Death | Death Certificates - False statement, alter, mutilate, etc. | CER-3207-F4 |
| 18.2-340.37(C) | GAMBLING | Charitable Gaming | Convert $1000 or more from charitable gaming | GAM-3911-F9 |
| 40.1-103 | LABOR | Child Abuse And Neglect | Endangerment, cruelty or injuries to children | FAM-3810-F6 |
| 63.2-1513 | FAMILY OFFENSE | Child Abuse and Neglect | False report by person 14 or older - subsequent offense | FAM-3795-F6 |
| 18.2-371.1(C,1,i) | FAMILY OFFENSE | Child Abuse and Neglect - Firearm | Firearm possession after notice of threat, child neglect | FAM-4004-F5 |
| 18.2-371.1(C,1,ii) | FAMILY OFFENSE | Child Abuse and Neglect - Firearm | Firearm possession after violent offense, child neglect | FAM-4005-F5 |
| 18.2-246.13(E) | FRAUD | Cigarette Delivery | Fail to register before delivery, etc., of cigarettes, subsequent | FRD-2721-F6 |
| 18.2-246.13(G) | FRAUD | Cigarette Delivery | Fail to report cigarette delivery, subsequent | FRD-2724-F6 |
| 18.2-246.13(F) | FRAUD | Cigarette Delivery | False statement filed; required before delivery of cigarettes | FRD-2722-F6 |
| 18.2-246.13(H) | FRAUD | Cigarette Delivery | False statement on report required after delivery of cigarettes | FRD-2725-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 58.1-1017.1 | TAX LAWS | Cigarettes | Intent/distribute ≥ 40,000 tax-paid cigarettes, subsequent | TAX-6066-F5 |
| 58.1-1017(B) | TAX LAWS | Cigarettes | Cigarettes without stamp, sale, purchase, possess < 500 pkgs., subsq. | TAX-6087-F6 |
| 58.1-1017(C) | TAX LAWS | Cigarettes | Cigarettes without stamp, sale, purchase, possess ≥ 500 pkgs. | TAX-6086-F6 |
| 58.1-1017(C) | TAX LAWS | Cigarettes | Cigarettes without stamp, sale, purchase, possess ≥ 500 pkgs., subsq. | TAX-6085-F5 |
| 58.1-1009 | TAX LAWS | Cigarettes | Cigarettes, unlawful sale of revenue stamps | TAX-6148-F6 |
| 58.1-1008.2 | TAX LAWS | Cigarettes | False statement in record required for cigarette tax | TAX-6090-F6 |
| 58.1-1017.3 | TAX LAWS | Cigarettes | Fraudulent purchase > 5,000 cigarettes | TAX-6061-F6 |
| 58.1-1017.3 | TAX LAWS | Cigarettes | Fraudulent purchase ≤ 5,000 cigarettes, subsequent | TAX-6060-F6 |
| 58.1-1017.3 | TAX LAWS | Cigarettes | Fraudulent purchase of > 5,000 cigarettes, subsequent | TAX-6062-F5 |
| 58.1-1017.1 | TAX LAWS | Cigarettes | Intent/distribute > 5,000 & < 40,000 tax-paid cigarettes, subsequent | TAX-6064-F6 |
| 58.1-1017.1 | TAX LAWS | Cigarettes | Intent/distribute ≥ 40,000 tax-paid cigarettes | TAX-6065-F6 |
| 58.1-1009 | TAX LAWS | Cigarettes | Revenue stamps not purchased from Tax Dept. | TAX-6186-F6 |
| 58.1-1034 | TAX LAWS | Cigarettes for Export | Violation of reporting requirements | TAX-6147-F5 |
| 58.1-1033 | TAX LAWS | Cigarettes for Export | Violation of restrictions | TAX-6146-F5 |
| 18.2-246.14 | FRAUD | Cigarettes, Counterfeit | Distribute, etc., 10 or more counterfeit cigarettes | FRD-2719-F6 |
| 18.2-246.14 | FRAUD | Cigarettes, Counterfeit | Distribute, etc., less than 10 cartons counterfeit cigarettes - subsq | FRD-2718-F6 |
| 37.2-917 | MENTAL HEALTH | Civil Commitment | Sexually violent predator - Escape from facility | HEA-5530-F6 |
| 37.2-918 | MENTAL HEALTH | Civil Commitment | Sexually violent predator - Fail to return; on conditional release | HEA-5524-F6 |
| 37.2-918 | MENTAL HEALTH | Civil Commitment | Sexually violent predator - Leave state while on conditional release | HEA-5531-F6 |
| 37.2-912(C) | MENTAL HEALTH | Civil Commitment | Tamper with GPS by conditionally released sex offender | HEA-5559-F6 |
| 18.2-378 | OBSCENITY | Coercing | Coercing acceptance of obscene publication (subsequent) | OBS-3711-F6 |
| 46.2-1707(A) | TRAFFIC - SCHOOLS | Commercial Driver Training | Third or subsequent violation of statute/regulation | CDT-5432-F6 |
| 18.2-258.02 | NARCOTICS | Common Nuisance | Fortified drug house - maintain or operate | NAR-3056-F5 |
| 18.2-258 | NARCOTICS | Common Nuisance | Common nuisance - own or maintain, subsequent offense | NAR-3055-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-376.1 | OBSCENITY | Computer | Sell obscene pictures/performances by computer (subsequent) | OBS-3739-F6 |
| 18.2-152.3:1(C) | COMPUTER CRIME | Computer Electronic Mail (SPAM) | Minor used in transmission of SPAM | COM-2264-F6 |
| 18.2-152.3:1(B,ii) | COMPUTER CRIME | Computer Electronic Mail (SPAM) | Revenue from SPAM exceeds established limits | COM-2263-F6 |
| 18.2-152.3:1(B,i) | COMPUTER CRIME | Computer Electronic Mail (SPAM) | SPAM exceeds established limits | COM-2262-F6 |
| 18.2-152.3(3) | COMPUTER CRIME | Computer Fraud | Use of computer to convert another's property, ≥ $1000 | COM-2969-F5 |
| 18.2-152.3(1) | COMPUTER CRIME | Computer Fraud | Use of computer w/o auth. to obtain service, etc., ≥ $1000 | COM-2960-F5 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-168 by computer-forging public record | COM-2278-F4 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-168 by computer-uttering public record | COM-2277-F4 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-171 by computer-possess, etc., forging instrument | COM-2281-F4 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-172 by computer-forgery | COM-2282-F5 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-172 by computer-uttering | COM-2283-F5 |
| 18.2-152.5:1(C) | COMPUTER CRIME | Computer Invasion of Privacy | Use identifying info. gathered by computer in another crime | COM-2292-F5 |
| 18.2-152.5(C) | COMPUTER CRIME | Computer Invasion of Privacy | Examine w/o authority employment, credit, etc., subsequent offense | COM-2287-F6 |
| 18.2-152.5(D) | COMPUTER CRIME | Computer Invasion of Privacy | Sell or distribute employment, credit, etc., info | COM-2288-F6 |
| 18.2-152.5:1(A) | COMPUTER CRIME | Computer Invasion of Privacy | Use computer to gather identifying information | COM-2290-F6 |
| 18.2-152.5(E) | COMPUTER CRIME | Computer Invasion of Privacy | Use employment, credit, etc., info. in commission of another crime | COM-2289-F6 |
| 18.2-152.5:1(B) | COMPUTER CRIME | Computer Invasion of Privacy | Sell or distribute identifying information gathered by computer | COM-2291-F5 |
| 18.2-152.6 | COMPUTER CRIME | Computer Theft of Services | Use computer to obtain computer services w/o authority, ≥ $2500 | COM-2268-F6 |
| 18.2-152.4(A,3) | COMPUTER CRIME | Computer Trespass - Alter or Erase | Alter or erase computer data, programs, etc. ≥ $1000 | COM-2982-F6 |
| 18.2-152.4(A,3) | COMPUTER CRIME | Computer Trespass - Alter or Erase | Alter or erase computer data, programs, etc., government | COM-2243-F6 |
| 18.2-152.4(A,3) | COMPUTER CRIME | Computer Trespass - Alter or Erase | Alter or erase computer data, programs, etc., public utility | COM-2244-F6 |
| 18.2-152.4(A,6) | COMPUTER CRIME | Computer Trespass - Copy | Make unauth. copy of computer data, programs, etc. ≥ $1000 | COM-2985-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-152.4(A,6) | COMPUTER CRIME | Computer Trespass - Copy | Make unauth. copy of computer data, programs, etc., government | COM-2249-F6 |
| 18.2-152.4(A,6) | COMPUTER CRIME | Computer Trespass - Copy | Make unauth. copy of computer data, programs, etc., public utility | COM-2255-F6 |
| 18.2-152.4(A,1) | COMPUTER CRIME | Computer Trespass - Disable | Remove w/o authority computer data, programs, etc. ≥ $1000 | COM-2980-F6 |
| 18.2-152.4(A,1) | COMPUTER CRIME | Computer Trespass - Disable | Remove w/o authority computer data, programs, etc., government | COM-2238-F6 |
| 18.2-152.4(A,1) | COMPUTER CRIME | Computer Trespass - Disable | Remove w/o authority computer data, programs, etc., public utility | COM-2239-F6 |
| 18.2-152.7 | COMPUTER CRIME | Computer Trespass - Injury to Person | Unlawful computer use - intent physical injury to individual | COM-2966-F6 |
| 18.2-152.4(A,5) | COMPUTER CRIME | Computer Trespass - Injury to Person | Cause physical injury to property, ≥ $1000 | COM-2984-F6 |
| 18.2-152.4(A,5) | COMPUTER CRIME | Computer Trespass - Injury to Person | Cause physical injury to property, government | COM-2247-F6 |
| 18.2-152.4(A,5) | COMPUTER CRIME | Computer Trespass - Injury to Person | Cause physical injury to property, public utility | COM-2248-F6 |
| 18.2-152.7 | COMPUTER CRIME | Computer Trespass - Injury to Person | Malicious computer use - intent physical injury to individual | COM-2965-F3 |
| 18.2-152.4(A,2) | COMPUTER CRIME | Computer Trespass - Malfunction | Cause computer malfunction ≥ 1000 | COM-2981-F6 |
| 18.2-152.4(A,2) | COMPUTER CRIME | Computer Trespass - Malfunction | Cause computer malfunction, government | COM-2241-F6 |
| 18.2-152.4(A,2) | COMPUTER CRIME | Computer Trespass - Malfunction | Cause computer malfunction, public utility | COM-2242-F6 |
| 18.2-152.4(A,9) | COMPUTER CRIME | Computer Trespass - Malware | Install software to take control/disable computer ≥ $1000 | COM-2253-F6 |
| 18.2-152.4(A,9) | COMPUTER CRIME | Computer Trespass - Malware | Install software to take control/disable computer, 6+ computers | COM-2254-F6 |
| 18.2-152.4(A,9) | COMPUTER CRIME | Computer Trespass - Malware | Install software to take control/disable computer, government | COM-2256-F6 |
| 18.2-152.4(A,9) | COMPUTER CRIME | Computer Trespass - Malware | Install software to take control/disable computer, public utility | COM-2257-F6 |
| 18.2-152.4(A,8) | COMPUTER CRIME | Computer Trespass - Spyware | Install software, etc., to collect keystrokes with malicious intent | COM-2250-F6 |
| 18.2-152.4(A,8) | COMPUTER CRIME | Computer Trespass - Spyware | Install software, etc., to collect keystrokes, 6+ computers | COM-2251-F6 |
| 18.2-152.4(A,4) | COMPUTER CRIME | Computer Trespass - Transfers | Effect creation, alteration of elect. fund transfer ≥ $1000 | COM-2983-F6 |
| 18.2-152.4(A,4) | COMPUTER CRIME | Computer Trespass - Transfers | Effect creation, alteration of elect. fund transfer, government | COM-2245-F6 |
| 18.2-152.4(A,4) | COMPUTER CRIME | Computer Trespass - Transfers | Effect creation, alteration of elect. fund transfer, public utility | COM-2246-F6 |
| 18.2-308(A) | WEAPONS | Concealed | Carry concealed weapon - second conviction | WPN-5245-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-308(A) | WEAPONS | Concealed | Carry concealed weapon - third/subsequent | WPN-5246-F5 |
| 18.2-308.02 | PERJURY | Concealed Handgun Permit | Concealed handgun permit, false statement | PER-5045-F5 |
| 43-13.2 | FRAUD | Construction Fraud | Misrepresent payment required prior to sale | FRD-2604-F5 |
| 18.2-200.1 | FRAUD | Construction Fraud | Fail to perform construction in return for advances, ≥ $1000 | FRD-2805-F9 |
| 43-13.1 | FRAUD | Construction Fraud | Forgery of signature on lien waiver form | FRD-2603-F5 |
| 43-13 | FRAUD | Construction Fraud | Intent to defraud, funds not used to pay for labor/supplies, ≥ $1000 | FRD-2602-F9 |
| 54.1-1101(D) | PROFESSIONS AND OCCUPATIONS | Contractors | Third or subsequent building code or occupancy violation | PRO-7453-F6 |
| 19.2-161 | PERJURY | Court-Appointed Counsel | False statement of indigence by charged felon | PER-5022-F5 |
| 18.2-283.1 | WEAPONS | Courthouse | Courthouse, carry weapon into; 3rd/subsequent | WPN-5275-F6 |
| 18.2-195.2(B) | FRAUD | Credit Card Application | Obtain $1000 or more, credit card obtained by false statements | FRD-2526-F9 |
| 18.2-196 | FRAUD | Credit Card Devices, Forgery | Possess credit card forging devices | FRD-2513-F6 |
| 18.2-196.1(B) | FRAUD | Credit Card Devices, Payment Card Scanning | Sell/distribute info. from payment card scanning device/re-encoder | FRD-2533-F6 |
| 18.2-196.1(C) | FRAUD | Credit Card Devices, Payment Card Scanning | Use payment card scanning device, etc., info. in another crime | FRD-2534-F6 |
| 18.2-195.1(B) | FRAUD | Credit Card Factoring | Cause a record of sale to be issued for sale not made | FRD-2523-F5 |
| 18.2-195.1(A) | FRAUD | Credit Card Factoring | Present record of sale for sale not made | FRD-2522-F5 |
| 18.2-193 | FRAUD | Credit Card Forgery/Uttering | Forgery or uttering of credit card | FRD-2512-F5 |
| 18.2-195(1) | FRAUD | Credit Card Fraud | Credit card fraud, ≥ $1000 in 6 month period | FRD-2635-F6 |
| 18.2-195(4) | FRAUD | Credit Card Fraud | Credit card fraud, conspire, etc., to commit | FRD-2789-F6 |
| 18.2-195(2) | FRAUD | Credit Card Fraud - Merchant | Merchant defraud issuer, ≥ $1000 in 6 month period | FRD-2792-F6 |
| 18.2-197 | FRAUD | Credit Card Fraud - Receive Goods | Receive goods from credit card fraud, ≥ $1000 | FRD-2807-F6 |
| 18.2-192(1,d) | FRAUD | Credit Card Theft | Receive 2 or more stolen credit cards within 12 months | FRD-2794-F9 |
| 18.2-192(1,b) | FRAUD | Credit Card Theft | Receive stolen credit card or number | FRD-2795-F9 |
| 18.2-192(1,c) | FRAUD | Credit Card Theft | Sell or buy stolen credit card or number | FRD-2796-F9 |
| 18.2-192(1,a) | FRAUD | Credit Card Theft | Theft of credit card or credit card numbers | FRD-2360-F9 |
| 6.2-1315 | BANKING, TRUSTS AND FINANCE | Credit Union | Acting after removal from credit union management | BNK-5940-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 6.2-1316(4) | BANKING, TRUSTS AND FINANCE | Credit Union | Destroy book of account, report, statement, etc. | BNK-5882-F6 |
| 6.2-1316(1) | BANKING, TRUSTS AND FINANCE | Credit Union | Falsify book of accounts by alteration, false entry, omission, etc. | BNK-5879-F6 |
| 6.2-1316(3) | BANKING, TRUSTS AND FINANCE | Credit Union | Obtain signature by deceit | BNK-5881-F6 |
| 6.2-1316(5) | BANKING, TRUSTS AND FINANCE | Credit Union | Receive money, etc., through transaction of credit union | BNK-5883-F6 |
| 6.2-1316(2) | BANKING, TRUSTS AND FINANCE | Credit Union | Transmit false document to government agency | BNK-5880-F6 |
| 18.2-308.2:2(K) | WEAPONS | Criminal History Checks | False statements on consent form | WPN-5281-F5 |
| 4.1-1101 | MARIJUANA | Cultivation | Possess between 50 to 100 marijuana plants | MRJ-1906-F6 |
| 4.1-1101 | MARIJUANA | Cultivation | Possess more than 100 marijuana plants | MRJ-1907-F9 |
| 18.2-126(A) | TRESPASS | Dead Human Body, Displace or Defile | Disinter, displace body from vault, grave, other burial place | TRS-5726-F4 |
| 18.2-126(B) | TRESPASS | Dead Human Body, Displace or Defile | Physically defile dead human body | TRS-5729-F6 |
| 54.1-2989 | HEALTH | Decisions Act | Action caused life-prolonging procedures to be used | HEA-5568-F6 |
| 54.1-2989 | HEALTH | Decisions Act | Conceal, etc., do not resuscitate order/directive - death hastened | HEA-5567-F2 |
| 54.1-2989 | HEALTH | Decisions Act | Conceal, etc., revocation of do not resuscitate order - death hastened | HEA-5563-F2 |
| 54.1-2989 | HEALTH | Decisions Act | Falsify, etc., do not resuscitate order/directive - death hastened | HEA-5562-F2 |
| 54.1-2989 | HEALTH | Decisions Act | Falsify, etc., revocation of do not resuscitate order - death hastened | HEA-5569-F2 |
| 18.2-48(ii) | KIDNAPPING | Defile | Abduction of person with intent to defile | KID-1004-F2 |
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Destroy Property | Burn or destroy with explosive any personal property | PRI-3888-F6 |
| 53.1-203(8) | PRISONERS, JAILS AND PRISONS | Destroy Property | Burn or destroy with explosive any personal property | PRI-3263-F6 |
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Destroy Property | Fire protection/suppression system, tamper, damage, etc. | PRI-3898-F6 |
| 53.1-203(9) | PRISONERS, JAILS AND PRISONS | Destroy Property | Fire protection/suppression system, tamper, damage, etc. | PRI-4942-F6 |
| 3.2-6540.1(D) | ANIMALS | Dog, Vicious | Fail to care, control, contain dog, results in serious human injury | DOG-4588-F6 |
| 18.2-308.4(A) | WEAPONS | Drugs and Weapons | Possess Schedule I/II drug while possessing firearm(7/1/2003 & after) | WPN-5303-F6 |
| 18.2-308.4(B) | WEAPONS | Drugs and Weapons | Possess Schedule I/II drug with firearm on or about person | WPN-5302-F6 |
| 18.2-308.4(C) | WEAPONS | Drugs and Weapons | Sell, etc., more than 1 lb. marijuana while possessing firearm | WPN-5278-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-308.4(C) | WEAPONS | Drugs and Weapons | Sell, etc., Schedule I/II drug while possessing firearm | WPN-5257-F6 |
| 18.2-474.1 | PRISONERS, JAILS AND PRISONS | Drugs, etc. | Delivery of narcotics, marijuana to prisoner, etc. | PRI-3241-F5 |
