# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

TATI ABU KING *and* TONI HEATH JOHNSON,

    *Plaintiffs,*

    v.

JOHN O'BANNON, *in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia*; ROSALYN R. DANCE, *in her official capacity as Vice Chair of the State Board of Elections for the Commonwealth of Virginia*; GEORGIA ALVIS-LONG, *in her official capacity as Secretary of the State Board of Elections for the Commonwealth of Virginia*; DONALD W. MERRICKS, *in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia*; MATTHEW WEINSTEIN, *in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia*; SUSAN BEALS, *in her official capacity as Commissioner of the Department of Elections for the Commonwealth of Virginia*; ERIC SPICER, *in his official capacity as the General Registrar of Fairfax County, Virginia*; and SANDY C. ELSWICK, *in her official capacity as the General Registrar of Smyth County, Virginia*,

    *Defendants.*

Case No. 3:23-cv-00408 (JAG)

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTIVE RELIEF

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs Tati Abu King and Toni Heath Johnson ("Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move this Court for entry of summary judgment and permanent injunction in their favor with respect to all remaining counts in the Complaint for the reasons set forth in the accompanying memorandum of law and statement of undisputed material facts.

In support of this motion, Plaintiffs have contemporaneously filed (1) a memorandum of law in support; (2) a statement of undisputed material facts; (3) a Declaration of Brittany Blueitt Amadi, Declaration of Carissa Byrne Hessick, Declaration of Edward L. Ayers, Declaration of Toni Johnson, and Declaration of Tati King; and (4) a proposed order.

Dated: July 18, 2025

Vishal Agraharkar (VSB No. 93265)
Eden Heilman (VSB No. 93554)
ACLU FOUNDATION OF VIRGINIA
701 E. Franklin Street, Ste. 1412
Richmond, VA 23219
(804) 523-2151
vagraharkar@acluva.org
eheilman@acluva.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
(202) 579-4582
jared.davidson@protectdemocracy.org

Benjamin L. Berwick*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Beau C. Tremitiere*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, Suite 153
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org

Respectfully submitted,

*/s/ Brittany Blueitt Amadi*
Brittany Blueitt Amadi (VSB No. 80078)
Medha Gargeya**
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
(202) 663-6000
brittany.amadi@wilmerhale.com

Robert Kingsley Smith*
Jason H. Liss*
Robert Donoghue*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
robert.smith@wilmerhale.com

Nicholas Werle*
Noelle Higginson*
Brandon Roul*
Dylan S. Reichman**
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

Nitisha Baronia*
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 California Street, St # 3600
San Francisco, California 94111
(202) 718-6494
nitisha.baronia@wilmerhale.com

**Counsel for Plaintiffs**
*admitted pro hac vice
**pro hac vice application forthcoming

3

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

*/s/ Brittany Blueitt Amadi*
Brittany Blueitt Amadi (VSB No. 80078)
*Counsel for Plaintiff*
