**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

TATI ABU KING *and* TONI HEATH JOHNSON,

    *Plaintiffs,*

    v.

JOHN O'BANNON, *in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia*; ROSALYN R. DANCE, *in her official capacity as Vice Chair of the State Board of Elections for the Commonwealth of Virginia*; GEORGIA ALVIS-LONG, *in her official capacity as Secretary of the State Board of Elections for the Commonwealth of Virginia*; DONALD W. MERRICKS, *in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia*; MATTHEW WEINSTEIN, *in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia*; SUSAN BEALS, *in her official capacity as Commissioner of the Department of Elections for the Commonwealth of Virginia*; ERIC SPICER, *in his official capacity as the General Registrar of Fairfax County, Virginia*; and SANDY C. ELSWICK, *in her official capacity as the General Registrar of Smyth County, Virginia*,

    *Defendants.*

Case No. 3:23-cv-00408 (JAG)

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**

Upon consideration of Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and based on the Motion, the briefs of the parties, arguments of counsel, and the entire record herein, and the requirements of Federal Rule of Civil Procedure 56,

It is hereby ORDERED that Plaintiffs' Motion is GRANTED; and

It is hereby DECLARED that Defendants have violated and threaten continued violation of the Virginia Readmission Act;

Defendants and all those acting in concert are hereby PERMANENTLY ENJOINED from enforcing the provision in Article II, Section 1 of Virginia's Constitution which states, "No person who has been convicted of a felony shall be qualified to vote unless his civil rights have been restored by the Governor or other appropriate authority," or any statute, regulation, or policy enacted thereunder, to disenfranchise Plaintiffs, any member of the Class as defined in this Court's order on Plaintiffs' motion for class certification, or any otherwise-eligible Virginian voter on the basis of any criminal conviction, except for that voter's conviction for an offense that would have been recognized as a felony at common law in 1870.  With respect to convictions rendered in the state courts of the Commonwealth of Virginia, Defendants are specifically enjoined from disenfranchising any otherwise-eligible voter other than for an offense listed in Exhibit **A** to this order.  As used in this order, "disenfranchising" a voter includes (i) informing that voter that he or she is ineligible to register to vote or to cast a ballot; (ii) canceling that voter's voter registration; or (iii) taking any action or maintaining a record in any voter registration system that has the effect of preventing that voter from registering to vote, casting a ballot, or having a ballot counted in any local, state, or federal election.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable John A. Gibney, Jr.
United States Senior District Judge

2

# EXHIBIT A

The Court finds that only the following felonies in Virginia's Criminal Code Index, listed in Exhibit D to the Expert Report of Professor Carissa Byrne Hessick, were felonies at common law in 1870.

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-462(B) | OBSTRUCTION OF JUSTICE | Concealing | Conceal, destroy, etc., physical evidence of felony offense | JUS-4833-F6 |
| 18.2-169 | FRAUD | Forging - Seal | Official seal | FRD-2516-F4 |
| 18.2-61(A,i) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim by force, threat or intimidation | RAP-1129-F9 |
| 18.2-31(14) | MURDER | Aggravated | Judge | MUR-0990-F1 |
| 18.2-31(2) | MURDER | Aggravated | Killing for hire | MUR-0922-F1 |
| 18.2-31(13) | MURDER | Aggravated | Killing in the commission of terroristic act | MUR-0911-F1 |
| 18.2-31(12) | MURDER | Aggravated | Killing person under age 14 by person 21 or older | MUR-0927-F1 |
| 18.2-31(6) | MURDER | Aggravated | Law enforcement officer | MUR-0923-F1 |
| 18.2-31(7) | MURDER | Aggravated | More than one person | MUR-0924-F1 |
| 18.2-31(8) | MURDER | Aggravated | More than one person in a 3 year period | MUR-0961-F1 |
| 18.2-31(11) | MURDER | Aggravated | Pregnant victim | MUR-0920-F1 |
| 18.2-31(3) | MURDER | Aggravated | Prisoner | MUR-0932-F1 |
| 18.2-31(5) | MURDER | Aggravated | Rape, sodomy, object penetration or attempt, during | MUR-0914-F1 |
| 18.2-31(1) | MURDER | Aggravated | Abduction, in commission of | MUR-0913-F1 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-31(10) | MURDER | Aggravated | Continuing criminal drug enterprise, by person engaged in a | MUR-0926-F1 |
| 18.2-31(9) | MURDER | Aggravated | Drug distribution involv. Sch. I or II, in furtherance of | MUR-0921-F1 |
| 18.2-31(4) | MURDER | Aggravated | Robbery or attempted robbery, during | MUR-0933-F1 |
| 18.2-31(15) | MURDER | Aggravated | Witness | MUR-0992-F1 |
| 18.2-31(14) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Judge | MUR-0991-F2 |
| 18.2-31(2) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Killing for hire | MUR-0909-F1 |
| 18.2-31(13) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Killing in the commission of terroristic act | MUR-0910-F1 |
| 18.2-31(12) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Killing person under age 14 by person 21 or older | MUR-0983-F2 |
| 18.2-31(7) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | More than one person | MUR-0985-F2 |
| 18.2-31(8) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | More than one person in a 3 year period | MUR-0986-F2 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-31(11) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Pregnant victim | MUR-0987-F2 |
| 18.2-31(3) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Prisoner | MUR-0988-F2 |
| 18.2-31(5) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Rape, sodomy, object penetration or attempt, during | MUR-0982-F2 |
| 18.2-31(6) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Law enforcement officer | MUR-0984-F2 |
| 18.2-31(4) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Robbery or attempted robbery, during | MUR-0989-F2 |
| 18.2-31(1) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Abduction, in commission of | MUR-0980-F2 |
| 18.2-31(10) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Continuing criminal drug enterprise, by person engaged in a | MUR-0908-F1 |
| 18.2-31(9) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Drug distribution involv. Sch. I or II, in furtherance of | MUR-0981-F2 |
| 18.2-31(15) | MURDER | Aggravated - Accessory Before the Fact / Principal 2nd Deg. | Witness | MUR-0993-F2 |

