IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TATI ABU KING *and* TONI HEATH JOHNSON,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>JOHN O'BANNON, *in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia*; ROSALYN R. DANCE, *in her official capacity as Vice Chair of the State Board of Elections for the Commonwealth of Virginia*; GEORGIA ALVIS-LONG, *in her official capacity as Secretary of the State Board of Elections for the Commonwealth of Virginia*; DONALD W. MERRICKS, *in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia*; MATTHEW WEINSTEIN, *in his official capacity as a member of the State Board of Elections for the Commonwealth of Virginia*; SUSAN BEALS, *in her official capacity as Commissioner of the Department of Elections for the Commonwealth of Virginia*; ERIC SPICER, *in his official capacity as the General Registrar of Fairfax County, Virginia*; and SANDY C. ELSWICK, *in her official capacity as the General Registrar of Smyth County, Virginia*,<br><br>    Defendants. | Case No. 3:23-cv-00408 (JAG) |

**PLAINTIFFS' MOTION TO PARTIALLY SEAL PLAINTIFFS'
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
AND REGARDING THE APPROPRIATE EQUITABLE REMEDY AND TO SEAL
<u>EXHIBITS TO THE DECLARATION OF NICHOLAS WERLE IN SUPPORT</u>**

Pursuant to Rule 5 of the Local Civil Rules for the United States District Court for the Eastern District of Virginia, Plaintiffs Tati Abu King and Toni Heath Johnson respectfully move the Court for an order granting this motion to seal the exhibits to the Declaration of Nicholas Werle and quotations from and descriptions of the exhibits in Plaintiffs' Supplemental Brief in Support of Motion for Summary Judgment and Regarding the Appropriate Equitable Remedy, filed herewith. The proposed sealed materials contain policy information regarding the procedures of the Virginia Department of Elections and Virginia State Police, as well as personally-identifiable information of non-parties, and were designated "Confidential" by Defendants under the Stipulated Protective Order. In support of this motion, Plaintiffs refer to the Memorandum in Support filed contemporaneously herewith and any response by Defendants filed pursuant to Local Civil Rule 5(C).

Dated: November 6, 2025

Vishal Agraharkar (VSB No. 93265)
Eden Heilman (VSB No. 93554)
ACLU FOUNDATION OF VIRGINIA
P.O. Box 26464
Richmond, VA 23219
(804) 523-2151
vagraharkar@acluva.org
eheilman@acluva.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
jared.davidson@protectdemocracy.org

Benjamin L. Berwick*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Beau C. Tremitiere*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, Suite 153
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org

Respectfully submitted,

*/s/ Brittany Blueitt Amadi*
Brittany Blueitt Amadi (VSB No. 80078)
Medha Gargeya*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
(202) 663-6000
brittany.amadi@wilmerhale.com

Robert Kingsley Smith*
Jason H. Liss*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
robert.smith@wilmerhale.com

Nicholas Werle*
Brandon Roul*
Dylan S. Reichman*
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

Nitisha Baronia*
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 California Street, St # 3600
San Francisco, CA 94111
(202) 718-6494
nitisha.baronia@wilmerhale.com

*Counsel for Plaintiffs*
*admitted pro hac vice*

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on November 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record and I caused the sealed version of Exhibits to the Declaration of Nicholas Werle to be served by email on counsel of record for Defendants.

                                                 */s/ Brittany Blueitt Amadi*
                                                 Brittany Blueitt Amadi (VSB No. 80078)
                                                 *Counsel for Plaintiff*