IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TATI ABU KING, *et al.*,
    Plaintiffs,

v.                            Civil Action No. 3:23cv408

JOHN O'BANNON, in his official
capacity as Chairman of the State Board
of Elections for the Commonwealth of
Virginia, *et al.*,
    Defendants.

## ORDER

This matter comes before the Court on its own initiative. On October 24, 2025, the Court ordered supplemental briefing to address issues relating to potential injunctive relief in this case. (ECF No. 182.) On November 20, 2025, the defendants filed their supplemental brief, which argued that such injunctive relief would violate the Constitution. (ECF No. 199.) At the same time, the defendants filed a notice of constitutional questions pursuant to Federal Rule of Civil Procedure 5.1. (ECF No. 200.)

Under the Court's October 24, 2025, Order, the plaintiffs must reply to the defendants' brief by Thursday, December 4, 2025. (ECF No. 182, at 1.) Accordingly, the Court DIRECTS that the plaintiffs' forthcoming brief respond to the constitutional arguments raised in the defendants' brief, (ECF No. 199) and notice of constitutional questions, (ECF No. 200).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 24 November 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge