IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TATI ABU KING, *et al.*,

                Plaintiffs,

v.

JOHN O'BANNON, in his official
capacity as Chairman of the State Board
of Elections for the Commonwealth of
Virginia, *et al.*,

                Defendants.

Civil Action No. 3:23cv408

**ORDER**

This matter comes before the Court on two motions to withdraw as attorney. (ECF No. 209, 217.) Thomas J. Sanford, Esq., and Kevin M. Gallagher, Esq., moves to withdraw because they have resigned from the Office of the Attorney General. Graham K. Bryant, Esq., and other attorneys from the Office of the Attorney General will continue representing the defendants.

Upon due consideration, the Court GRANTS the motions. (ECF No. 209, 217.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 20 January 2026
Richmond, VA

              /s/
              John A. Gibney, Jr.
              Senior United States District Judge