IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TATI ABU KING, *et al.*,
    Plaintiffs,

v.                                                    Civil Action No. 3:23cv408

JOHN O'BANNON, in his official
capacity as Chairman of the State Board
of Elections for the Commonwealth of
Virginia, *et al.*,
    Defendants.

## ORDER

This matter comes before the Court on five motions to withdraw as attorney. (ECF Nos. 212, 213, 214, 215, 216.) John D. Ramer, Esq.; Haley N. Proctor, Esq.; Joseph O. Masterman, Esq.; Bradley L. Larson, Esq.; and Charles J. Cooper, Esq., move to withdraw because their firm, Cooper & Kirk, no longer represents the defendants. Attorneys from the Office of the Attorney General of the Commonwealth of Virginia will continue representing the defendants.

Upon due consideration, the Court GRANTS the motions. (ECF Nos. 212, 213, 214, 215, 216.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 20 January 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge