**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| TATI ABU KING, *et. al.*<br><br>    *Plaintiffs,*<br><br>    *v.*<br><br>JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia, *et. al.,*<br><br>    Defendants. | Case No. 3:23-cv-00408 (JAG) |

**[PROPOSED] ORDER EXTENDING IMPLEMENTATION DEADLINE**

This matter comes before the court on the parties' Joint Stipulation to Extend Implementation Deadline.  For good cause shown, the Court ORDERS as follows:

1.  The deadline for Defendants' compliance with the injunctive relief set forth in the Court's Final Order (ECF No. 223) is extended from May 1, 2026, to June 1, 2026.

2.  During the extension period, Defendants shall continue their efforts to implement the Court's Final Order.

3.  Nothing in this Order alters, limits, or delays the legal effect of the declaratory relief set forth in the Court's Final Order.

Let the Clerk send a copy of this order to all counsel of record.

It is SO ORDERED.

_____
DATE

_____
Senior U.S. District Judge John A. Gibney