IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TATI ABU KING, *et al.*,
                 Plaintiffs,

v.                                               Civil Action No. 3:23cv408

JOHN O'BANNON, in his official
capacity as Chairman of the State Board
of Elections for the Commonwealth of
Virginia, *et al.*,
                 Defendants.

## <u>ORDER</u>

This matter comes before the Court on its own initiative. On July 9, 2026, the Court held a hearing on the pending motion to enforce the injunction in this case. The Court now DIRECTS the defendants[1] to comply with the following instructions by **Thursday, July 16, 2026**:

1. The defendants SHALL submit a sworn statement[2] attaching the current list of disqualifying felonies and the secondary list of potentially disqualifying felonies.

2. The defendants SHALL submit a sworn statement attaching the current forms used for potential voters to register, including any secondary assessment form.

3. The defendants SHALL submit a sworn statement attaching a copy of the written instructions the Commonwealth of Virginia provides to registrars. The defendants SHALL highlight the portions of the instructions that deal with felony convictions.

4. Counsel SHALL submit a sworn statement describing the amount of time it would take to change the voter registration form and the steps necessary to make any changes.

---

[1] For a complete list of defendants, see this Court's Opinion. (ECF No. 222, at 2 n.2.)

[2] As used in this Order, "sworn statement" means either an affidavit or declaration attested to by a relevant election official for the Commonwealth of Virginia.

5. Counsel SHALL submit a written statement describing the amount of time it would take to update and circulate the new instructions to registrars.

6. Counsel SHALL submit to the Court a written statement listing all meetings that the Virginia State Board of Elections will hold for the rest of the year.

7. Counsel SHALL contact the Smyth County Registrar to inform the County of inaccurate information listed on its website.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: __9 July 2026__
Richmond, VA

_____/s/_____
John A. Gibney, Jr.
Senior United States District Judge

2