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Drugs, Etc. | Possess, sell, secrete unlawful chemical compound | PRI-3889-F6 |
| 53.1-203(5) | PRISONERS, JAILS AND PRISONS | Drugs, etc. | Possess, sell, secrete unlawful chemical compound | PRI-3260-F6 |
| 53.1-203(6) | PRISONERS, JAILS AND PRISONS | Drugs, etc. | Possess, sell, secrete Sch. III drug, marijuana | PRI-3261-F5 |
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Drugs, Etc. | Possess, sell, secrete Schedule III drug or marijuana | PRI-3890-F5 |
| 18.2-162 | VANDALISM, DAMAGE PROPERTY | Elec., Oil, Phone, Gas, Water Facility | Damage to public utilities or services ≥ $1000 | VAN-2911-F4 |
| 10.1-1197.9(E) | CONSERVATION | Electrical Generation Facility | Renewable energy, knowingly violate provisions, etc. | CNV-7054-F9 |
| 10.1-1197.9(F) | CONSERVATION | Electrical Generation Facility | Renewable energy, violation places another in danger | CNV-7057-F9 |
| 10.1-1197.9(F) | CONSERVATION | Electrical Generation Facility | Renewable energy, violation places another in danger, subsequent | CNV-7058-F9 |
| 46.2-817(B) | TRAFFIC - RECKLESS DRIVING | Elude Police, Disregard Command to Stop | Disregard police command to stop, endangerment | REC-6624-F6 |
| 18.2-112 | LARCENY | Embezzlement | Embezzlement by public officer | LAR-2706-F4 |
| 19.2-361 | LARCENY | Embezzlement | Embezzlement of fines ≥ $1000 | LAR-2727-F9 |
| 18.2-111.2 | LARCENY | Embezzlement | Employer fails to pay withheld child support, ≥ $1000 | LAR-2397-F9 |
| 18.2-113 | LARCENY | Embezzlement | Financial officer, fraudulent entry by | LAR-2336-F4 |
| 18.2-111 | LARCENY | Embezzlement | Embezzlement, $1000 or more | LAR-2707-F9 |
| 18.2-248.05(B) | NARCOTICS | Encapsulating / Tableting Machine | Possess, sell, etc., encapsulating machine, controlled substance | NAR-3173-F6 |
| 18.2-248.05(B) | NARCOTICS | Encapsulating / Tableting Machine | Possess, sell, etc., encapsulating machine, Schedule I/II | NAR-3172-F5 |
| 29.1-568 | GAME, FISH, WILDLIFE | Endangered Species | Regulation/permit violation threatened/endangered species, agg. $1000+ | GFW-3906-F6 |
| 29.1-564 | GAME, FISH, WILDLIFE | Endangered Species | Sale, etc., wild bird, animal, fish - aggregate $1000 or more | ANM-3397-F6 |
| 29.1-566 | GAME, FISH, WILDLIFE | Endangered Species | Taking threatened/endangered species, regulations - aggregate $1000+ | GFW-3904-F6 |
| 29.1-567 | GAME, FISH, WILDLIFE | Endangered Species | Type Not Clear: Taking threatened/endangered species - aggregate | GFW-3609-F6 |
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Escapes | Possess an instrument to aid escape | ESC-3892-F6 |
| 18.2-471.1 | OBSTRUCTION OF JUSTICE | Evidence | Destruction of human biological evidence | JUS-4809-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 56-265.24:1 | PUBLIC SERVICE COMPANIES | Excavate | Excavates after notified of threat to safety or property | PSC-8958-F6 |
| 18.2-117 | LARCENY | Fail to Return | Bailee - fail to return animal, auto, etc., ≥ $1000 | LAR-2321-F9 |
| 18.2-178 | FRAUD | False Pretenses | False pretenses, obtain money by, ≥ $1000 | FRD-2743-F9 |
| 18.2-178 | FRAUD | False Pretenses | False pretenses, obtain signature to writing by | FRD-2742-F4 |
| 18.2-461 | OBSTRUCTION OF JUSTICE | False Report/Statement | False report to police because of race, religion, orientation, etc. | JUS-4804-F6 |
| 18.2-186(B) | FRAUD | False Statements | False statement to obtain property/credit, ≥ $1000 | FRD-2811-F9 |
| 65.2-312 | WORKERS' COMPENSATION | False Statements | Make, file or use any document knowing it to be false | WRK-2880-F6 |
| 18.2-145.1 | VANDALISM, DAMAGE PROPERTY | Farm Product | Destroy or damage farm product grown for research, ≥ $1000 | VAN-2996-F6 |
| 18.2-308.2(A) | WEAPONS | Felon | Convicted felon (non-violent >10 yr) possess firearm, etc. | WPN-5291-F6 |
| 18.2-308.2(A) | WEAPONS | Felon | Convicted felon (non-violent w/in 10 yr.) possess firearm, etc. | WPN-5297-F6 |
| 18.2-308.2(A) | WEAPONS | Felon | Convicted felon (violent) possess/transport firearm | WPN-5296-F6 |
| 18.2-308.2(A) | WEAPONS | Felon | Convicted felon possess taser, explosives, ammunition, other weapon | WPN-5298-F6 |
| 19.2-128 | FAILURE TO APPEAR | Felony | Fail to appear in court for felony offense | FTA-5019-F6 |
| 18.2-46.6 | TERRORISM | Fentanyl | Fentanyl, weapon of terrorism | TER-8011-F4 |
| 3.2-6571(B,4) | ANIMALS | Fighting - In Combination with § 3.2-6571(A) Offense | Pay or receive admission for animal fighting | ANM-3576-F6 |
| 3.2-6571(B,3) | ANIMALS | Fighting - In Combination with § 3.2-6571(A) Offense | Wager money, etc., on animal fighting | ANM-3575-F6 |
| 3.2-6571(B,2) | ANIMALS | Fighting - In Combination with § 3.2-6571(A) Offense | Device or substance used to enhance animal's ability to fight | ANM-3574-F6 |
| 3.2-6571(B,1) | ANIMALS | Fighting - In Combination with § 3.2-6571(A) Offense | Dogfighting activity | ANM-3573-F6 |
| 3.2-6571(B,6) | ANIMALS | Fighting - In Combination with § 3.2-6571(A) Offense | Minor child allowed to attend or be involved in animal fighting | ANM-3578-F6 |
| 3.2-6571(B,5) | ANIMALS | Fighting - In Combination with § 3.2-6571(A) Offense | Possess, etc., animal for fighting | ANM-3577-F6 |
| 18.2-86 | ARSON, EXPLOSIVES, BOMBS | Fire - Woods, Etc. | Set fire to woods, grass, fence, land - maliciously | ARS-2020-F6 |
| 46.2-323.1 | TRAFFIC - OPERATOR'S LICENSE | Firearm | False certification of Virginia residency, intent to buy gun | LIC-6844-F4 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 46.2-348 | TRAFFIC - OPERATOR'S LICENSE | Firearm | Fictitious license - used w/intent to purchase firearm | LIC-6825-F4 |
| 18.2-204.1(C) | FRAUD | Firearm | Firearm, fraudulent use of birth certificate or document to obtain | FRD-2647-F6 |
| 46.2-345(I) | TRAFFIC - IDENTIFICATION CARD | Firearm | I.D. Card-false information on application for a gun or felony offense | LIC-6845-F4 |
| 18.2-108.1 | LARCENY | Firearm | Receive stolen firearm | LAR-2817-F6 |
| 28.2-516 | GAME, FISH, WILDLIFE | Fisheries/Tidal Waters - Oysters | Oyster dredging or equipment on boat, unlawful | GFW-3424-F6 |
| 28.2-518 | GAME, FISH, WILDLIFE | Fisheries/Tidal Waters - Oysters | Oysters, dredging for on James River | GFW-3425-F6 |
| 28.2-523 | GAME, FISH, WILDLIFE | Fisheries/Tidal Waters - Oysters | Oysters, take by other than ordinary/patent tongs or hand | GFW-3428-F6 |
| 29.1-531 | GAME, FISH, WILDLIFE | Fishing | Unlawful fishing practices - aggregate $1000 or more | GFW-3608-F6 |
| 18.2-251.2 | NARCOTICS | Flunitrazepan | Possession | NAR-3050-F5 |
| 18.2-251.2 | NARCOTICS | Flunitrazepan | Sale for accommodation | NAR-3051-F5 |
| 18.2-251.2 | NARCOTICS | Flunitrazepan | Sell, distribute, possess w/intent to sell, etc. | NAR-3053-F9 |
| 18.2-251.2 | NARCOTICS | Flunitrazepan | Sell, distribute, possess w/intent to sell, etc., subsq. | NAR-3054-F9 |
| 18.2-47(A) | KIDNAPPING | Force, Deception or Intimidation | Abduct by force without justification | KID-1010-F5 |
| 18.2-47(B) | KIDNAPPING | Force, Deception or Intimidation | Forced labor or service | KID-1021-F5 |
| 18.2-171 | FRAUD | Forging - Instruments | Make or possess forging instruments | FRD-2515-F4 |
| 18.2-172 | FRAUD | Forging and Uttering | Forgery | FRD-2520-F5 |
| 18.2-168 | FRAUD | Forging and Uttering | Forgery, public record | FRD-2519-F4 |
| 18.2-172 | FRAUD | Forging and Uttering | Uttering | FRD-2521-F5 |
| 18.2-168 | FRAUD | Forging and Uttering | Uttering, public record | FRD-2535-F4 |
| 24.2-1016 | ELECTION / VOTING OFFENSES | Fraud | False statements, etc., election fraud | VOT-5133-F5 |
| 46.2-1075 | TRAFFIC - REGISTRATION, PLATES, ETC. | Fraud | Vehicle I.D. number, altered, possession of vehicle with | REG-6702-F6 |
| 46.2-1074 | TRAFFIC - REGISTRATION, PLATES, ETC. | Fraud | Vehicle I.D. number, altering | REG-6736-F6 |
| 46.2-605 | TRAFFIC - REGISTRATION, PLATES, ETC. | Fraud | Registration, title, certificate, etc. - altering or forging | REG-6737-F6 |
| 24.2-1012 | ELECTION / VOTING OFFENSES | Fraud | Sign name of qualified voter, fraudulently | VOT-5129-F4 |
| 58.1-2273(10) | TAX LAWS | Fuel, Oil, Gas | Apply/collect fuels tax refund, > 20 gal. for taxable purposes | TAX-6094-F6 |
| 58.1-2273(4) | TAX LAWS | Fuel, Oil, Gas | Collecting taxes when not authorized | TAX-6117-F6 |
| 58.1-2273(3) | TAX LAWS | Fuel, Oil, Gas | Convert fuel tax by licensee for own use | TAX-6118-F6 |
| 58.1-2273(7) | TAX LAWS | Fuel, Oil, Gas | Dyed diesel fuel used for a taxable use, ≥ 20 gal. | TAX-6114-F6 |
| 58.1-2273(8) | TAX LAWS | Fuel, Oil, Gas | Dyed diesel fuel, alter strength of dye | TAX-6113-F6 |
| 58.1-2273(2) | TAX LAWS | Fuel, Oil, Gas | Fail to pay tax and divert | TAX-6121-F6 |
| 58.1-2273(9) | TAX LAWS | Fuel, Oil, Gas | Fail to remit any fuel tax levied | TAX-6199-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 58.1-2273(5) | TAX LAWS | Fuel, Oil, Gas | Importing fuel illegally | TAX-6116-F6 |
| 58.1-2273(6) | TAX LAWS | Fuel, Oil, Gas | Scheme to defraud Commonwealth of tax proceeds | TAX-6115-F6 |
| 58.1-2273(1) | TAX LAWS | Fuel, Oil, Gas | Tamper with device to measure dispensing fuel to evade tax | TAX-6119-F6 |
| 58.1-2273(11) | TAX LAWS | Fuel, Oil, Gas | Use fuel for taxable purpose, fuel tax refund issued > 20 gal. | TAX-6095-F6 |
| 58.1-2299.10 | TAX LAWS | Fuel, Oil, Gas (Transportation District) | Evade or circumvent fuels sales tax, willfully | TAX-6076-F6 |
| 3.2-6570(E) | ANIMALS | Fur / Hide | Kill dog or cat for hide, fur or pelt - 2nd or subsequent | ANM-3395-F6 |
| 53.1-37(D) | ESCAPES | Furlough Violation | Willfully fail to stay within limits or time prescribed | ESC-4914-F6 |
| 18.2-250(A,a) | NARCOTICS | Gama-Butyrolactone/1,4-Butanediol | Possession | NAR-3095-F5 |
| 18.2-251.3 | NARCOTICS | Gama-Butyrolactone/1,4-Butanediol | Sell, distribute, sell, possess w/intent to sell, etc. | NAR-3084-F3 |
| 18.2-340.30 | PERJURY | Gambling | Charitable gaming, false information on report | PER-5039-F5 |
| 18.2-434 | PERJURY | General | Falsely subscribe written declaration, etc. | PER-5024-F5 |
| 30-111 | GOVERNMENT | General Assembly | Statement of Economic Interests, false statement | COI-7266-F5 |
| 62.1-44.32(b) | WATERS, PORTS AND HARBORS | General Penalties | False statements or inaccurate device submitted - knowingly | WTR-7606-F9 |
| 62.1-44.32(c) | WATERS, PORTS AND HARBORS | General Penalties | Violation places person in danger of death or serious injury | WTR-7005-F9 |
| 62.1-44.32(c) | WATERS, PORTS AND HARBORS | General Penalties | Violation places person in danger of death or serious injury, subseq. | WTR-7079-F9 |
| 18.2-51.7(C) | ASSAULT | Genital Mutilation | Parent, etc., takes minor from state, labia majora circumcision, etc. | ASL-1350-F2 |
| 18.2-51.7(A) | ASSAULT | Genital Mutilation | Circumcision, etc., of minor's labia majora, etc | ASL-1348-F2 |
| 18.2-51.7(B) | ASSAULT | Genital Mutilation | Parent, etc., consents to minor's labia majora circumcision, etc | ASL-1349-F2 |
| 18.2-498.3 | FRAUD | Governmental | Fraud in commercial dealings with government | FRD-2648-F6 |
| 18.2-498.4 | FRAUD | Governmental | Submitting a false certified statement | FRD-2684-F6 |
| 18.2-60.1 | EXTORTION | Governor | Threaten governor or family | EXT-2108-F6 |
| 3.2-4763(B) | AGRICULTURE, HORTICULTURE & FOOD | Grain | Grain dealer fraud | AGR-5654-F6 |
| 59.1-405.1(A) | TRADE AND COMMERCE | Greyhound Racing | Conduct race for public exhibition for money | TRC-2833-F4 |
| 59.1-405.1(B) | TRADE AND COMMERCE | Greyhound Racing | Simulcast race for commercial purposes | TRC-2834-F4 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 62.1-270(B) | WATERS, PORTS AND HARBORS | Ground Water | False statement on ground water form, permit, etc. | WTR-7614-F9 |
| 62.1-270(C) | WATERS, PORTS AND HARBORS | Ground Water | Imminent danger as a result of ground water violation | WTR-7615-F9 |
| 18.2-308.2:3(J) | WEAPONS | Gun Dealer | False statement on the personal descriptive info. | WPN-5207-F5 |
| 18.2-308.2:2(L) | WEAPONS | Gun Dealer | Dealer sell/transfer firearm in violation of §18.2-308.2:2 | WPN-5280-F6 |
| 18.2-308.2:3(C,1) | WEAPONS | Gun Dealer | False statement on affidavit | WPN-5208-F5 |
| 18.2-308.2:2(L1) | WEAPONS | Gun Dealer | Solicit, etc., dealer to transfer firearm to another | WPN-5306-F6 |
| 10.1-1428 | CONSERVATION | Hazardous Waste | Abandon hazardous waste management facility - threat to health | CNV-7036-F4 |
| 10.1-1437 | CONSERVATION | Hazardous Waste | False information on application for site approval | CNV-7037-F9 |
| 10.1-1455(I) | CONSERVATION | Hazardous Waste | Transport, treat, dispose, endangerment to others | CNV-7006-F9 |
| 10.1-1455(B) | CONSERVATION | Hazardous Waste | Transport, treat, dispose, w/out permit or valid documents | CNV-7007-F6 |
| 54.1-2409.1(ii) | PROFESSIONS AND OCCUPATIONS | Health Professions | Controlled drug dispensed, etc., without license | PRO-5864-F6 |
| 54.1-2409.1(i) | PROFESSIONS AND OCCUPATIONS | Health Professions | Invasive procedure performed without license | PRO-5865-F6 |
| 54.1-2409.1(iii) | PROFESSIONS AND OCCUPATIONS | Health Professions | Practice profession after having license revoked/susp. | PRO-5863-F6 |
| 29.1-740 | BOATING | Hit and Run | Fail to stop and assist, serious injury or death | BOT-6218-F6 |
| 46.2-894 | TRAFFIC - HIT AND RUN, ACCIDENT REPORTS | Hit and Run | Victim injured - driver fails to stop, report or assist | HIT-6608-F5 |
| 46.2-895 | TRAFFIC - HIT AND RUN, ACCIDENT REPORTS | Hit and Run | Victim injured - passenger fail to report | HIT-6614-F6 |
| 46.2-894 | TRAFFIC - HIT AND RUN, ACCIDENT REPORTS | Hit and Run | Damage to attended property, driver fails to report - $1000 or more | HIT-6604-F5 |
| 32.1-162.15 | HEALTH | Home care | Operate home care organization without license | HEA-5502-F6 |
| 18.2-188 | FRAUD | Hotel/Motel/Restaurant/Amusement Park | Hotel or Motel service, etc., false statement to obtain, ≥ $1000 | FRD-2650-F5 |
| 29.1-521(A,12) | GAME, FISH, WILDLIFE | Hunt | Hunt guaranteeing killing, offer - aggregate $1000 or more | GFW-8508-F6 |
| 18.2-186.3(D) | FRAUD | Identity Fraud | Financial loss $1000 or more, use of identifying info. to defraud | FRD-2509-F6 |
| 18.2-186.3(D) | FRAUD | Identity Fraud | Detention of victim, use of identifying info. to defraud results in | FRD-2508-F5 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-186.3(D) | FRAUD | Identity Fraud | 5 or more people, obtain identifying info. of | FRD-2501-F5 |
| 18.2-186.3(D) | FRAUD | Identity Fraud | 50 or more people, obtain identifying info. of | FRD-2502-F4 |
| 18.2-186.3(D) | FRAUD | Identity Fraud | Defraud, etc., obtain identifying info. with intent to, 2nd/subsequent | FRD-2510-F6 |
| 18.2-186.4 | FRAUD | Identity Fraud | Publish name of LEO, judge, magistrate with intent to harass, etc. | FRD-2540-F6 |
| 18.2-248(G) | NARCOTICS | Imitation Controlled Substances | Sell, distribute, etc., imitation Schedule I/II drug | NAR-3061-F6 |
| 18.2-248(G) | NARCOTICS | Imitation Controlled Substances | Sell, distribute, etc., imitation Schedule III drug | NAR-3141-F6 |
| 18.2-248(G) | NARCOTICS | Imitation Controlled Substances | Sell, distribute, etc., imitation Schedule IV drug | NAR-3143-F6 |
| 18.2-251.2 | NARCOTICS | Imitation Controlled Substances | Sell, distribute, etc., imitation Flunitrazepan | NAR-3052-F6 |
| 24.2-1015 | ELECTION / VOTING OFFENSES | Impede, Interfere, Prevent Voting | Conspire to prevent citizen from voting, etc. | VOT-5132-F5 |
| 18.2-174.1 | FRAUD | Impersonation | Firefighter/emergency services personnel, impersonating - 2nd/subsq. | FRD-2713-F6 |
| 18.2-174 | FRAUD | Impersonation | Law enforcement officer, impersonating - 2nd/subsq. | FRD-2712-F6 |
| 15.2-1612 | FRAUD | Impersonation | Sheriff, unauthorized person wears uniform to impersonate - 2nd/subsq. | FRD-2714-F6 |
| §18.2-366(B) | SEX OFFENSES | Incest, Forbidden to Marry | With own or step child or grandchild, father, mother, etc. (incest) | SEX-3616-F5 |
| 18.2-308.2:2(M,i) | WEAPONS | Ineligible Person, Purchase/Provide to | Purchase firearm - provide to ineligible person | WPN-5283-F4 |
| 18.2-308.2:1(A) | WEAPONS | Ineligible Person, Purchase/Provide to | Sell, give firearm to designated felon or ineligible person | WPN-5218-F4 |