5

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-97 | LARCENY | Animals | Animals (dog, horse, pony, mule, cow, steer, bull, calf) | LAR-2317-F5 |
| 18.2-97 | LARCENY | Animals | Certain animals and poultry worth less than $1000 | LAR-2318-F6 |
| 18.2-95(ii) | LARCENY | Auto or Motor Vehicle | Auto theft - grand larceny | LAR-2404-F9 |
| 18.2-98 | LARCENY | Bank Notes, Checks, Etc. | Or any book of accounts - value $1000 or more | LAR-2334-F9 |
| 18.2-361(A) | SEX OFFENSES | Bestiality | Bestiality, carnally know any brute animal | SEX-3606-F6 |
| 18.2-58.1(A) | ROBBERY | Carjacking | Carjacking | ROB-1217-F9 |
| 18.2-58.1(A) | ROBBERY | Carjacking | Carjacking | ROB-1217-F9 |
| 18.2-58.1(A) | ROBBERY | Carjacking | Carjacking with use of gun or simulated gun | ROB-1224-F9 |
| 18.2-89 | BURGLARY | Common Law - Larceny, Other Felony/Night | Dwelling at night w/intent to commit felony or larceny | BUR-2221-F3 |
| 18.2-89 | BURGLARY | Common Law - Larceny, Other Felony/Night | Dwelling at night w/intent to commit felony/larceny - deadly weapon | BUR-2222-F2 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-170 by computer- coins or bank notes | COM-2280-F4 |
| 18.2-152.14 | COMPUTER CRIME | Computer Fraud - Forgery Instrument | Violation of §18.2-173 by computer - forged bank notes 10 or more | COM-2285-F6 |
| 18.2-58(1) | ROBBERY | Death | Robbery causes death | ROB-1230-F2 |

6

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-95(iii) | LARCENY | Firearm | Firearms, regardless of value, not from person | LAR-2383-F9 |
| 18.2-58(2) | ROBBERY | Firearm | Robbery by using firearm or displaying a firearm | ROB-1232-F3 |
| 28.2-560 | GAME, FISH, WILDLIFE | Fisheries/Tidal Waters - Oysters | Larceny from oyster-planting ground, value ≥ $1000 | GFW-3442-F9 |
| 28.2-527 | GAME, FISH, WILDLIFE | Fisheries/Tidal Waters - Oysters | Theft of oysters, clams, shells, etc., valued at $1000 or more | GFW-3429-F9 |
| 18.2-170 | FRAUD | Forging - Bank Notes, Etc. | Coins or bank notes | FRD-2514-F4 |
| 18.2-151 | VANDALISM, DAMAGE PROPERTY | Gasoline Pump | Open or carry away gasoline pumps | VAN-2931-F6 |
| 18.2-95(i) | LARCENY | Grand | $5 or more from person | LAR-2361-F9 |
| n/a | LARCENY | Grand | Grand Larceny - Type not clear from record | LAR-2363-F9 |
| 18.2-95(ii) | LARCENY | Grand | $1000 or more not from person | LAR-2359-F9 |
| 18.2-58(3) | ROBBERY | Injury, No Serious | Robbery by using physical force, no serious bodily injury | ROB-1233-F5 |
| 18.2-58(1) | ROBBERY | Injury, Serious | Robbery causes serious bodily injury | ROB-1231-F2 |
| 18.2-36.1(A) | MURDER | Manslaughter | Involuntary manslaughter, under the influence - vehicular | MUR-0947-F5 |