| 18.2-308.2:2(N) | WEAPONS | Ineligible Person, Purchase/Provide to | Solicit by ineligible person, violation of §18.2-308.2:2(M) | WPN-5286-F4 |
| 18.2-308.2:2(M,ii) | WEAPONS | Ineligible Person, Purchase/Provide to | Transport firearm out of state - provide to ineligible person | WPN-5284-F4 |
| 18.2-308.1:1 | WEAPONS | Insane Person | Firearms, possess/transport by acquitted insane pers., 3rd/subsequent | WPN-5292-F6 |
| 51.1-304 | PERJURY | Judicial | Perjury, contributions to judicial retirement PER-5047 | PER-5047-F5 |
| 51.1-303 | PERJURY | Judicial | Perjury, creditable service by judge | PER-5046-F5 |
| 18.2-468 | OBSTRUCTION OF JUSTICE | Jury | Jury, sound recording of jury | JUS-4824-F6 |
| 16.1-253.2(B) | PROTECTIVE ORDERS | Juvenile & Domestic Court | Armed with deadly weapon, violation of protective order while | PRT-5073-F6 |
| 16.1-253.2(C) | PROTECTIVE ORDERS | Juvenile & Domestic Court | Assault with injury to person with protective order | PRT-5004-F6 |
| 16.1-253.2(C) | PROTECTIVE ORDERS | Juvenile & Domestic Court | Enter home of person with protective order | PRT-5003-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 16.1-253.2(C) | PROTECTIVE ORDERS | Juvenile & Domestic Court | Stalk person with protective order | PRT-5065-F6 |
| 16.1-253.2(A) | PROTECTIVE ORDERS | Juvenile & Domestic Court | Violation of protective order (violence) 3rd w/in 20 yrs. | PRT-5002-F6 |
| 18.2-57(C) | ASSAULT | Law Enforcement, Court, Fire, Medical Services, Etc. | Simple assault on law enforcement, court, DOC, fire/medical, etc. | ASL-1342-F6 |
| 18.2-57.02 | ASSAULT | Law Enforcement, Court, Fire, Medical Services, Etc. | Disarm law enforcement/correctional officer of firearm/stun-gun | ASL-1356-F6 |
| 18.2-101 | LARCENY | Levied Goods | Fraudulently sell, remove, etc., $1000 or more | LAR-2395-F9 |
| 46.2-391(D,3) | TRAFFIC - OPERATOR'S LICENSE | License Revoked for DWI, Manslaughter, Maiming | Operate vehicle after license revoked - 2nd or subsequent | LIC-6861-F9 |
| 46.2-391(D,2a,ii) | TRAFFIC - OPERATOR'S LICENSE | License Revoked for DWI, Manslaughter, Maiming | Operate vehicle after license revoked - DWI, etc., violation | LIC-6860-F9 |
| 46.2-391(D,2a,i) | TRAFFIC - OPERATOR'S LICENSE | License Revoked for DWI, Manslaughter, Maiming | Operate vehicle after license revoked - endangerment | LIC-6859-F9 |
| 18.2-213.2 | FRAUD | Lien or Encumbrance | File false lien or encumbrance | FRD-2729-F5 |
| 18.2-287.4 | WEAPONS | Loaded | Carry loaded firearm in certain localities; 3rd/subsequent | WPN-5262-F6 |
| 2.2-3117 | CONFLICT OF INTEREST | Local Government | Statement of Economic Interests, false statement | COI-7265-F5 |
| 4.1-300 | ALCOHOL | Manufacture | Manufacture, Illegal | ALC-4119-F6 |
| 4.1-318 | ALCOHOL | Manufacture | Manufacture, transport by armed person | ALC-4120-F6 |
| 4.1-301 | ALCOHOL | Manufacture | Conspire to manufacture | ALC-4110-F6 |
| 18.2-248(H2,ii,4) | NARCOTICS | Marijuana - Continuing Criminal Enterprise | Distribute etc., 250.0 kilograms or more marijuana mixture | NAR-3124-F9 |
| 18.2-248(H1,ii,4) | NARCOTICS | Marijuana - Continuing Criminal Enterprise | Distribute etc.,100 kilograms, less than 250.0 kilograms marijuana mix | NAR-3119-F9 |
| 18.2-248.1(a,3) | NARCOTICS | Marijuana - Distribution | Sell, distribute, PWI, etc., - over 5 pounds | NAR-3033-F9 |
| 18.2-248.1(a,2) | NARCOTICS | Marijuana - Distribution | Sell, distribute, PWI, over 1 ounce but not over 5 pounds | NAR-3032-F5 |
| 18.2-248.1(d) | NARCOTICS | Marijuana - Distribution | Sell, distribute, etc., marijuana 3rd or subsequent felony | NAR-3085-F9 |
| 18.2-248(H,4) | NARCOTICS | Marijuana - Distribution Based on Quantity | Marijuana mixture, etc., distribute, etc., 100 kilograms or more | NAR-3114-F9 |
| 18.2-248.1(b) | NARCOTICS | Marijuana - Distribution to Inmate | Sell, distribute, etc., to inmate as accommodation | NAR-3034-F4 |
| 18.2-248.1(c) | NARCOTICS | Marijuana - Manufacture | Manufacture - not for personal use | NAR-3004-F9 |
| 18.2-248.01 | NARCOTICS | Marijuana - Transport | Transport into Commonwealth - 5 lbs. or more marij. | NAR-3067-F9 |
| 18.2-248.01 | NARCOTICS | Marijuana - Transport | Transport into Commonwealth - 5 lbs. or more marij. - 2nd or subsq. | NAR-3086-F9 |
| 3.2-5410(B) | AGRICULTURE, HORTICULTURE & FOOD | Meat and Poultry Products | Assault, etc., employee of Board of Agriculture & Consumer Services | AGR-3490-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 3.2-5408 | AGRICULTURE, HORTICULTURE & FOOD | Meat and Poultry Products | False representation regarding inspection, etc. - to defraud | AGR-3497-F6 |
| 3.2-5410(A) | AGRICULTURE, HORTICULTURE & FOOD | Meat and Poultry Products | Accept bribe, employee of Board of Agriculture & Consumer Services | AGR-3489-F6 |
| 3.2-5410(A) | AGRICULTURE, HORTICULTURE & FOOD | Meat and Poultry Products | Bribery of employee of Board of Agriculture & Consumer Services | AGR-3491-F6 |
| 3.2-5407 | AGRICULTURE, HORTICULTURE & FOOD | Meat and Poultry Products | Distribute adulterated, misbranded, uninspected products - to defraud | AGR-3495-F6 |
| 3.2-5409 | AGRICULTURE, HORTICULTURE & FOOD | Meat and Poultry Products | Distribution of equine, or dead, etc., livestock/poultry - to defraud | AGR-3493-F6 |
| 3.2-5416(h) | AGRICULTURE, HORTICULTURE & FOOD | Meat and Poultry Products | Fraud related to meat and slaughterhouse regulations | AGR-4673-F6 |
| 3.2-5415 | AGRICULTURE, HORTICULTURE & FOOD | Meat and Poultry Products | Other felony violation of slaughterhouse, meat & poultry chapter | AGR-4621-F6 |
| 32.1-317 | FRAUD | Medical Assistance | Collect, solicit, excess payments for services | FRD-3344-F6 |
| 32.1-314 | FRAUD | Medical Assistance | False statement in application for payment (felony) | FRD-3337-F9 |
| 32.1-321.4 | FRAUD | Medical Assistance | False statements to obtain benefits, ≥ $1000 | FRD-3389-F9 |
| 32.1-316 | FRAUD | Medical Assistance | Condition of hosp., nursing home, make false statements on | FRD-3342-F6 |
| 32.1-315(B,1) | FRAUD | Medical Assistance | Pay kickback, purchasing goods, etc., paid for by asst. | FRD-3340-F6 |
| 32.1-315(B,2) | FRAUD | Medical Assistance | Pay kickback, referring person for service paid by asst. | FRD-3341-F6 |
| 32.1-315(A,2) | FRAUD | Medical Assistance | Receive remuneration for purchasing goods paid by asst. | FRD-3339-F6 |
| 32.1-315(A,1) | FRAUD | Medical Assistance | Receive remuneration referring one for service paid by asst. | FRD-3338-F6 |
| 19.2-182.14 | ESCAPES | Mentally Ill | Escape of mentally ill placed or committed | ESC-4941-F6 |
| 18.2-47(C) | KIDNAPPING | Minor | Abduction of minor | KID-1024-F2 |
| 18.2-356.1(A) | FAMILY OFFENSE | Minor, Purchasing or Selling | Offer money, etc., to obtain custody or control of minor | FAM-1197-F5 |
| 18.2-356.1(B) | FAMILY OFFENSE | Minor, Purchasing or Selling | Receive money for custody or control on minor, offer to sell, etc. | FAM-1198-F5 |
| 18.2-309(A) | WEAPONS | Minors | Minors, furnish dirk, switchblade, or bowie knife; 3rd/subsequent | WPN-5269-F6 |
| 18.2-309(B) | WEAPONS | Minors | Minors, furnish handgun | WPN-5265-F6 |
| 18.2-308.7 | WEAPONS | Minors | Possess handgun/assault rifle under age 18; 3rd/subsequent | WPN-5271-F6 |
| 18.2-386.1 | OBSCENITY | Minors | Unlawful creation of videographic/still image of a minor | OBS-3705-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-255(B,ii) | NARCOTICS | Minors - Assist In Distribution | Sell imitation controlled substance, minor assists in distribution | NAR-3130-F6 |
| 18.2-255(A,ii) | NARCOTICS | Minors - Assist In Distribution | Sell Sch. I/II drug, minor assists in distribution | NAR-3128-F9 |
| 18.2-255(A,ii) | NARCOTICS | Minors - Assist In Distribution | Sell Schedule III or IV drug, minor assists in distribution | NAR-3129-F9 |
| 18.2-255(A,ii) | NARCOTICS | Minors - Assist In Distribution | Sell <1 oz. of marijuana, minor assists in distribution | NAR-3126-F9 |
| 18.2-255(A,ii) | NARCOTICS | Minors - Assist In Distribution | Sell 1 oz. or more of marijuana, minor assists in distribution | NAR-3127-F9 |
| 18.2-248.02(ii) | NARCOTICS | Minors - Fentanyl | Child < age 15, present during manufacturing involving fentanyl | NAR-3165-F9 |
| 18.2-248.02(ii) | NARCOTICS | Minors - Fentanyl | Custodial child ≥ 15, present during manufacturing involving fentanyl | NAR-3166-F9 |
| 18.2-255(A,i) | NARCOTICS | Minors - Marijuana | Sell <1 oz. of marijuana to minor | NAR-3063-F9 |
| 18.2-255(A,i) | NARCOTICS | Minors - Marijuana | Sell 1 oz. or more of marijuana to minor | NAR-3098-F9 |
| 18.2-248.02(i) | NARCOTICS | Minors - Methamphetamine | Child under age 15, present during manufacture, etc., of meth | NAR-3160-F9 |
| 18.2-248.02(ii) | NARCOTICS | Minors - Methamphetamine | Custodial child, age ≥ 15, present during manufacture, etc., of meth | NAR-3161-F9 |
| 18.2-255(B,i) | NARCOTICS | Minors - Other | Distribute imitation controlled substance to minor | NAR-3002-F6 |
| 18.2-255(A,i) | NARCOTICS | Minors - Schedule I/II | Sell Sch. I/II drug to minor | NAR-3097-F9 |
| 18.2-255(A,i) | NARCOTICS | Minors - Schedule III/IV | Sell Schedule III or IV drug to minor | NAR-3076-F9 |
| 18.2-248(H1,i) | NARCOTICS | Money - Continuing Criminal Enterprise | Gross $100,000 to < $250,000 within 12 month period | NAR-3090-F9 |
| 18.2-248(H2,i) | NARCOTICS | Money - Continuing Criminal Enterprise | Gross $250,000 or more within 12 month period | NAR-3092-F9 |
| 6.2-1625 | BANKING, TRUSTS AND FINANCE | Mortgage Lender and Broker | Act as mortgage lender, etc., without license | BNK-5900-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 10 years | DWI-5449-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 10 Years, BAC .15 to .20 | DWI-5682-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 10 Years, BAC > .20 | DWI-5683-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 10 years, influence of drugs | DWI-5468-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 10 years, influence of drugs/alcohol | DWI-5371-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 5 Years | DWI-5450-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 5 Years, BAC .15 to .20 | DWI-5680-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 5 Years, BAC > .20 | DWI-5681-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 5 years, influence of drugs | DWI-5469-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction | Third conviction within 5 years, influence of drugs/alcohol | DWI-5373-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction (Marijuana) | Third conviction within 10 years, influence of marijuana | DWI-5626-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction (Marijuana) | Third conviction within 5 years, influence of marijuana | DWI-5627-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 10 years w/child | DWI-5458-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 10 Years, BAC .15 to .20 w/child | DWI-5686-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 10 Years, BAC > .20 w/child | DWI-5687-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 10 years, drugs, w/child | DWI-5470-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 10 years, drugs/alcohol, w/child | DWI-5370-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 5 Years w/child | DWI-5459-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 5 Years, BAC .15 to .20 w/child | DWI-5684-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 5 Years, BAC > .20 w/child | DWI-5685-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 5 Years, drugs, w/child | DWI-5471-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child | Third conviction within 5 Years, drugs/alcohol, w/child | DWI-5372-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child (Marijuana) | Third conviction within 10 years, marijuana, w/child | DWI-5628-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 3rd Conviction with Child (Marijuana) | Third conviction within 5 Years, marijuana, w/child | DWI-5629-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction | Fourth or subsequent conviction within 10 years | DWI-5406-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction | Fourth or subsequent conviction within 10 yr., BAC .15 to .20 | DWI-5688-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction | Fourth or subsequent conviction within 10 yr., BAC > .20 | DWI-5689-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction | Fourth or subsequent conviction within 10 yr., drugs | DWI-5472-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction | Fourth or subsequent conviction within 10 yr., drugs/alcohol | DWI-5352-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction (Marijuana) | Fourth or subsequent conviction within 10 yr., marijuana | DWI-5630-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction with Child | Fourth or subsequent conviction within 10 years w/child | DWI-5460-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction with Child | Fourth or subsequent conviction within 10 yr., BAC .15 to .20 w/child | DWI-5690-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction with Child | Fourth or subsequent conviction within 10 yr., BAC > .20 w/child | DWI-5691-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction with Child | Fourth or subsequent conviction within 10 yr., drugs, w/child | DWI-5473-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction with Child | Fourth or subsequent conviction within 10 yr., drugs/alcohol, w/child | DWI-5353-F6 |
| 18.2-266 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - 4th Conviction with Child (Marijuana) | Fourth or subsequent conviction within 10 yr., marijuana, w/child | DWI-5631-F6 |
| 18.2-270(C)(2) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - A Prior Felony § 18.2-270(C,2) | Prior DWI manslaughter, assault, felony DWI | DWI-5493-F6 |
| 18.2-270(C)(2) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - A Prior Felony § 18.2-270(C,2) | Prior DWI manslaughter, assault, felony DWI, BAC .15 to .20 | DWI-5692-F6 |
| 18.2-270(C)(2) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - A Prior Felony § 18.2-270(C,2) | Prior DWI manslaughter, assault, felony DWI, BAC > .20 | DWI-5693-F6 |
| 18.2-270(C)(2) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - A Prior Felony § 18.2-270(C,2) - Child | Prior DWI manslaughter, assault, felony DWI w/child | DWI-5494-F6 |
| 18.2-270(C)(2) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - A Prior Felony § 18.2-270(C,2) - Child | Prior DWI manslaughter, assault, felony DWI, BAC .15 to .20 w/child | DWI-5694-F6 |
| 18.2-270(C)(2) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - A Prior Felony § 18.2-270(C,2) - Child | Prior DWI manslaughter, assault, felony DWI, BAC > .20 w/child | DWI-5695-F6 |
| 46.2-341.24 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd | 3rd DWI commercial vehicle within 10 yrs. | DWI-5421-F6 |
| 46.2-341.24 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd | 3rd DWI commercial vehicle within 10 yrs., BAC .15 to .20 | DWI-5677-F6 |
| 46.2-341.24 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd | 3rd DWI commercial vehicle within 10 yrs., BAC > .20 | DWI-5678-F6 |
| 46.2-341.24 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd | 3rd DWI commercial vehicle within 5 yrs. | DWI-5420-F6 |
| 46.2-341.24 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd | 3rd DWI commercial vehicle within 5 yrs., BAC .15 to .20 | DWI-5696-F6 |
| 46.2-341.24 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd | 3rd DWI commercial vehicle within 5 yrs., BAC > .20 | DWI-5697-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 46.2-341.24 | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd with Child | 3rd DWI commercial vehicle within 10 yrs. w/child | DWI-5599-F6 |
| 46.2-341.28(A) (BAC); (C) (third offense); (D) (w/ child) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd with Child | 3rd DWI commercial vehicle within 10 yrs., BAC .15 to .20 w/child | DWI-5675-F6 |
| 46.2-341.28(C); 46.2-341.28(D) (w/ child enhancement) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd with Child | 3rd DWI commercial vehicle within 10 yrs., BAC > .20 w/child | DWI-5676-F6 |
| 46.2-341.28(C); 46.2-341.28(D) (w/ child enhancement) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd with Child | 3rd DWI commercial vehicle within 5 yrs. w/child | DWI-5598-F6 |