7

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-35 | MURDER | Manslaughter | Voluntary manslaughter | MUR-0944-F5 |
| 18.2-46.5(D) | TERRORISM | Material Support | Provide material support to terrorist, results in death | TER-8009-F2 |
| 18.2-33 | MURDER | Non Aggravated Murder | Felony | MUR-0934-F9 |
| 18.2-32.1 | MURDER | Non Aggravated Murder | Pregnant victim, without premeditation | MUR-0936-F9 |
| 18.2-32 | MURDER | Non Aggravated Murder | Second degree | MUR-0935-F9 |
| 18.2-32 | MURDER | Non Aggravated Murder | First degree | MUR-0925-F2 |
| 18.2-475 | ESCAPES | Officer Contributes | Officer voluntarily allowing felon escape, convicted or not | ESC-4913-F4 |
| 18.2-61 | SEXUAL ASSAULT | Rape, Forcible | Rape, Forcible - Type not clear from record | RAP-1162-F9 |
| 18.2-61(A,i) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim by force, threat or intimidation | RAP-1129-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13 | RAP-1130-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13 | RAP-1130-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13 (indicted as an adult) | RAP-1131-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13 (indicted as an adult) | RAP-1131-F9 |

8

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13, w/kidnapping, burglary, wounding | RAP-1150-F9 |
| 18.2-61(A,iii) | SEXUAL ASSAULT | Rape, Forcible | Intercourse with victim under age 13, w/kidnapping, burglary, wounding | RAP-1150-F9 |
| 18.2-108.01(B) | LARCENY | Receiving/Possession - Intent to Sell | Intent to sell/distribute stolen property aggregate value $1000 + | LAR-2303-F5 |
| 18.2-103.1 | LARCENY | Retail Theft, Organized | Conspire retail theft aggregate value >$5000 over 90 days | LAR-2301-F3 |
| 18.2-67.1(A,2) | SEXUAL ASSAULT | Sodomy, Forcible | By force, threat, mental incap/helplessness of victim age 13+ | RAP-1132-F9 |
| 18.2-67.1(A,2) | SEXUAL ASSAULT | Sodomy, Forcible | By force, threat, mental incap/helplessness of victim age 13+ | RAP-1132-F9 |
| 18.2-67.1 | SEXUAL ASSAULT | Sodomy, Forcible | Sodomy, Forcible - Type not clear from record | RAP-1165-F9 |
| 18.2-67.1(A) | SEXUAL ASSAULT | Sodomy, Forcible | Spouse by force, threat, etc. | RAP-1142-F9 |
| 18.2-67.1(A) | SEXUAL ASSAULT | Sodomy, Forcible | Spouse by force, threat, etc. | RAP-1142-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13 | RAP-1133-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13 | RAP-1133-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13 (indicted as an adult) | RAP-1153-F9 |

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13 (indicted as an adult) | RAP-1153-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13, w/kidnapping, burglary, wounding | RAP-1151-F9 |
| 18.2-67.1(A,1) | SEXUAL ASSAULT | Sodomy, Forcible | Victim under age 13, w/kidnapping, burglary, wounding | RAP-1151-F9 |
| 18.2-90 | BURGLARY | Statutory - Murder, Rape, Rob, Arson | Dwelling house with intent to commit murder, rape, rob, arson | BUR-2211-F3 |
| 18.2-90 | BURGLARY | Statutory - Murder, Rape, Rob, Arson | Dwelling house with intent to murder, etc. - deadly weapon | BUR-2212-F2 |
| 18.2-91 | BURGLARY | Statutory - Other Felony, Assault & Battery | Dwelling with intent to commit larceny, A&B, etc. - deadly weapon | BUR-2214-F2 |
| 18.2-58(4) | ROBBERY | Threat | Robbery by threat etc., no deadly weapon | ROB-1239-F6 |
| 18.2-481 | TREASON | Type | Levying war against national or state government | TRE-0111-F2 |
| 58.1-4018.1(A) | LOTTERY | Type | Larceny of lottery ticket(s), ≥ $1000 | LOT-3984-F9 |
| n/a | ROBBERY | Type Not Clear | Robbery - Type not clear from record | ROB-1216-F9 |
| n/a | MURDER | Type Not Clear From Record | Aggravated Murder - Type not clear from record | MUR-0916-F1 |

10

| Va. Code Section | 2024 Va. Crime Codes (VCC) Category | VCC Type | VCC Description | VCC Number |
|---|---|---|---|---|
| n/a | MURDER | Type Not Clear From Record | Capital Murder (Prior to July 1, 2021) - Type not clear from record | MUR-0915-F1 |
| 18.2-58(3) | ROBBERY | Weapon, Other Deadly | Robbery by using or displaying other deadly weapon (not firearm) | ROB-1234-F5 |

11