| 46.2-341.28(A) (BAC); (C) (third offense); (D) (w/ child) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd with Child | 3rd DWI commercial vehicle within 5 yrs., BAC .15 to .20 w/child | DWI-5673-F6 |
| 46.2-341.28(A) (BAC); (C) (third offense); (D) (w/ child) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 3rd with Child | 3rd DWI commercial vehicle within 5 yrs., BAC > .20 w/child | DWI-5674-F6 |
| 46.2-341.28(C)(3) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 4th | 4th DWI commercial vehicle within 10 yrs. | DWI-5602-F6 |
| 46.2-341.28(A) (BAC); (C)(3) (fourth offense) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 4th | 4th DWI commercial vehicle within 10 yrs., BAC .15 to .20 | DWI-5671-F6 |
| 46.2-341.28(A) (BAC); (C)(3) (fourth offense) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 4th | 4th DWI commercial vehicle within 10 yrs., BAC > .20 | DWI-5672-F6 |
| 46.2-341.28(C)(3) (fourth offense); (D) (w/ child) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 4th with Child | 4th DWI commercial vehicle within 10 yrs. w/child | DWI-5603-F6 |
| 46.2-341.28(A) (BAC); (C)(3) (fourth offense); (D) (w/ child) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 4th with Child | 4th DWI commercial vehicle within 10 yrs., BAC .15 to .20 w/child | DWI-5669-F6 |
| 46.2-341.28(A) (BAC); (C)(3) (fourth offense); (D) (w/ child) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - 4th with Child | 4th DWI commercial vehicle within 10 yrs., BAC > .20 w/child | DWI-5670-F6 |
| 46.2-341.28(E) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - A Prior Felony | Prior DWI manslaughter, assault, felony commercial DWI | DWI-5604-F6 |
| 46.2-341.28(A) (BAC); (E) (prior felony) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - A Prior Felony | Prior DWI manslaughter, assault, felony commercial DWI, BAC .15 to .20 | DWI-5667-F6 |
| 46.2-341.28(A) (BAC); (E) (prior felony) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - A Prior Felony | Prior DWI manslaughter, assault, felony commercial DWI, BAC > .20 | DWI-5668-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 46.2-341.28(A) (BAC); (D) (w/ child) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - A Prior Felony | Prior DWI manslaughter, assault, felony DWI w/child | DWI-5606-F6 |
| 46.2-341.28(A) (BAC); (D) (w/ child); (E) (prior felony) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - A Prior Felony | Prior DWI manslaughter, assault, felony DWI, BAC .15 to .20 w/child | DWI-5607-F6 |
| 46.2-341.28(A) (BAC); (D) (w/ child); (E) (prior felony) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - Commercial Vehicles - A Prior Felony | Prior DWI manslaughter, assault, felony DWI, BAC > .20 w/child | DWI-5608-F6 |
| 18.2-272(A) | TRAFFIC - DRIVING WHILE INTOXICATED | Motor Vehicle, Etc. - License Suspended | Driving after forfeiture of license, etc., 3rd in 10 years | DWI-5478-F6 |
| 18.2-32.2(A) | MURDER | Non Aggravated Murder | Fetus of another, kill with premeditation | MUR-0937-F2 |
| 18.2-32.2(B) | MURDER | Non Aggravated Murder | Fetus of another, unlawfully and maliciously kill | MUR-0938-F9 |
| 18.2-308.2:01(B) | WEAPONS | Noncitizens (Not Lawfully in US) | Firearm possessed or transported by noncitizen | WPN-5305-F6 |
| 18.2-308.2:01(A) | WEAPONS | Noncitizens (Not Lawfully in US) | Noncitizen, possess or transport assault firearm | WPN-5215-F6 |
| 32.1-136 | HEALTH | Nursing Home | Operate nursing home without license | HEA-5503-F6 |
| 18.2-460(C) | OBSTRUCTION OF JUSTICE | Obstruct or Impede in Court | Obstruct/impede justice in court - drug, gang, §17.1-805 offenses | JUS-4820-F5 |
| 46.2-112 | TRAFFIC - REGISTRATION, PLATES, ETC. | Odometer | Odometer tampering - (subsequent offense) | REG-6721-F9 |
| 24.2-1001 | ELECTION / VOTING OFFENSES | Officer | Corrupt conduct by election officer, etc. | VOT-5109-F5 |
| 62.1-44.34:20(E) | WATERS, PORTS AND HARBORS | Oil | Knowingly make false statement on State Water Control document, etc. | WTR-7617-F9 |
| 62.1-44.34:20(E,1) | WATERS, PORTS AND HARBORS | Oil | Willfully discharge oil into water | WTR-7601-F9 |
| 18.2-328 | GAMBLING | Operator | Operator of continuous illegal gambling operation or revenue $2000 + | GAM-3927-F9 |
| 18.2-328 | GAMBLING | Operator | Operator of illegal gambling operation | GAM-3926-F6 |
| 18.2-198 | FRAUD | Other | Airline/railroad ticket-obtain at discount price by fraud | FRD-2622-F6 |
| 18.2-414 | RIOT AND UNLAWFUL ASSEMBLY | Other | Injury to another, damage to property | RUA-5318-F6 |
| 38.2-1058 | INSURANCE | Other | State treasurer disposes of securities illegally | INS-7373-F3 |
| 18.2-60.4(B) | PROTECTIVE ORDERS | Other | Armed with deadly weapon, violation of protective order while | PRT-5074-F6 |
| 18.2-60.4(C) | PROTECTIVE ORDERS | Other | Assault with injury to person with protective order | PRT-5063-F6 |
| 18.2-82 | ARSON, EXPLOSIVES, BOMBS | Other | During felony | ARS-2017-F4 |
| 38.2-1304 | INSURANCE | Other | False statement on annual report, statement, etc. | INS-7372-F5 |
| 18.2-238 | FRAUD | Other | Pig iron, buying with intent to defraud | FRD-2675-F6 |
| 53.1-203(3) | ESCAPES | Other | Possess an instrument to aid escape | ESC-4922-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-107 | LARCENY | Other | Public record, theft or destruction of | LAR-2373-F6 |
| 29.1-521(A,11) | GAME, FISH, WILDLIFE | Other | Sell or purchase carcass - aggregate $1000 or more | GFW-3605-F6 |
| 29.1-553 | GAME, FISH, WILDLIFE | Other | Sell wild birds, animals, fish - aggregate $1000 or more | GFW-3382-F6 |
| 24.2-1008 | ELECTION / VOTING OFFENSES | Other | Selling, giving, counterfeiting election ballots | VOT-5113-F5 |
| 24.2-1002.1 | ELECTION / VOTING OFFENSES | Other | Social Security Number, unlawful disclosure | VOT-5112-F5 |
| 18.2-60.4(C) | PROTECTIVE ORDERS | Other | Enter home of person with protective order | PRT-5064-F6 |
| 18.2-60.4(C) | PROTECTIVE ORDERS | Other | Stalk person with protective order | PRT-5075-F6 |
| 32.1-276 | VITAL RECORDS | Other Records, Marriage, Divorce, Etc. | Other vital records, false statement, alter, mutilate, etc. | CER-3186-F4 |
| 18.2-265.3(B) | NARCOTICS | Paraphernalia, Drug | Distribute to minor - drug paraphernalia, at least 3 yrs. Junior | NAR-3006-F6 |
| 18.2-47(D) | KIDNAPPING | Parent | Kidnapping by parent, etc., removing from state | KID-1015-F6 |
| 18.2-48(i) | KIDNAPPING | Pecuniary Benefit | Extortion, abduct with intent to gain pecuniary benefit | KID-1012-F2 |
| 18.2-375 | OBSCENITY | Performances | Obscene exhibitions and performances (subsequent) | OBS-3725-F6 |
| 3.2-3908 | AGRICULTURE, HORTICULTURE & FOOD | Pesticide | Formulas, reveal information about | AGR-3499-F6 |
| 18.2-374 | OBSCENITY | Pictures, Etc. | Production or possession for sale (subsequent offense) | OBS-3729-F6 |
| 18.2-386.1 | OBSCENITY | Pictures, Etc. | Unlawful creation of videographic/still image of another, 3rd/subsq. | OBS-3704-F6 |
| 18.2-308.5 | WEAPONS | Plastic | Plastic firearms; sell, transfer, possess, etc. | WPN-5244-F5 |
| 18.2-54.2 | ASSAULT | Poisoning | Adulteration of food, drug, etc., w/intent to injure or kill | ASL-1317-F3 |
| 18.2-54.1 | ASSAULT | Poisoning | Poison food, drugs, water, drinks w/intent to injure or kill | ASL-1332-F3 |
| 18.2-48(v) | KIDNAPPING | Pornography | Abduct minor for the purpose of manufacturing child pornography | KID-1022-F2 |
| 4.1-1100(C) | MARIJUANA | Possession | Possess more than 1 pound of marijuana | MRJ-1901-F9 |
| 18.2-374.1:1(A) | OBSCENITY - CHILD PORN | Possession, Distribution, Reproduction | Possess child porn (first offense) | OBS-3731-F6 |
| 18.2-374.1:1(B) | OBSCENITY - CHILD PORN | Possession, Distribution, Reproduction | Possess child porn (subsequent offense) | OBS-3732-F5 |
| 18.2-374.1:1(C,i) | OBSCENITY - CHILD PORN | Possession, Distribution, Reproduction | Reproduce, transmit, sell, etc., child porn | OBS-3680-F9 |
| 18.2-374.1:1(C,i) | OBSCENITY - CHILD PORN | Possession, Distribution, Reproduction | Reproduce, transmit, sell, etc., child porn, subsequent | OBS-3681-F9 |
| 18.2-374.1:1(C,ii) | OBSCENITY - CHILD PORN | Possession, Distribution, Reproduction | Solicitation of child porn to gain entry to group | OBS-3677-F9 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-374.1:1(C,ii) | OBSCENITY - CHILD PORN | Possession, Distribution, Reproduction | Solicitation of child porn to gain entry to group, subsequent | OBS-3678-F9 |
| 19.2-295.2(B) | SUPERVISION VIOLATION | Post-Release | Post-Release violation - Felony | PRP-4847-F9 |
| 19.2-295.2:1 | SUPERVISION VIOLATION | Post-Release | Post-Release violation, fail to register - Felony | PRP-4858-F9 |
| 18.2-248(J) | NARCOTICS | Precursors | Possess precursors w/intent to manufacture methamphetamine, etc. | NAR-3110-F6 |
| 58.1-348.1 | TAX LAWS | Preparer | Preparation, etc., of fraudulent or false tax return by preparer | TAX-6194-F6 |
| 18.2-258.1(D) | NARCOTICS | Prescription Fraud | Assume title of doctor, pharmacist, etc., to obtain drugs | NAR-3081-F6 |
| 18.2-258.1(C) | NARCOTICS | Prescription Fraud | Fictitious or revoked manufacture/distribution license | NAR-3080-F6 |
| 18.2-258.1(B) | NARCOTICS | Prescription Fraud | Practitioner furnishes false info. in records or prescription | NAR-3079-F6 |
| 18.2-258.2 | NARCOTICS | Prescription Fraud | Procuring prescription from pharmacy, licensed or not, assist in subsq | NAR-3058-F6 |
| 18.2-258.1(F) | NARCOTICS | Prescription Fraud | False/forged label on container of controlled drugs | NAR-3083-F6 |
| 18.2-258.1(A) | NARCOTICS | Prescription Fraud | Obtain by forgery, fraud | NAR-3016-F6 |
| 18.2-258.1(E) | NARCOTICS | Prescription Fraud | Utter false or forged prescription | NAR-3082-F6 |
| 19.2-152.4:1 | SUPERVISION VIOLATION | Pretrial - Fail to Appear | Bail/pretrial services violation - Felony fail to appear | PRE-5030-F6 |
| 18.2-431.1(B) | TELEPHONE | Prisoner | Possession of cellular phone, wireless device by prisoner, etc. | TEL-3197-F6 |
| 18.2-431.1(A) | TELEPHONE | Prisoner | Provide cellular phone, wireless device to prisoner or confined person | TEL-3196-F6 |
| 18.2-48.1 | KIDNAPPING | Prisoner | Abduction by prisoner or confined person | KID-1016-F3 |
| 46.2-345.3 | TRAFFIC - IDENTIFICATION CARD | Privilege Card | False statement, etc., on privilege card application to commit felony | LIC-6675-F4 |
| 19.2-306 | SUPERVISION VIOLATION | Probation - Circuit/General District | Probation violation - Felony | PRB-4850-F9 |
| 18.2-137(B,ii) | VANDALISM, DAMAGE PROPERTY | Property | Intentionally, damage/destroy any property or monument ≥ $1000 | VAN-2956-F6 |
| 18.2-346.01(i) | SEX OFFENSES | Prostitution | Solicitation of prostitution from minor age 16 or older | SEX-3650-F6 |
| 18.2-355(2) | SEX OFFENSES | Prostitution | Compel to marry by force or threats | SEX-3624-F4 |
| 18.2-48(iv) | KIDNAPPING | Prostitution | Abduct for the purpose of prostitution | KID-1023-F2 |
| 18.2-357 | SEX OFFENSES | Prostitution | Pander, pimp, or receive money from person < age 18 | SEX-3648-F3 |
| 18.2-357 | SEX OFFENSES | Prostitution | Pander, pimp, or receive money from prostitute | SEX-3628-F4 |
| 18.2-308.1:4(B) | WEAPONS | Protective Order | Possess firearm, family, etc., abuse protective order in effect | WPN-5310-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-441 | BRIBERY | Public | Give or receive bribe, commissioner, juror, etc. | BRI-5116-F4 |
| 18.2-438 | BRIBERY | Public | Public official, police, candidate for office-giving | BRI-5118-F4 |
| 18.2-138 | VANDALISM, DAMAGE PROPERTY | Public Building | Damage to public building, $1000 or more | VAN-2955-F6 |
| 18.2-280(A) | WEAPONS | Public Place | Discharge firearm in public place, results in injury | WPN-5301-F6 |
| 18.2-280(A) | WEAPONS | Public Place | Discharge firearm in public place; 3rd/subsequent | WPN-5273-F6 |
| 18.2-308.2:2(M) | WEAPONS | Purchase | Provide > 1 firearm to ineligible person through purchase/trans. | WPN-5285-F4 |
| 18.2-308.2:2 | WEAPONS | Purchase | Purchase more than one handgun w/in 30 day period; 3rd/subsequent | WPN-5272-F6 |
| 59.1-400 | TRADE AND COMMERCE | Racetrack / Pari-mutuel Wagering | Administer drugs, electrical shock, etc., to horse | TRC-2842-F4 |
| 59.1-399 | TRADE AND COMMERCE | Racetrack / Pari-mutuel Wagering | Bribe accepted by jockey, driver, groom, etc. | TRC-2841-F4 |
| 59.1-399 | TRADE AND COMMERCE | Racetrack / Pari-mutuel Wagering | Bribing jockey, driver, groom, etc. | TRC-2840-F4 |
| 59.1-396 | TRADE AND COMMERCE | Racetrack / Pari-mutuel Wagering | Credential, fraudulent use of | TRC-2837-F4 |
| 59.1-402 | TRADE AND COMMERCE | Racetrack / Pari-mutuel Wagering | False name, race under | TRC-2844-F4 |
| 59.1-377 | TRADE AND COMMERCE | Racetrack / Pari-mutuel Wagering | False statement to obtain license | TRC-2835-F4 |
| 59.1-395 | TRADE AND COMMERCE | Racetrack / Pari-mutuel Wagering | Pari-mutuel, horse racing, unlawfully conduct | TRC-2836-F4 |
| 59.1-397 | TRADE AND COMMERCE | Racetrack / Pari-mutuel Wagering | Transmission of results, progress, odds, unlawfully | TRC-2838-F4 |
| 46.2-865.1(A,1) | TRAFFIC - RECKLESS DRIVING | Racing | Racing, causes serious bodily injury | REC-6635-F6 |
| 18.2-156 | VANDALISM, DAMAGE PROPERTY | Railroad | Take or remove waste from journal boxes | VAN-2941-F6 |
| 18.2-153 | VANDALISM, DAMAGE PROPERTY | Railroad, Canal, Electric Line, Etc. | Obstruct or injure canal, railroad without malice | VAN-2930-F6 |
| 18.2-61(A,ii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim thru mental incapacity/helplessness | RAP-1128-F9 |
| 18.2-61(A,i) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim thru mental incapacity/helplessness | RAP-1128-F9 |
| 18.2-109 | LARCENY | Receiving/Possession | Receipt or transfer of stolen - vehicle, aircraft, or boat | LAR-2810-F6 |
| 18.2-108(B) | LARCENY | Receiving/Possession | Receive goods used in an investigation valued at $1000 or more | LAR-2353-F9 |
| 18.2-108(A) | LARCENY | Receiving/Possession | Receive stolen property/goods - $1000 or more | LAR-2808-F9 |
| 59.1-41.4 | TRADE AND COMMERCE | Recording | No manufacturer name on recordings, 100 rec. or 20 w/in 180 | TRC-2896-F9 |
| 59.1-41.4 | TRADE AND COMMERCE | Recording | No manufacturer name on recordings, 1000 rec. or 65 w/in 180 | TRC-2897-F9 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 59.1-41.4 | TRADE AND COMMERCE | Recording | No manufacturer name on recordings, second or subsequent | TRC-2898-F9 |
| 59.1-41.3 | TRADE AND COMMERCE | Recording | Sell/rent unlawful recordings, 100 recordings or 20 w/in 180 days | TRC-2899-F9 |
| 59.1-41.3 | TRADE AND COMMERCE | Recording | Sell/rent unlawful recordings, 1000 recordings or 65 w/in 180 days | TRC-2885-F9 |
| 59.1-41.3 | TRADE AND COMMERCE | Recording | Sell/rent unlawful recordings, second or subsequent | TRC-2884-F9 |
| 59.1-41.6(1,a) | TRADE AND COMMERCE | Recording | Type Not Clear - Record, sell, rent, etc. 100 rec or 20 w/in 180 days | TRC-2820-F9 |
| 59.1-41.6(1,b) | TRADE AND COMMERCE | Recording | Type Not Clear - Record, sell, rent, etc. 1000 rec or 65 w/in 180 days | TRC-2821-F9 |
| 59.1-41.6(1,c) | TRADE AND COMMERCE | Recording | Type Not Clear - Record, sell, rent, etc. second or subsequent felony | TRC-2822-F9 |
| 59.1-41.2 | TRADE AND COMMERCE | Recording | Distribute concert recordings, 100 recordings or 20 w/in 180 days | TRC-2893-F9 |
| 59.1-41.2 | TRADE AND COMMERCE | Recording | Distribute concert recordings, 1000 recordings or 65 w/in 180 days | TRC-2894-F9 |
| 59.1-41.2 | TRADE AND COMMERCE | Recording | Distribute concert recordings, second or subsequent | TRC-2895-F9 |
| 18.2-46.3(B,a) | GANGS | Recruitment | Membership, use force or threats to encourage | MOB-1294-F6 |
| 18.2-46.3(A) | GANGS | Recruitment | Juvenile recruited by an adult for street gang | MOB-1290-F6 |
| 18.2-281 | WEAPONS | Remotely Controlled | Spring gun or deadly weapon, remotely controlled | WPN-5238-F6 |
| 18.2-118 | LARCENY | Rental Property | Leased personal property, fail to return, ≥ $1000 | LAR-2381-F9 |
| 18.2-460(C) | OBSTRUCTION OF JUSTICE | Resisting Arrest/Intimidation of LEO, Judge, Juror, CA, Etc. | Resisting arrest, obstructing justice by threats bodily harm or force | JUS-4832-F5 |
| 18.2-308.8 | WEAPONS | Restricted | Striker 12's, or like firearms; sell, possess, etc. | WPN-5267-F6 |
| 58.1-348 | TAX LAWS | Returns | False statement to defraud Commonwealth | TAX-6188-F6 |
| 58.1-452 | TAX LAWS | Returns | Fraudulent tax return by officer of a corporation | TAX-6174-F6 |
| 59.1-68.7 | TRADE AND COMMERCE | Rig Bids to Government | Price fixing; rigged or altered bids submitted | TRC-2851-F6 |
| 58.1-1816 | TAX LAWS | Sales/Use Tax | Failure to account for sales - withholding tax, $1000 or more | TAX-6110-F6 |
| 6.2-1203(B) | BANKING, TRUSTS AND FINANCE | Savings Institution | Operate savings institution without authority | BNK-5876-F6 |
| 6.2-1200 | BANKING, TRUSTS AND FINANCE | Savings Institution | Acting after removal from savings institution management | BNK-5938-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 6.2-1103 | BANKING, TRUSTS AND FINANCE | Savings Institution | Engage in savings institution without authority | BNK-5877-F6 |
| 6.2-1197 | BANKING, TRUSTS AND FINANCE | Savings Institution | False statement on condition of institution | BNK-5874-F6 |
| 6.2-1106 | BANKING, TRUSTS AND FINANCE | Savings Institution | Savings bank terms, unlawful use of | BNK-5878-F6 |
| 18.2-300(B) | WEAPONS | Sawed-off Shotguns | Possession | WPN-5260-F4 |
| 18.2-250(A,a) | NARCOTICS | Schedule I or II Drugs - Accommodation | Possession Schedule I or II drug | NAR-3022-F5 |
| 18.2-248(D) | NARCOTICS | Schedule I or II Drugs - Accommodation | Sale as an accommodation | NAR-3035-F5 |
| 18.2-248(H1,ii,3) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Cocaine base, distribute etc. 2.5 kilograms less than 5.0 kilograms | NAR-3118-F9 |
| 18.2-248(H2,ii,3) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Cocaine base, distribute etc. 5.0 kilograms or more | NAR-3123-F9 |
| 18.2-248(H1,ii,2) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Cocaine mixture distribute etc. 5.0 kilograms less than 10.0 kilograms | NAR-3117-F9 |
| 18.2-248(H2,ii,2) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Cocaine mixture, distribute etc. 10.0 kilograms or more | NAR-3122-F9 |
| 18.2-248(H1,ii,1) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Heroin mixture, distribute etc. 1.0 kilograms less than 5.0 kilograms | NAR-3116-F9 |
| 18.2-248(H2,ii,1) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Heroin mixture, distribute etc. 5.0 kilograms or more | NAR-3121-F9 |
| 18.2-248(H1,ii,5) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Methamphetamine, distribute etc. 100g < 250g  / 200g < 1 kg mixture | NAR-3120-F9 |
| 18.2-248(H2,ii,5) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Methamphetamine, distribute etc. 250g or more  / 1kg or more mixture | NAR-3125-F9 |
| 18.2-248(H1,ii) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Type Not Clear - Distribute Schd. I/II or marijuana - quantity defined | NAR-3091-F9 |
| 18.2-248(H2,ii) | NARCOTICS | Schedule I or II Drugs - Continuing Criminal Enterprise | Type Not Clear - Distribute Schd. I/II or marijuana - quantity defined | NAR-3093-F9 |
| 18.2-248(C) | NARCOTICS | Schedule I or II Drugs - Distribution | Possession w/intent to sell, distribute, etc., Schd. I/II | NAR-3043-F9 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-248(C) | NARCOTICS | Schedule I or II Drugs - Distribution | Distribution, provide, give etc., (to be resold by others) Schd. I/II | NAR-3042-F9 |
| 18.2-248(C) | NARCOTICS | Schedule I or II Drugs - Distribution | Manufacture (making/producing drugs from raw base products), Schd I/II | NAR-3044-F9 |
| 18.2-248(C) | NARCOTICS | Schedule I or II Drugs - Distribution | Sale, distribute, etc. (for profit) Schd. I/II | NAR-3045-F9 |
| 18.2-248(C) | NARCOTICS | Schedule I or II Drugs - Distribution | Type not clear from record - Sell, distribute, manufacture | NAR-3036-F9 |
| 18.2-248(C) | NARCOTICS | Schedule I or II Drugs - Distribution, 2nd | Sell, poss. w/intent, distribute, etc. - second conviction | NAR-3038-F9 |
| 18.2-248(C) | NARCOTICS | Schedule I or II Drugs - Distribution, 3rd & Subsequent | Sell, poss. w/intent, distribute, etc. - third or subsequent | NAR-3087-F9 |
| 18.2-248(C,3) | NARCOTICS | Schedule I or II Drugs - Distribution, Quantity | Cocaine base, distribute, etc., 250g or more | NAR-3146-F9 |
| 18.2-248.02(iii) | NARCOTICS | Schedule I or II Drugs - Fentanyl | Incapacitated/helpless person present, manufacture involving fentanyl | NAR-3167-F9 |
| 18.2-248.02(iii) | NARCOTICS | Schedule I or II Drugs - Manufacture Methamphetamine | Incapacitated/helpless person present during manufacture, etc. of meth | NAR-3162-F9 |
| 18.2-248(C1) | NARCOTICS | Schedule I or II Drugs - Manufacture Methamphetamine | Manufacture methamphetamine | NAR-3131-F9 |
| 18.2-248(C1) | NARCOTICS | Schedule I or II Drugs - Manufacture Methamphetamine | Manufacture methamphetamine - 2nd conviction | NAR-3132-F9 |
| 18.2-248(C1) | NARCOTICS | Schedule I or II Drugs - Manufacture Methamphetamine | Manufacture methamphetamine - 3rd or subsequent conviction | NAR-3133-F9 |
| 18.2-248.01 | NARCOTICS | Schedule I or II Drugs - Transport | Transport into Commonwealth - 1 oz. or more of Cocaine | NAR-3065-F9 |
| 18.2-248.01 | NARCOTICS | Schedule I or II Drugs - Transport | Transport into Commonwealth - 1 oz. or more of Cocaine, 2nd/subsq. | NAR-3088-F9 |
| 18.2-248.01 | NARCOTICS | Schedule I or II Drugs - Transport | Transport into Commonwealth - 1 oz. or more other Sch. I/II | NAR-3066-F9 |
| 18.2-248.01 | NARCOTICS | Schedule I or II Drugs - Transport | Transport into Commonwealth - 1 oz. or more other Sch.I/II, 2nd/subsq | NAR-3089-F9 |
| 18.2-248(E1) | NARCOTICS | Schedule III Drugs | Sell, distribute, etc., Schedule III drug (Not anabolic steroid) | NAR-3135-F5 |
| 18.2-248(E2) | NARCOTICS | Schedule IV Drugs | Sell, distribute, etc., Schedule IV drug | NAR-3136-F6 |
| 18.2-60(A,2) | EXTORTION | School | Threat by writing or electronic message to kill or do harm | EXT-2105-F6 |
| 18.2-255.2 | NARCOTICS | School or Public Property, Etc., Possession/Distribution On | Distribute, etc., controlled substance on school/public property | NAR-3027-F6 |
| 18.2-255.2 | NARCOTICS | School or Public Property, Etc., Possession/Distribution On | Distribute, etc., controlled substance school/public property - subsq. | NAR-3099-F6 |
| 18.2-128(B) | TRESPASS | School Property | Intent to abduct from school property/bus, (not parent) | TRS-5707-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-280(C) | WEAPONS | Schools | Discharge firearm on public property within 1000 feet of school | WPN-5201-F4 |
| 18.2-282.1 | WEAPONS | Schools | Brandish machete or bladed weapon on school property | WPN-5287-F6 |
| 18.2-282(A) | WEAPONS | Schools | Brandish/point firearm on school property or w/in 1000 feet | WPN-5258-F6 |
| 18.2-308.1(B) | WEAPONS | Schools | Firearm, possess on school property, etc. | WPN-5252-F6 |
| 18.2-308.1(C) | WEAPONS | Schools | Firearm, use or attempt to use on school property, etc. | WPN-5300-F9 |
| 18.2-308.1(A) | WEAPONS | Schools | Stun gun, knife, non-firearm poss. on school prop., etc. 3rd/subseq | WPN-5270-F6 |
| 18.2-370.2(B) | SEX OFFENSES | Schools, Day Care, Playgrounds, Etc. | Loitering at school after conv. prohibits proximity to children | SEX-3667-F6 |
| 18.2-370.2 | SEX OFFENSES | Schools, Day Care, Playgrounds, Etc. | Loitering at school, contact at playground etc., after conviction | SEX-3693-F6 |
| 18.2-370.2(C) | SEX OFFENSES | Schools, Day Care, Playgrounds, Etc. | Near playground etc., after conviction prohibits proximity to children | SEX-3675-F6 |
| 18.2-370.3(C) | SEX OFFENSES | Schools, Day Care, Playgrounds, Etc. | Reside near park after conviction prohibits proximity to children | SEX-3676-F6 |
| 18.2-370.3(A) | SEX OFFENSES | Schools, Day Care, Playgrounds, Etc. | Reside near school after conviction prohibits proximity to children | SEX-3671-F6 |
| 18.2-370.4 | SEX OFFENSES | Schools, Day Care, Playgrounds, Etc. | Work, etc., at school after conviction prohibits proximity to children | SEX-3672-F6 |
| 18.2-370.5 | SEX OFFENSES | Schools, Day Care, Playgrounds, Etc. | Enter school property, etc., after Tier III sex offense conviction | SEX-3673-F6 |
| 19.2-392.14 | CRIMINAL RECORDS | Sealed Records | Disclosure of sealed criminal records maliciously | CCR-7191-F6 |
| 59.1-128 | TRADE AND COMMERCE | Secondhand Articles | Copper or aluminum wire, buy or exchange secondhand | TRC-2869-F9 |
| 59.1-129 | TRADE AND COMMERCE | Secondhand Articles | Copper or aluminum wire, fail to tag, etc. | TRC-2883-F9 |
| 18.2-311.1(C) | WEAPONS | Serial Numbers | Sell, etc., firearm with removed or altered serial number | WPN-5184-F6 |
| 18.2-311.1 | WEAPONS | Serial Numbers | Third or subsequent, firearm serial number violation | WPN-5293-F6 |
| 62.1-44.18:3(B) | WATERS, PORTS AND HARBORS | Sewage Treatment | Ceases operations after waiver, harms humans or the environment | WTR-7611-F4 |
| 62.1-44.18:3(A) | WATERS, PORTS AND HARBORS | Sewage Treatment | Fail to implement closure plan, results in harm to humans/environment | WTR-7020-F4 |
| 62.1-44.15:1.1 | WATERS, PORTS AND HARBORS | Sewage Treatment | Special orders, violation of | WTR-7021-F4 |
| 6.2-1801 | BANKING, TRUSTS AND FINANCE | Short-Term / Payday Loans | Make payday loan without license, in violation of provisions | BNK-5905-F6 |
| 6.2-1801 | BANKING, TRUSTS AND FINANCE | Short-Term / Payday Loans | Arrange or broker payday loan | BNK-5906-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 46.2-1086 | TRAFFIC - EQUIPMENT VIOLATIONS | Smoke Screen | Smoke screens/flame throw - Use, install, possess vehicle with | EQU-6531-F6 |
| 18.2-114.1 | LARCENY | Special Commissioner | Special commissioner, fail to account for money - $1000 or more | LAR-2382-F9 |
| 18.2-442 | BRIBERY | Sports | Participants in games, sports contests-giving | BRI-5122-F5 |
| 18.2-443 | BRIBERY | Sports | Participants in games, sports contests-receiving | BRI-5123-F5 |
| 18.2-91 | BURGLARY | Statutory - Other Felony, Assault & Battery | Other structure with intent to commit larceny, A&B, etc. - weapon | BUR-2217-F2 |
| 18.2-248.5(A) | NARCOTICS | Steroids | Anabolic steroids - sell, distribute, etc. | NAR-3041-F9 |
| 18.2-147.1 | VANDALISM, DAMAGE PROPERTY | Storage Vehicle | Breaking & entering railroad car, storage vehicle | VAN-2908-F4 |
| 18.2-51.6(A) | ASSAULT | Strangulation | Strangulation resulting in wounding or bodily injury | ASL-1347-F6 |
| 18.2-381 | OBSCENITY | Subsequent Offense | Subsequent pornography conviction under §§18.2-374 thru 18.2-379 | OBS-3734-F6 |
| 18.2-51.6(B) | ASSAULT | Suffocation | Suffocation resulting in wounding or bodily injury | ASL-1351-F6 |
| 18.2-312 | WEAPONS | Tear Gas | Unlawful release of dangerous gas resulting in injury | WPN-5240-F6 |
| 18.2-312 | WEAPONS | Tear Gas | Malicious release of dangerous gas resulting in injury | WPN-5239-F3 |
| 18.2-190.4 | FRAUD | Telecommunications Devices | Manufacture an unlawful telecommunications device, knowingly | FRD-2770-F6 |
| 18.2-190.2 | FRAUD | Telecommunications Devices | Possess an unlawful device | FRD-2772-F6 |
| 18.2-190.3(i) | FRAUD | Telecommunications Devices | Sell unlawful device | FRD-2774-F6 |
| 18.2-190.3(ii) | FRAUD | Telecommunications Devices | Sell unlawful materials/parts to make a device | FRD-2775-F6 |
| 18.2-311.2 | WEAPONS | Third Conviction | Third conviction of firearm/weapon offense | WPN-5295-F6 |
| 18.2-67.5:1 | SEXUAL ASSAULT | Third Conviction, Sexual Abuse | 3rd conviction, indecent exposure | RAP-1140-F6 |
| 18.2-67.5:1 | SEXUAL ASSAULT | Third Conviction, Sexual Abuse | 3rd conviction, peeping | RAP-1149-F6 |
| 18.2-67.5:1 | SEXUAL ASSAULT | Third Conviction, Sexual Abuse | 3rd conviction, sexual battery | RAP-1137-F6 |
| 18.2-67.5:1 | SEXUAL ASSAULT | Third Conviction, Sexual Abuse | 3rd conviction, sexual battery, attempted | RAP-1138-F6 |
| 18.2-46.3:1 | GANGS | Third or Subsequent | Criminal street gang, third or subsequent conviction | MOB-1297-F2 |
| 54.1-111 | PROFESSIONS AND OCCUPATIONS | Third or Subsequent Offense | Operate business, conflict w/regulations - 3rd/subsequent | PRO-5821-F6 |
| 54.1-111 | PROFESSIONS AND OCCUPATIONS | Third or Subsequent Offense | Profession violation - 3rd/subsequent | PRO-7432-F6 |
| 18.2-60(A,1) | EXTORTION | Threat | Threat by letter, communication, or electronic message | EXT-2106-F6 |
| 18.2-60(A,1) | EXTORTION | Threat | Threat by letter, etc., with terroristic intent | EXT-2104-F5 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-60(A,3) | EXTORTION | Threat | Threat by letter, etc., intent to intimidate a population, etc. | EXT-2130-F5 |
| 18.2-59(ii) | EXTORTION | Threat | Accuse person of an offense, intimidation for money, etc. | EXT-2101-F5 |
| 18.2-59(i) | EXTORTION | Threat | Threat, intimidation for money or benefit | EXT-2107-F5 |
| 18.2-59(iii) | EXTORTION | Threat - Immigrants | Threat to report as illegally in U.S., for money, etc. | EXT-2103-F5 |
| 18.2-59(iv) | EXTORTION | Threat - Immigrants | Destroy, conceal, etc., immigration document/passport for benefit | EXT-2102-F5 |
| 18.2-83 | ARSON, EXPLOSIVES, BOMBS | Threat or False Communication | Offender 15 or over | ARS-2023-F5 |
| 59.1-111 | TRADE AND COMMERCE | Timber | Branding iron/marks, unauthorized use, etc., of | TRC-2867-F9 |
| 55.1-2247 | PROPERTY AND CONVEYANCES | Time Share | Board order violation | PRC-5989-F5 |
| 55.1-2218 | PROPERTY AND CONVEYANCES | Time Share | Advertising violation | PRC-5979-F5 |
| 55.1-2248 | PROPERTY AND CONVEYANCES | Time Share | Cease and desist violation | PRC-5991-F5 |
| 55.1-2220 | PROPERTY AND CONVEYANCES | Time Share | Escrow violation | PRC-5981-F5 |
| 55.1-2219 | PROPERTY AND CONVEYANCES | Time Share | Exchange program violation | PRC-5980-F5 |
| 55.1-2233 | PROPERTY AND CONVEYANCES | Time Share | Financial records violation | PRC-5986-F5 |
| 55.1-2229 | PROPERTY AND CONVEYANCES | Time Share | Lien violation | PRC-5985-F5 |
| 55.1-2217 | PROPERTY AND CONVEYANCES | Time Share | Public offering statement violation | PRC-5978-F5 |
| 55.1-2249 | PROPERTY AND CONVEYANCES | Time Share | Public offering statement, Board regulation violation | PRC-5993-F5 |
| 55.1-2238 | PROPERTY AND CONVEYANCES | Time Share | Registration violation | PRC-5987-F5 |
| 55.1-2221 | PROPERTY AND CONVEYANCES | Time Share | Rights of cancellation violation | PRC-5982-F5 |
| 55.1-2250 | PROPERTY AND CONVEYANCES | Time Share | Violation of Board order | PRC-5995-F5 |
| 10.1-1418.2 | CONSERVATION | Tires | Improper disposal of 500 or more tires | CNV-7010-F6 |
| 18.2-115 | LARCENY | Titled to Another | Conversion by fraud, of property titled to other - ≥ $1000 | LAR-2379-F9 |
| 3.2-4209.1 | AGRICULTURE, HORTICULTURE & FOOD | Tobacco Product Manufacturers | False information on any return by Tobacco manufacturer/importer | AGR-3572-F6 |
| 3.2-4219 | AGRICULTURE, HORTICULTURE & FOOD | Tobacco Product Manufacturers | False statement in record required by Tobacco Settlement Agreement | AGR-4630-F6 |
| 18.2-94 | BURGLARY | Tools, Burglarious, Etc. | Possession of tools w/intent to commit burglary, robbery or larceny | BUR-2206-F5 |
| 59.1-92.12 | TRADE AND COMMERCE | Trademark & Service Mark Infringement | Possess 100 or more counterfeit marks/items valued at $200 or more | TRC-2874-F6 |
| 59.1-92.12(ii) | TRADE AND COMMERCE | Trademark & Service Mark Infringement | Reproduces/counterfeits registered mark, subsequent conviction | TRC-2863-F6 |
| 59.1-92.12(i) | TRADE AND COMMERCE | Trademark & Service Mark Infringement | Use trademark, etc., without consent - subsequent conviction | TRC-2861-F6 |
| 46.2-105 | PERJURY | Traffic | False affidavit to DMV matters | PER-5015-F5 |
| 18.2-516 | RACKETEER / CORRUPT ORGANIZATION | Transmitting Money | Transmitting money derived from racketeering | RAC-0704-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 58.1-3141 | TAX LAWS | Treasurer | Embezzlement, $1000 or more by treasurer | TAX-6081-F9 |
| 18.2-308.5:1 | WEAPONS | Trigger Activator / Auto Sear | Possess, sell, etc., trigger activator or auto sear | WPN-5189-F6 |
| 6.2-1044(A) | BANKING, TRUSTS AND FINANCE | Trust Business | Employee, etc., of trust misapplies, etc., ≥ $1000 | BNK-5925-F9 |
| 6.2-1026 | BANKING, TRUSTS AND FINANCE | Trust Business | Acting after removal from trust management | BNK-5919-F6 |
| 6.2-1044(B) | BANKING, TRUSTS AND FINANCE | Trust Business | False entry to defraud other company or person | BNK-5926-F5 |
| 6.2-1044(C) | BANKING, TRUSTS AND FINANCE | Trust Business | False statement on the condition of trust business | BNK-5927-F5 |
| 6.2-1039 | BANKING, TRUSTS AND FINANCE | Trust Business | Trust business without authority, doing | BNK-5920-F6 |
| 6.2-1040 | BANKING, TRUSTS AND FINANCE | Trust Business | Trust terms, unlawful use of | BNK-5921-F6 |
| 6.2-1062(A) | BANKING, TRUSTS AND FINANCE | Trust Subsidiaries | Employee, etc., of trust subsidiary misapplies, etc., ≥ $1000 | BNK-5931-F9 |
| 6.2-1052 | BANKING, TRUSTS AND FINANCE | Trust Subsidiaries | Acting after removal from trust subsidiary management | BNK-5930-F6 |
| 6.2-1062(B) | BANKING, TRUSTS AND FINANCE | Trust Subsidiaries | False entry to defraud other company or person | BNK-5933-F5 |
| 6.2-1062(C) | BANKING, TRUSTS AND FINANCE | Trust Subsidiaries | False statement on the condition of trust subsidiary | BNK-5934-F5 |
| 19.2-188.4 | PERJURY | Two-way Video Testimony | Engage in off-camera communications | PER-5037-F5 |
| 58.1-4018 | LOTTERY | Type | Accounting entries, make w/intent to defraud | LOT-3970-F3 |
| 58.1-4018 | LOTTERY | Type | Fraudulent use of lottery money | LOT-3973-F3 |
| 18.2-423.01(B) | VIOLENT ACTIVITIES | Type | Burn object on highway/public place w/intent to intimidate | VIO-5333-F6 |
| 18.2-423.01(A) | VIOLENT ACTIVITIES | Type | Burn object on private property w/intent to intimidate | VIO-5332-F6 |
| 18.2-423 | VIOLENT ACTIVITIES | Type | Cross, burn to intimidate | VIO-5328-F6 |
| 18.2-485 | TREASON | Type | Inciting one race to insurrection against another | TRE-0110-F4 |
| 58.1-4018 | LOTTERY | Type | Lottery machinery, fraudulently tamper with | LOT-3974-F3 |
| 58.1-4018.1 | LOTTERY | Type | Make, etc., lottery document with intent to defraud | LOT-3985-F5 |
| 5.1-13 | AIRCRAFT / AVIATION | Type | Operating under the influence | AIR-7301-F6 |
| 54.1-3457 | DRUGS/COSMETICS MISBRANDED | Type | Adulterate, misbrand or other prohibited acts | PHA-3509-F6 |
| 46.2-105.2(B) | TRAFFIC - DMV DOCUMENTS | Type | Aid in obtaining any document issued by DMV | DMV-6891-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-246.3(A) | MONEY LAUNDERING | Type | Conduct a financial transaction, proceeds from felony activity | MON-3100-F9 |
| 18.2-246.3(B) | MONEY LAUNDERING | Type | Convert cash for compensation, into electronic funds, 2nd/subsq | MON-3101-F6 |
| 19.2-67 | WIRE COMMUNICATIONS | Type | Disclosure of information by law enforcement officer | WIR-3590-F6 |
| 18.2-50.3 | ENTICE | Type | Entice etc. into dwelling w/intent to commit a specific felony | ENT-1099-F6 |
| 32.1-164 | SANITATION LAW | Type | False statement or inaccurate device submitted | SAN-5542-F9 |
| 47.1-29 | NOTARIES | Type | Impersonate a notary | NOT-2830-F6 |
| 19.2-62 | WIRE COMMUNICATIONS | Type | Interception, disclosure of wire, electronic, or oral communications | WIR-3255-F6 |
| 19.2-63 | WIRE COMMUNICATIONS | Type | Manuf., sell, poss., advertise surreptitious wire device | WIR-3253-F6 |
| 45.2-849 | MINES AND MINING | Type | Methane monitor disconnected, operator, etc., allow workers in mine | MIN-7211-F6 |
| 45.2-848 | MINES AND MINING | Type | Methane monitor, tamper with | MIN-7212-F6 |
| 18.2-423.2 | VIOLENT ACTIVITIES | Type | Noose, display in public place to intimidate | VIO-5339-F6 |
| 18.2-423.2 | VIOLENT ACTIVITIES | Type | Noose, display on private property to intimidate | VIO-5338-F6 |
| 19.2-310.6 | DNA ANALYSIS & DATA BANK | Type | Obtain any sample submitted to Div. of Forensic Science | DNA-7197-F5 |
| 46.2-105.2(A) | TRAFFIC - DMV DOCUMENTS | Type | Obtain/possess license, ID, registration, etc., when not entitled | DMV-6841-F6 |
| 45.2-857 | MINES AND MINING | Type | Operator, etc., allow smoker's articles in mine | MIN-7213-F6 |
| 18.2-472.1(A) | SEX OFFENDER & CRIMES AGAINST MINORS REGISTRY | Type | Other, sex offender, fail to register, etc., 2nd/subsequent | SOR-3659-F6 |
| 18.2-433.2 | VIOLENT ACTIVITIES | Type | Paramilitary activity to cause disorder, teach, assemble for | VIO-5331-F5 |
| 46.2-105.2(C) | TRAFFIC - DMV DOCUMENTS | Type | Possess or use any DMV document obtained in violation of provisions | DMV-6892-F6 |
| 45.2-856 | MINES AND MINING | Type | Possess, etc., smoking materials | MIN-7206-F6 |
| 46.2-1609 | SALVAGE, NONREPAIRABLE & REBUILT VEHICLES | Type | Second or subsequent salvage law violation | JNK-6691-F5 |
| 18.2-423.1 | VIOLENT ACTIVITIES | Type | Swastika, placement on building to intimidate | VIO-5329-F6 |
| 9.1-147(B) | SECURITY SERVICES | Type | Third or subsequent conviction in 36 months | SES-5894-F6 |
| 18.2-472.1(B) | SEX OFFENDER & CRIMES AGAINST MINORS REGISTRY | Type | Tier III sex offender, fail to register or provide false info. | SOR-3657-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-472.1(B) | SEX OFFENDER & CRIMES AGAINST MINORS REGISTRY | Type | Tier III sex offender, fail to register, etc., 2nd/subsequent | SOR-3660-F5 |
| 19.2-390.3 | PORNOGRAPHY REGISTRY, CHILD | Type | Unauthorized use or dissemination of information | POR-3700-F6 |
| 32.1-164 | SANITATION LAW | Type | Violation places person in danger of death or serious injury | SAN-5544-F9 |
| 18.2-422 | VIOLENT ACTIVITIES | Type | Wearing of masks or hoods to conceal identity | VIO-5320-F6 |
| 18.2-504 | MISCELLANEOUS CRIME | Type | Destroy or conceal any will or codicil | MIS-3231-F6 |
| 18.2-482 | TREASON | Type | Failure to report acts of treason | TRE-0109-F6 |
| 58.1-4017 | LOTTERY | Type | Forge, alter, make ticket w/intent to present for payment | LOT-3972-F6 |
| 2.2-426 | LOBBYING | Type | False statement on disclosure statement | LOB-5161-F5 |
| 9.1-145 | SECURITY SERVICES | Type | False statement on fingerprint card | SES-5897-F5 |
| 13.1-520(A) | SECURITIES ACT | Type | False statement to defraud purchaser or deceive SCC | SEC-7000-F4 |
| 13.1-569 | RETAIL FRANCHISING ACT | Type | Felony Violations of §13.1-557 thru §13.1-574 | RET-7051-F4 |
| 5.1-22 | AIRCRAFT / AVIATION | Type | Interfere with operation of an aircraft - endangerment | AIR-7309-F6 |
| 13.1-507 | SECURITIES ACT | Type | Security not registered, intent to defraud/deceive | SEC-7055-F4 |
| 18.2-60.3(B) | STALKING | Type | Stalking with intent to cause fear, etc., 2nd offense w/in 5 years | STK-2116-F6 |
| 13.1-502 | SECURITIES ACT | Type | Unlawful offers and sales with intent to defraud/deceive | SEC-7041-F4 |
| 9.1-150.4(C) | CONSERVATOR OF THE PEACE, SPECIAL | Type | Violation of conservator of peace statute, 3rd or subsequent | SCP-8983-F6 |
| n/a | n/a | Type Not Clear | Kidnapping Felony - Type not clear from record | KID-1035-F9 |
| 18.2-248(H) | NARCOTICS | Type Not Clear | Type Not Clear - Distribute Schd. I/II - quantity defined | NAR-3094-F9 |
| n/a | NARCOTICS | Type Not Clear | Unspec. Felony Sale, Manuf., Possess w/intent to sell | NAR-3070-F9 |
| n/a | NARCOTICS | Type Not Clear | Unspecified Felony Drug Crime | NAR-3068-F9 |
| n/a | NARCOTICS | Type Not Clear | Unspecified Felony Possession | NAR-3069-F9 |
| 18.2-102 | LARCENY | Unauthorized Use | Unauthorized use of animal, auto, boat worth $1000 or more | LAR-2412-F6 |
| 18.2-204.3(C) | FRAUD | Unemployment Compensation | Three or more actions to obtain lower unemployment tax | FRD-2538-F6 |
| 18.2-187.1 | FRAUD | Utilities | Utilities, TV, $1000 or more, false statement to obtain | FRD-2689-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-165.1(ii) | VANDALISM, DAMAGE PROPERTY | Utilities: Cable Television | Obtain service w/out payment, profit by assisting other to | VAN-2942-F6 |
| 18.2-165.1(iv) | VANDALISM, DAMAGE PROPERTY | Utilities: Cable Television | Device to obtain service, sell, rent or offer | VAN-2958-F6 |
| 18.2-162 | VANDALISM, DAMAGE PROPERTY | Utilities: Electric, Oil, Phone, Gas, Water Facility, Etc. | Damage threat release of radioactive materials - no Injury | VAN-2912-F4 |
| 18.2-286.1 | WEAPONS | Vehicle | Discharge firearm from motor vehicle | WPN-5248-F5 |
| 18.2-152 | VANDALISM, DAMAGE PROPERTY | Vending Machines, Meters, Etc. | Tamper with parking meter, pay phone, etc. (subsequent offense) | VAN-2932-F6 |
| 18.2-374.4 | OBSCENITY - CHILD GROOMING | Video | Display child porn or grooming video to child under age 13 | OBS-3679-F6 |
| 18.2-49.1(A) | KIDNAPPING | Violation, Court Order | Child held outside VA, in violation of custody/visitation order | KID-1017-F6 |
| 24.2-1004(C,ii) | ELECTION / VOTING OFFENSES | Voting and Registration | Assist or induce another to register with more than one address | VOT-5142-F6 |
| 24.2-1004(B,ii) | ELECTION / VOTING OFFENSES | Voting and Registration | Assist or induce another to vote more than once | VOT-5162-F6 |
| 24.2-1004(B,iv) | ELECTION / VOTING OFFENSES | Voting and Registration | Assist or induce person not qualified to vote | VOT-5164-F6 |
| 24.2-1004(C,i) | ELECTION / VOTING OFFENSES | Voting and Registration | Register with more than one address | VOT-5165-F6 |
| 24.2-1002.01 | ELECTION / VOTING OFFENSES | Voting and Registration | Solicit multiple registrations/falsify voter registration | VOT-5153-F5 |
| 24.2-1004(B,iii) | ELECTION / VOTING OFFENSES | Voting and Registration | Vote knowing not qualified | VOT-5163-F6 |
| 24.2-1004(B,i) | ELECTION / VOTING OFFENSES | Voting and Registration | Vote more than once in same election | VOT-5159-F6 |
| 40.1-29 | LABOR | Wages | Withhold wages with intent to defraud, $10,000 or more | LAB-7469-F6 |
| 40.1-29 | LABOR | Wages | Withhold wages with intent to defraud, 2nd or subsequent | LAB-7468-F6 |
| 10.1-1410 | CONSERVATION | Waste Water | Abandon solid waste facility without proper closure | CNV-7004-F4 |
| 18.2-46.6(A) | TERRORISM | Weapon | Possess, etc., weapon of terrorism w/intent to terrorize | TER-8002-F2 |
| 18.2-46.6(B) | TERRORISM | Weapon | Possess, etc., imitation weapon of terror w/intent to terrorize | TER-8003-F3 |
| 18.2-46.6(C) | TERRORISM | Weapon | Possess, etc., imitation weapon of terror with intent to intimidate | TER-8004-F6 |
| 18.2-406 | RIOT AND UNLAWFUL ASSEMBLY | Weapons | Participate in unlawful assembly w/firearm or weapon | RUA-5324-F5 |
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Weapons | Introduce or possess firearms or ammunition in facility | PRI-3894-F6 |
| 53.1-203(7) | PRISONERS, JAILS AND PRISONS | Weapons | Introduce or possess firearms or ammunition in facility | PRI-3262-F6 |
| 53.1-203(4) | PRISONERS, JAILS AND PRISONS | Weapons | Make, possess unauthor. weapon capable of death, injury | PRI-3259-F6 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Weapons | Make, possess weapon capable of death or injury | PRI-3893-F6 |
| 18.2-405 | RIOT AND UNLAWFUL ASSEMBLY | Weapons | Participate in riot with firearm or weapon | RUA-5321-F5 |
| 18.2-374.1:1(D) | OBSCENITY - CHILD PORN | Website | Operate website; access to sexually explicit material for payment | OBS-3740-F4 |
| 63.2-513 | FRAUD | Welfare Fraud | Failure to notify, change in circumstances, ≥ $1000 | FRD-2797-F9 |
| 63.2-522 | FRAUD | Welfare Fraud | Fraudulently obtaining welfare assistance, ≥ $1000 | FRD-2695-F9 |
| 63.2-523 | FRAUD | Welfare Fraud | Unauthorized use of food stamps, ≥ $1000 | FRD-2693-F9 |
| 63.2-502 | FRAUD | Welfare Fraud | Knowingly make any false application for assistance (Perjury) | FRD-2700-F5 |
| 63.2-602 | FRAUD | Welfare Fraud | TANF, misidentify as a parent for | FRD-2600-F5 |
| 46.2-345.2 | TRAFFIC - IDENTIFICATION CARD | Without Photograph | Obtain to commit felony offense | LIC-6672-F4 |
| 18.2-251.5(A) | NARCOTICS | Xylazine | Sell, distribute, possess w/intent to sell xylazine | NAR-3164-F5 |
| 18.2-96.1 | LARCENY | Serial Number | Altering, defacing, removing, possessing serial no. ≥ $1000 | LAR-2372-F5 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-169 by computer- official seal | COM-2279-F4 | Arguably akin to counterfeiting privy seal |
| 18.2-71.1 | ABORTION | Type | Partial birth infanticide, perform | ABO-1404-F4 | Common law murder includes acts taken to cause an abortion, so long as child was born alive and then died from effects |
| 18.2-71 | ABORTION | Type | Producing | ABO-1405-F4 | Common law murder includes acts taken to cause an abortion, so long as child was born alive and then died from effects |
| 18.2-435 | PERJURY | General | Conflicting statements | PER-5016-F5 | Complicated common law history of perjury |
| 18.2-434 | PERJURY | General | Falsely swear an oath | PER-5017-F5 | Complicated common law history of perjury |
| 18.2-436 | PERJURY | General | Induce another to give false testimony | PER-5018-F5 | Complicated common law history of perjury |
| 18.2-152.3(2) | COMPUTER CRIME | Computer Fraud | Use of computer to embezzle or commit larceny, > $1000 | COM-2967-F5 | Complicated distinction between common law larceny and embezzlement |
| 18.2-36 | MURDER | Manslaughter | Involuntary manslaughter | MUR-0942-F5 | Definition unclear |
| 18.2-514(B) | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Maintain interest in enterprise/property thru racketeering, subsequent | RAC-0703-F2 | Depending on predicate, may qualify as accessory liability |
| 18.2-514(A) | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Racketeering $10,000 or more; obtain property, etc., 2nd/subsequent | RAC-0702-F2 | Depending on predicate, may qualify as accessory liability |
| 18.2-514(D) | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Conspire to violate racketeering provisions | RAC-0708-F9 | Depending on predicate, may qualify as accessory liability |
| 18.2-514(D) | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Conspire to violate racketeering provisions, subsequent | RAC-0709-F2 | Depending on predicate, may qualify as accessory liability |
| 18.2-514(C) | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Employed by enterprise, participate in racketeering | RAC-0705-F9 | Depending on predicate, may qualify as accessory liability |
| 18.2-514(C) | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Employed by enterprise, participate in racketeering, subsequent | RAC-0706-F2 | Depending on predicate, may qualify as accessory liability |
| 18.2-46.3(A) | GANGS | Recruitment - School Zone, Community Center, Etc. | Juvenile recruited by an adult for street gang - school, etc. | MOB-1282-F4 | Depending on what other person does, may qualify as accessory liability |
| 18.2-46.3(B,a) | GANGS | Recruitment - School Zone, Community Center, etc. | Membership, use force or threats to encourage - school, etc. | MOB-1284-F4 | Depending on what other person does, may qualify as accessory liability |
| 18.2-46.3(B,c) | GANGS | Recruitment | Felony, use force/threats to encourage person to commit a | MOB-1296-F6 | Depending on what other person does, may qualify as accessory liability |
| 18.2-46.3(B,b) | GANGS | Recruitment | Membership, use force or threats to encourage continued | MOB-1295-F6 | Depending on what other person does, may qualify as accessory liability |
| 18.2-46.3(A) | GANGS | Recruitment - School Zone, Community Center, Etc. | Solicit, invite, recruit another for street gang - school, etc. | MOB-1283-F5 | Depending on what other person does, may qualify as accessory liability |
| 18.2-46.3(B,c) | GANGS | Recruitment - School Zone, Community Center, Etc. | Felony, use force/threats to encourage person to commit - school, etc. | MOB-1286-F4 | Depending on what other person does, may qualify as accessory liability |
| 18.2-46.5(C) | TERRORISM | Solicit | Solicit, recruit, etc., another for act of terrorism | TER-8006-F4 | Depending on what other person does, may qualify as accessory liability |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-29 | SOLICITATION | Solicitation to commit a murder | Solicitation to commit murder | SOL-7202-F9 | Depending on what other person does, may qualify as accessory liability |
| 18.2-29 | SOLICITATION | Type Not Clear | Solicitation to commit a felony | SOL-7200-F6 | Depending on what other person does, may qualify as accessory liability |
| 18.2-29 | SOLICITATION | Type Not Clear | Solicitation to commit felony - adult solicits juvenile | SOL-7201-F5 | Depending on what other person does, may qualify as accessory liability |
| 18.2-46.3(B,b) | GANGS | Recruitment - School Zone, Community Center, Etc. | Membership, use force or threats to encourage continued - school, etc. | MOB-1285-F4 | Depending on what the person does, accessory liability |
| 18.2-46.5(D) | TERRORISM | Material Support | Provide material support to terrorist | TER-8008-F3 | Depending what other person does |
| 18.2-514(B) | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Maintain interest in enterprise/property thru racketeering | RAC-0700-F9 | Depends on predicate |
| n/a | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Racketeer/Corrupt Organization - Type not clear from record | RAC-0710-F9 | Unclear |
| 18.2-514(A) | RACKETEER / CORRUPT ORGANIZATION | Racketeering | Racketeering $10,000 or more; obtain property, etc. | RAC-0701-F9 | Depends on predicate |
| 18.2-300(A) | WEAPONS | Sawed-off Shotguns | Possession in perpetration of violent crime | WPN-5261-F2 | Depends on predicate |
| 18.2-22 | CONSPIRACY, FELONY | Type Not Clear | Conspiracy to commit felony, type of felony unknown | CNS-3181-F9 | Depends on predicate and whether offense was completed |
| 18.2-46.5(A) | TERRORISM | Act | Act of terrorism - base offense 20 years or more | TER-8000-F2 | Depends on predicate offense |
| 18.2-46.5(B) | TERRORISM | Act | Act of terrorism - base offense less than 20 years | TER-8001-F3 | Depends on predicate offense |
| 18.2-408 | RIOT AND UNLAWFUL ASSEMBLY | Other | Conspire with, incite others to riot | RUA-5315-F5 | Depends on what other person does |
| 18.2-289 | WEAPONS | Machine Guns | Possession in perpetration of crime | WPN-5227-F2 | Depends upon predicte act |
| 18.2-473 | ESCAPES | Aid In | Aid charged/convicted felon or juvenile in successful escape | ESC-4905-F9 | Overlap with escape |
| 18.2-361(B) | SEX OFFENSES | Sodomy | Family member to family member | SEX-3641-F5 | Overlap with statutory rape and sodomy |
| 18.2-77(A,i) | ARSON, EXPLOSIVES, BOMBS | Building, Dwelling Place/Church | Occupied dwelling/church, burn | ARS-2003-F9 | Partial overlap with arson |
| 18.2-77(B) | ARSON, EXPLOSIVES, BOMBS | Building, Dwelling Place/Church | Unoccupied dwelling/church, burn | ARS-2005-F4 | Partial overlap with arson |
| 18.2-77(A,ii) | ARSON, EXPLOSIVES, BOMBS | Building, Dwelling Place/Church | Occupied dwelling/church, aid or procure burning | ARS-2004-F9 | Partial overlap with arson via accessory liability |
| 18.2-90 | BURGLARY | Statutory - Murder, Rape, Rob, Arson | Other structure with intent to commit murder, rape, rob, arson | BUR-2218-F3 | Partial overlap with burglary |
| 18.2-121 | TRESPASS | Hate Crime | Hate crime; intent to damage property | TRS-5728-F6 | Partial overlap with burglary |
| 18.2-90 | BURGLARY | Statutory - Murder, Rape, Rob, Arson | Other structure with intent to murder, etc. - deadly weapon | BUR-2215-F2 | Partial overlap with burglary |
| 18.2-91 | BURGLARY | Statutory - Other Felony, Assault & Battery | Dwelling house with intent to commit larceny, A&B, etc. | BUR-2213-F9 | Partial overlap with burglary |
| 18.2-91 | BURGLARY | Statutory - Other Felony, Assault & Battery | Other structure with intent to commit larceny, A&B, etc. | BUR-2216-F9 | Partial overlap with burglary |
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Conspiracy | Conspiracy to commit act specified in §53.1-203 | PRI-3886-F6 | Partial overlap with escape |
| 53.1-203(1) | ESCAPES | Correctional Facility | Escape from a correctional facility | ESC-4921-F6 | Partial overlap with escape |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Destroy Property | Break, cut, damage any part of facility to aid escape | PRI-3887-F6 | Partial overlap with escape |
| 53.1-203(2) | PRISONERS, JAILS AND PRISONS | Destroy Property | Break, cut, damage any part of facility to aid escape | PRI-3258-F6 | Partial overlap with escape |
| 18.2-477.2 | PRISONERS - JUVENILE FACILITY | Escapes | Escape from juvenile facility or detention home | ESC-3891-F6 | Partial overlap with escape |
| 18.2-477.1(B) | ESCAPES | With Force | Juvenile facility by force or violence, escape from secure | ESC-4927-F6 | Partial overlap with escape |
| 18.2-477 | ESCAPES | With Force | Escape by force or violence from jail | ESC-4908-F6 | Partial overlap with escape |
| 18.2-478 | ESCAPES | With Force | Not convicted, escape from jail/custody by force or violence | ESC-4911-F6 | Partial overlap with escape |
| 18.2-479(B) | ESCAPES | Without Force | Convicted or not - felony, escape w/o force, violence, fire | ESC-4924-F6 | Partial overlap with escape |
| 18.2-480 | ESCAPES | Fire | Escape or attempted escape by setting fire to jail | ESC-4910-F4 | Partial overlap with escape and arson |
| 18.2-162 | VANDALISM, DAMAGE PROPERTY | Utilities: Electric, Oil, Phone, Gas, Water Facility, Etc. | Radioactive damage resulting in damage or injury | VAN-2914-F3 | Partial overlap with homicide |
| 18.2-369(B) | FAMILY OFFENSE | Adult Abuse and Neglect | Vulnerable adult, abuse or neglect, results in death | FAM-3776-F3 | Partial overlap with homicide |
| 18.2-279 | WEAPONS | Building | Discharge firearm, missile in/at occupied bldg, unlawfully | WPN-5242-F6 | Partial overlap with homicide |
| 18.2-279 | WEAPONS | Building | Discharge firearm, missile in/at occupied bldg., maliciously | WPN-5229-F4 | Partial overlap with homicide |
| 18.2-461.1(D) | OBSTRUCTION OF JUSTICE | False Emergency Communication | False emergency communication, results in a death | JUS-4836-F5 | Partial overlap with homicide |
| 18.2-153 | VANDALISM, DAMAGE PROPERTY | Railroad, Canal, Electric Line, Etc. | Obstruct or injure canal, railroad - malicious | VAN-2929-F4 | Partial overlap with homicide |
| 18.2-279 | WEAPONS | Schools | Discharge firearm within or at occupied school | WPN-5255-F4 | Partial overlap with homicide |
| 18.2-279 | WEAPONS | Schools | Discharge firearm within or at unoccupied school | WPN-5294-F4 | Partial overlap with homicide |
| 18.2-162 | VANDALISM, DAMAGE PROPERTY | Utilities: Electric, Oil, Phone, Gas, Water Facility, Etc. | Radioactive damage resulting in death | VAN-2915-F2 | Partial overlap with homicide |
| 18.2-154 | VANDALISM, DAMAGE PROPERTY | Vehicle | Shoot or throw missile at train, car, vessel w/malice | VAN-2939-F4 | Partial overlap with homicide |
| 18.2-154 | VANDALISM, DAMAGE PROPERTY | Vehicle | Shoot or throw missile at train, car, vessel w/o malice | VAN-2940-F6 | Partial overlap with homicide |
| 18.2-154 | VANDALISM, DAMAGE PROPERTY | Vehicle - Law Enforcement/Emergency | Shoot or throw missile at law enforc./emerg. veh. w/malice | VAN-2905-F4 | Partial overlap with homicide |
| 18.2-154 | VANDALISM, DAMAGE PROPERTY | Vehicle - Law Enforcement/Emergency | Shoot or throw missile at law enforc./emerg. veh. w/o malice | VAN-2906-F6 | Partial overlap with homicide |
| 18.2-439 | BRIBERY | Public | Public official, police, candidate for office-receiving | BRI-5119-F4 | Partial overlap with judicial acceptance of bribe |
| 18.2-447 | BRIBERY | Public | Public servant, party official | BRI-5120-F4 | Partial overlap with judicial acceptance of bribe |
| 18.2-103 | LARCENY | Concealing, Possessing Merchandise | Shoplift, alter price tags, ≥ $1000 | LAR-2354-F9 | Partial overlap with larceny |
| 18.2-23(B) | LARCENY | Conspiring | Conspire to commit or assist in larceny with aggregate value ≥ $1000 | LAR-2304-F9 | Partial overlap with larceny |
| 24.2-1009 | ELECTION / VOTING OFFENSES | Other | Stealing or tampering with ballot box, equipment or software | VOT-5125-F5 | Partial overlap with larceny |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-108.01(A) | LARCENY | Receiving/Possession - Intent to Sell | Intent to sell/distribute stolen property valued at $1000 or more | LAR-2302-F9 | Partial overlap with larceny |
| 42.1-73 | LIBRARIES | Type | Concealment, removal of books, etc., value $1000 or more | LIB-2323-F9 | Partial overlap with larceny |
| 18.2-178.1 | FRAUD | Vulnerable Adult, Exploit | Financial exploitation of vulnerable adult, ≥ $1000 | FRD-2731-F9 | Partial overlap with larceny |
| 18.2-369(B) | FAMILY OFFENSE | Adult Abuse and Neglect | Vulnerable adult, abuse or neglect, serious injury/disease | FAM-3802-F4 | Partial overlap with mayhem |
| 18.2-371.1(A) | FAMILY OFFENSE | Child Abuse and Neglect | Child abuse and neglect, serious injury | FAM-3806-F4 | Partial overlap with mayhem |
| 18.2-371.1(B) | FAMILY OFFENSE | Child Abuse and Neglect | Gross, wanton, or reckless care for child | FAM-3808-F6 | Partial overlap with mayhem |
| 18.2-51.1 | ASSAULT | Law Enforcement, Court, Fire, Medical Services, Etc. | Malicious bodily injury to law enforcement, fire or EMS | ASL-1326-F9 | Partial overlap with mayhem |
| 18.2-51.1 | ASSAULT | Law Enforcement, Court, Fire, Medical Services, Etc. | Non-malicious injury to law enforcement, fire/EMS personnel, etc. | ASL-1330-F6 | Partial overlap with mayhem |
| 18.2-51 | ASSAULT | Malicious Wounding | Stab, cut, wound with malicious intent | ASL-1334-F3 | Partial overlap with mayhem |
| 18.2-51.2(A) | ASSAULT | Malicious Wounding | Stab, cut, wound w/malicious intent, victim perm. Impaired | ASL-1336-F2 | Partial overlap with mayhem |
| 18.2-51.2(B) | ASSAULT | Malicious Wounding | Pregnant victim perm. impaired or pregnancy terminated | ASL-1340-F2 | Partial overlap with mayhem |
| 18.2-41 | ASSAULT | Mob | Shoot, cut, stab, maliciously or unlawfully | ASL-1328-F3 | Partial overlap with mayhem |
| 18.2-53 | ASSAULT | Other | During commission of a felony | ASL-1318-F6 | Partial overlap with mayhem |
| 18.2-55 | ASSAULT | Prisoner, Probationer, Etc. | Assault by accused prisoner, probationer, or parolee | ASL-1333-F5 | Partial overlap with mayhem |
| 18.2-56.1(A1) | WEAPONS | Reckless Handling | Reckless handling of firearm causes serious injury | WPN-5308-F6 | Partial overlap with mayhem |
| 18.2-413 | RIOT AND UNLAWFUL ASSEMBLY | Governor's Order | Governor's order, fail to disperse | RUA-5316-F5 | Partial overlap with rescue |
| 18.2-361.01 | SEX OFFENSES | Bestiality | Sexual abuse of animal | SEX-3639-F6 | Partial overlap with sodomy |
| 18.2-63(A) | SEXUAL ASSAULT | Carnal Knowledge/Statutory Rape No Force | Age of victim 13, 14 | RAP-1124-F4 | Partial overlap with sodomy |
| 18.2-64.2 | SEXUAL ASSAULT | Carnal Knowledge/Statutory Rape No Force | Carnal knowledge by employee of bail bond company | RAP-1117-F6 | Partial overlap with sodomy |
| 18.2-64.2 | SEXUAL ASSAULT | Carnal Knowledge/Statutory Rape No Force | Carnal knowledge of confidental informant by LEO | RAP-1115-F6 | Partial overlap with sodomy |
| 18.2-64.2 | SEXUAL ASSAULT | Carnal Knowledge/Statutory Rape No Force | Carnal knowledge of person detained etc., by DOC, DJJ staff or LEO | RAP-1118-F6 | Partial overlap with sodomy |
| 18.2-63(B) | SEXUAL ASSAULT | Carnal Knowledge/Statutory Rape No Force | Consenting victim age 13,14 - accused minor 3+ yrs. older | RAP-1123-F6 | Partial overlap with sodomy |
| 18.2-64.1 | SEXUAL ASSAULT | Carnal Knowledge/Statutory Rape No Force | Person providing service under purview of court, corrections | RAP-1125-F6 | Partial overlap with sodomy |
| 18.2-357.1(B) | SEX OFFENSES | Commercial Sex Trafficking | Sex trafficking by force, etc. | SEX-3663-F4 | Partial overlap with sodomy |
| 18.2-357.1(A) | SEX OFFENSES | Commercial Sex Trafficking | Sex trafficking | SEX-3662-F5 | Partial overlap with sodomy |
| 18.2-356(ii) | SEX OFFENSES | Concubinage | Receive money, etc., for procuring person to engage in concubinage | SEX-3647-F4 | Partial overlap with sodomy |
| 18.2-356(ii) | SEX OFFENSES | Prostitution | Receive money, etc., for procuring person to engage in prostitution | SEX-3646-F4 | Partial overlap with sodomy |
| 18.2-356(i) | SEX OFFENSES | Prostitution | Receive money, etc., for procuring/placing person to engage in sex act | SEX-3631-F4 | Partial overlap with sodomy |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-59.1 | EXTORTION | Sexual Extortion | Sexual extortion | EXT-2118-F5 | Partial overlap with sodomy |
| 18.2-368 | SEX OFFENSES | Prostitution | Place or leave wife for prostitution (pandering) | SEX-3630-F4 | Partial overlap with sodomy and accessory liability |
| 18.2-366(B) | SEX OFFENSES | Incest, Forbidden to Marry | W/own or step child/grandchild age 13 to 17 (incest) | SEX-3642-F3 | Partial overlap with statutory rape |
| 18.2-49 | KIDNAPPING | Assist | Assist or threaten | KID-1011-F5 | Partial overlap with statutory rape and accessory liability |
| 18.2-370(D,i) | SEX OFFENSES | Indecent Liberties | Parent/grandparent, etc., child age of 15 to 17 | SEX-3644-F5 | Partial overlap with statutory rape and sodomy |
| 18.2-370(A) | SEX OFFENSES | Indecent Liberties | Child under age 15 | SEX-3643-F5 | Partial overlap with statutory rape and sodomy |
| 18.2-356(iii) | LABOR | Procurement | Receive money, etc., for procuring person for forced labor/services | LAB-7482-F4 | Partial overlap with statutory rape and sodomy |
| 18.2-357.1(C) | SEX OFFENSES | Commercial Sex Trafficking | Sex trafficking of person less than age 18 | SEX-3664-F3 | Partial overlap with statutory rape and sodomy |
| 18.2-374.3(B) | OBSCENITY - CHILD SOLICITATION | Communications System | Procure minor for obscene material by communications system | OBS-3730-F6 | Partial overlap with statutory rape and sodomy |
| 18.2-374.3(E) | OBSCENITY - CHILD SOLICITATION | Communications System | Procure minor for prostitution, sodomy, porn by communications system | OBS-3689-F5 | Partial overlap with statutory rape and sodomy |
| 18.2-374.3(C) | OBSCENITY - CHILD SOLICITATION | Communications System | Propose sex act by communications sys. age <15 | OBS-3701-F5 | Partial overlap with statutory rape and sodomy |
| 18.2-374.3(C) | OBSCENITY - CHILD SOLICITATION | Communications System | Propose sex act by communications sys. age <15, offender 7+ yr | OBS-3702-F9 | Partial overlap with statutory rape and sodomy |
| 18.2-374.3(C) | OBSCENITY - CHILD SOLICITATION | Communications System | Propose sex act by communications sys. age <15, offender 7+ yr, 2nd+ | OBS-3703-F9 | Partial overlap with statutory rape and sodomy |
| 18.2-374.3(D) | OBSCENITY - CHILD SOLICITATION | Communications System | Propose sex act by communications sys. age 15+, offender 7+ yr | OBS-3690-F5 | Partial overlap with statutory rape and sodomy |
| 18.2-374.3(D) | OBSCENITY - CHILD SOLICITATION | Communications System | Propose sex act by communications sys. age 15+, offender 7+ yr, 2nd+ | OBS-3691-F9 | Partial overlap with statutory rape and sodomy |
| 18.2-370(D,ii) | SEX OFFENSES | Indecent Liberties | Parent/grandparent, etc., child age less than 15 | SEX-3645-F4 | Partial overlap with statutory rape and sodomy |
| §18.2-370(B) | SEX OFFENSES | Indecent Liberties | Receive money, allowing minor subject of sexual material | SEX-3669-F5 | Partial overlap with statutory rape and sodomy |
| 18.2-370(C) | SEX OFFENSES | Indecent Liberties | Receive money, allowing minor subject of sexual material, subsq. | SEX-3670-F4 | Partial overlap with statutory rape and sodomy |
| 18.2-356(ii) | OBSCENITY - CHILD PORN | OBSCENITY - CHILD PORN | Receive money, etc., procuring person - manufacture child porn | OBS-3695-F4 | Partial overlap with statutory rape and sodomy |
| 18.2-356(ii) | OBSCENITY | Procurement | Receive money, etc., procuring < age 18 - manufacture obscene | OBS-3694-F3 | Partial overlap with statutory rape and sodomy |
| 18.2-356(ii) | SEX OFFENSES | Prostitution | Receive money, etc., for procuring < age 18 to engage in prostitution | SEX-3699-F3 | Partial overlap with statutory rape and sodomy |
| 18.2-356(i) | SEX OFFENSES | Prostitution | Receive money, etc., for procuring/placing < age 18 to engage in sex | SEX-3692-F3 | Partial overlap with statutory rape and sodomy |
| 18.2-59.1 | EXTORTION | Sexual Extortion | Sexual extortion of minor | EXT-2119-F9 | Partial overlap with statutory rape and sodomy |
| 18.2-361(B) | SEX OFFENSES | Sodomy | Parent/grandparent to child/grandchild age 13 to 17 | SEX-3640-F3 | Partial overlap with statutory rape and sodomy |
| 18.2-67.5:1 | SEXUAL ASSAULT | Third Conviction, Sexual Abuse | 3rd conviction, consensual intercourse, sodomy, with a child | RAP-1139-F6 | Partial overlap with statutory rape and sodomy |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-356(ii) | OBSCENITY - CHILD PORN | | Receive money, etc., procuring < age 18 - manufacture child porn | OBS-3697-F3 | Partial overlap with statutory rape and sodomy |
| 18.2-441.1 | BRIBERY | Public | Witness | BRI-5121-F6 | Partial overlap with subornation of perjury |
| 18.2-51 | ASSAULT | Unlawful Injury | Stab, cut, wound without malicious intent | ASL-1335-F6 | Partial overlap without mayhem |
| 18.2-155 | VANDALISM, DAMAGE PROPERTY | Railroad | Injure railroad signal maliciously | VAN-2917-F4 | Partial overlap with homicide |
| 18.2-355(4) | SEX OFFENSES | Prostitution | Minor, take etc., for prostitution, pandering | SEX-3607-F3 | Possible accessory liability for rape or statutory rape |
| 18.2-48(iii) | KIDNAPPING | Prostitution | Abduct child under 16 yrs. of age for concubinage or prostitution | KID-1003-F2 | Possible accessory liability for statutory rape |
| 18.2-356(iii) | LABOR | Procurement | Receive money, etc., for procuring < age 18 for forced labor/services | LAB-7485-F3 | Possible accessory liability for statutory rape and sodomy |
| 18.2-80 | ARSON, EXPLOSIVES, BOMBS | Building, Other | Occupied | ARS-2001-F3 | Possible overlap with arson |
| 18.2-93 | BURGLARY | Bank | Entering bank armed with intent to commit larceny | BUR-2207-F2 | Possible overlap with burglary |
| 18.2-92 | BURGLARY | Breaking & Entering - Other Misdemeanors | Occupied dwelling, enter, intent to commit misd. - deadly weapon | BUR-2220-F2 | Possible overlap with burglary |
| n/a | BURGLARY | Type Not Clear | Burglary - Type not clear from record | BUR-2240-F9 | Possible overlap with burglary |
| 53.1-203(10) | PRISONERS, JAILS AND PRISONS | Other | Conspiracy to commit any act specified in §53.1 - 203 | PRI-3264-F6 | Possible overlap with escape via accessory liability |
| 46.2-817(C) | TRAFFIC - RECKLESS DRIVING | Elude Police, Disregard Command to Stop | Law-enforcement officer killed as result of pursuit | REC-6640-F4 | Possible overlap with homicide |
| n/a | MURDER | Type Not Clear | Homicide or Murder - Type not clear from record | MUR-0951-F9 | Possible overlap with homicide |
| n/a | MURDER | Type Not Clear | Manslaughter - Type not clear from record | MUR-0952-F9 | Possible overlap with homicide |
| 46.2-868(B) | TRAFFIC - RECKLESS DRIVING | Death | Driving license suspended/reckless driving causes death of another | REC-6626-F6 | Possible overlap with homicide |
| 18.2-323.02 | DANGEROUS CONDUCT | Dead Body | Conceal, etc., dead body | DNG-4800-F6 | Possible overlap with homicide via accessory liability |
| 18.2-150 | VANDALISM, DAMAGE PROPERTY | Boat, Ship, Etc. | Willfully destroy vessel valued at $1000 or more | VAN-2951-F4 | Possible overlap with larceny |
| 59.1-114 | TRADE AND COMMERCE | Timber | Cut down or possess branded timber | TRC-2866-F9 | Possible overlap with larceny |
| 55.1-2838 | LARCENY | Timber | Timber valued at $1000 or more | LAR-2345-F9 | Possible overlap with larceny |
| 18.2-146 | VANDALISM, DAMAGE PROPERTY | Vehicle | Catalytic converter, damage, etc., vehicle, aircraft or boat for | VAN-0192-F6 | Possible overlap with larceny |
| 18.2-146.1 | VANDALISM, DAMAGE PROPERTY | Vehicle | Catalytic converter, unlawful purchase or sale | VAN-0193-F6 | Possible overlap with larceny |
| 18.2-36.1(B) | MURDER | Manslaughter | Involuntary manslaughter, under the influence - vehicular, aggravated | MUR-0948-F9 | Possible overlap with manslaughter |
| 18.2-36.2(A) | MURDER | Manslaughter | Involuntary manslaughter, under the influence - watercraft | MUR-0946-F5 | Possible overlap with manslaughter |
| 18.2-36.2(B) | MURDER | Manslaughter | Involuntary manslaughter, under the influence - watercraft, aggravated | MUR-0949-F9 | Possible overlap with manslaughter |
| 46.2-865.1(A,2) | TRAFFIC - RECKLESS DRIVING | Racing | Cause death of another by racing | REC-6633-F9 | Possible overlap with manslaughter |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-369(A) | FAMILY OFFENSE | Adult Abuse and Neglect | Vulnerable adult, abuse or neglect, subsequent offense | FAM-3804-F6 | Possible overlap with mayhem |
| 18.2-51.4(A) | ASSAULT | Drive Vehicle / Operate Watercraft While Intoxicated | Serious injury, DWI vehicle with reckless disregard | ASL-1360-F6 | Possible overlap with mayhem |
| 18.2-51.5(A) | ASSAULT | Drive Vehicle / Operate Watercraft While Intoxicated | Serious injury, operate watercraft while intoxicated | ASL-1361-F6 | Possible overlap with mayhem |
| 18.2-51.4(B) | ASSAULT | Drive Vehicle / Operate Watercraft While Intoxicated | Victim permanently impaired, DWI vehicle with reckless disregard | ASL-1339-F4 | Possible overlap with mayhem |
| 18.2-51.5(B) | ASSAULT | Drive Vehicle / Operate Watercraft While Intoxicated | Victim permanently impaired, operate watercraft while intoxicated | ASL-1346-F4 | Possible overlap with mayhem |
| 18.2-461.1(C) | OBSTRUCTION OF JUSTICE | False Emergency Communication | False emergency communication, results in serious injury | JUS-4835-F6 | Possible overlap with mayhem |
| 18.2-60.4(A) | PROTECTIVE ORDERS | Other | Violation of protective order (violence) 3rd w/in 20 yrs. | PRT-5067-F6 | Possible overlap with mayhem |
| 18.2-280(B) | WEAPONS | Schools | Discharge firearm upon buildings or grounds | WPN-5200-F4 | Possible overlap with mayhem |
| 18.2-57.2(B) | ASSAULT | Simple Assault - Family | Simple assault, against family member, 3rd/subsequent | ASL-1316-F6 | Possible overlap with mayhem |
| 18.2-57(B) | ASSAULT | Simple Assault - Hate Crime | Hate crime; assault and battery (felony) | ASL-1341-F6 | Possible overlap with mayhem |
| n/a | ASSAULT | Type Not Clear | Aggravated Assault - Type not clear from record | ASL-1354-F9 | Possible overlap with mayhem |
| 18.2-51.3 | ASSAULT | Unlawful Injury | Throw object from roof top, etc., with intent to injure | ASL-1355-F6 | Possible overlap with mayhem |
| 18.2-355(1) | SEX OFFENSES | Prostitution | Enticement, procurement | SEX-3626-F4 | Possible overlap with rape |
| 18.2-67.2(A,2) | SEXUAL ASSAULT | Object Sexual Penetration | By force, threat, intim. or via mental incap/helpless of victim | RAP-1135-F9 | Possible overlap with rape and sodomy |
| 18.2-67.2(A,2) | SEXUAL ASSAULT | Object Sexual Penetration | By force, threat, intim. or via mental incap/helpless of victim | RAP-1135-F9 | Possible overlap with rape and sodomy |
| 18.2-67.2 | SEXUAL ASSAULT | Object Sexual Penetration | Object Sexual Penetration - Type not clear from record | RAP-1166-F9 | Possible overlap with rape and sodomy |
| 18.2-67.2 | SEXUAL ASSAULT | Object Sexual Penetration | Object Sexual Penetration - Type not clear from record | RAP-1166-F9 | Possible overlap with rape and sodomy |
| n/a | SEXUAL ASSAULT | Type Not Clear | Sexual Assault - Type not clear from record | RAP-1163-F9 | Possible overlap with rape, statutory rape, or sodomy |
| 18.2-67.2(A) | SEXUAL ASSAULT | Object Sexual Penetration | Spouse by force, threat, etc. | RAP-1143-F9 | Possible overlap with sodomy |
| 18.2-67.2(A) | SEXUAL ASSAULT | Object Sexual Penetration | Spouse by force, threat, etc. | RAP-1143-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,1) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Entice minor to perform in porn, age <15, offender 7+ yrs., 2nd/Subsq. | OBS-3743-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,1) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Entice minor to perform in porn, age 15+ | OBS-3744-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,1) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Entice minor to perform in porn, age 15+, offender 7+ yrs. | OBS-3745-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,1) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Entice minor to perform in porn, age 15+, offender 7+ yrs. | OBS-3745-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,1) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Entice minor to perform in porn, age 15+, offender 7+ yrs., 2nd/Subsq. | OBS-3746-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,1) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Entice minor to perform in porn, age 15+, offender 7+ yrs., 2nd/Subsq. | OBS-3746-F9 | Possible overlap with sodomy |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age < 15 | OBS-3682-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age < 15, offender 7+ yrs. | OBS-3683-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age < 15, offender 7+ yrs. | OBS-3683-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age < 15, offender 7+ yrs., 2nd/Subsq. | OBS-3684-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age < 15, offender 7+ yrs., 2nd/Subsq. | OBS-3684-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age 15+ | OBS-3685-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age 15+ | OBS-3685-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age 15+, offender 7+ yrs. | OBS-3686-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,4) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Finance child porn, age 15+, offender 7+ yrs., 2nd/Subsq. | OBS-3687-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age 15+ | OBS-3750-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age 15+ | OBS-3750-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age 15+, offender 7+ yrs. | OBS-3751-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age 15+, offender 7+ yrs. | OBS-3751-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age 15+, offender 7+ yrs., 2nd/Subsq. | OBS-3752-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age 15+, offender 7+ yrs., 2nd/Subsq. | OBS-3752-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age 15+ | OBS-3756-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age 15+ | OBS-3756-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age 15+, offender 7+ yrs. | OBS-3757-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age 15+, offender 7+ yrs. | OBS-3757-F9 | Possible overlap with sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age 15+, offender 7+ yrs., 2nd/Subsq. | OBS-3760-F9 | Possible overlap with sodomy |
| n/a | SEXUAL ASSAULT | Carnal Knowledge/Statutory Rape No Force | Statutory Rape/Carnal Knowledge. - Type not clear from record | RAP-1164-F9 | Possible overlap with statutory rape |
| 18.2-370(C) | SEX OFFENSES | Indecent Liberties | Take indecent liberties with child - 2nd or Subsequent | SEX-3666-F4 | Possible overlap with statutory rape |
| 18.2-370.1(A) | SEX OFFENSES | Indecent Liberties | Take indecent liberties with child - custodian | SEX-3635-F6 | Possible overlap with statutory rape |
| §18.2-370.1(B) | SEX OFFENSES | Indecent Liberties | Take indecent liberties with child - custodian, 2nd/subsq. | SEX-3668-F5 | Possible overlap with statutory rape |
| 40.1-100.2 | LABOR | Minor | Permit person under 18 to perform, etc., in sexually explicit material | LAB-7489-F6 | Possible overlap with statutory rape |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-379 | OBSCENITY | Minors | Permit minors in obscene performances (subsequent) | OBS-3720-F6 | Possible overlap with statutory rape |
| 18.2-355(3) | SEX OFFENSES | Prostitution | Parent permitting child | SEX-3629-F4 | Possible overlap with statutory rape |
| 18.2-346.01(ii) | SEX OFFENSES | Prostitution | Solicitation of prostitution from minor less than age 16 | SEX-3651-F5 | Possible overlap with statutory rape |
| 18.2-349 | SEX OFFENSES | Prostitution | Using vehicle to promote prostitution of person <18 | SEX-3612-F6 | Possible overlap with statutory rape |
| 18.2-67.2(A,1) | SEXUAL ASSAULT | Object Sexual Penetration | Victim under age 13 | RAP-1136-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-67.2(A,1) | SEXUAL ASSAULT | Object Sexual Penetration | Victim under age 13 | RAP-1136-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-67.2(A,1) | SEXUAL ASSAULT | Object Sexual Penetration | Victim under age 13 (indicted as an adult) | RAP-1154-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-67.2(A,1) | SEXUAL ASSAULT | Object Sexual Penetration | Victim under age 13 (indicted as an adult) | RAP-1154-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-67.2(A,1) | SEXUAL ASSAULT | Object Sexual Penetration | Victim under age 13, w/kidnapping, burglary, wounding | RAP-1152-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-67.2(A,1) | SEXUAL ASSAULT | Object Sexual Penetration | Victim under age 13, w/kidnapping, burglary, wounding | RAP-1152-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-356(ii) | OBSCENITY | Procurement | Receive money, etc., procuring person - manufacture obscene material | OBS-3696-F4 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,1) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Entice minor to perform in porn, age <15 | OBS-3741-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,1) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Entice minor to perform in porn, age <15, offender 7+ yrs. | OBS-3742-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age <15 | OBS-3747-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age <15, offender 7+ yrs. | OBS-3748-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age <15, offender 7+ yrs. | OBS-3748-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age <15, offender 7+ yrs., 2nd/Subsq. | OBS-3749-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,2) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Produce, make child porn, age <15, offender 7+ yrs., 2nd/Subsq. | OBS-3749-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age < 15 | OBS-3753-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age < 15 | OBS-3753-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age < 15, offender 7+ yrs. | OBS-3754-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age < 15, offender 7+ yrs., 2nd/Subsq. | OBS-3755-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-374.1(B,3) | OBSCENITY - CHILD PORN | Production, Publication, Sale, Financing | Take part, film child porn, age < 15, offender 7+ yrs., 2nd/Subsq. | OBS-3755-F9 | Possible overlap with statutory rape and sodomy |
| 18.2-348 | SEX OFFENSES | Prostitution | Aiding/assisting in procurement of person <18 | SEX-3611-F6 | Possible overlap with statutory rape and sodomy |
| 18.2-173 | FRAUD | Forging - Bank Notes, Etc. | Possess forged bank notes or coins - 10 or more | FRD-2517-F6 | Possible overlap with treason |
| 18.2-484 | TREASON | Type | Advocating overthrow of government | TRE-0107-F6 | Possible overlap with treason |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number | Cause for Indefinite Classification |
|---|---|---|---|---|---|
| 18.2-473.2(C) | PRISONERS, JAILS AND PRISONS | Security Camera | Security camera covered, made inoperable, etc., prevent view of felony | PRI-4902-F6 | Potential accessory liability |
| 18.2-52 | ASSAULT | Caustic Substance | Malicious injury by caustic substance or fire | ASL-1327-F9 | Potential overlap with mayhem |
| 18.2-61(A) | SEXUAL ASSAULT | Rape, Forcible | Spouse by force, threat, etc. | RAP-1141-F9 | Uncertain status of marital rape exception |
| 18.2-61(A) | SEXUAL ASSAULT | Rape, Forcible | Spouse by force, threat, etc. | RAP-1141-F9 | Uncertain status of marital rape exception |
| 18.2-290 | WEAPONS | Machine Guns | Possession for offensive or aggressive purposes | WPN-5226-F4 | Unclear what "offensive or aggressive purpose" is |
| 53.1-213 | ESCAPES | Other | Detainer, escape while in custody pursuant to | ESC-4923-F9 | Unclear, but could overlap with escape if detainer is equivalent to custody |
| 18.2-356(ii) | SEX OFFENSES | Concubinage | Receive money, etc., for procuring < age 18 to engage in concubinage | SEX-3698-F3 | |
| 53.1-60 | ESCAPES | Work and Education Programs | Leave area, vehicle, or route of education or work | ESC-4916-F6 | To the extent that this statute can be read as creating an independent felony, rather than merely ensuring the application of the separate escape statute, it may overlap with escape |
| 53.1-131 | ESCAPES | Work and Education Programs | Prisoner in jail - leave Commonwealth | ESC-4919-F6 | To the extent that this statute can be read as creating an independent felony, rather than merely ensuring the application of the separate escape statute, it may overlap with escape |