**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| TATI ABU KING, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 3:23-cv-408-JAG |
| | ) |
| JOHN O'BANNON, in his official capacity as | ) |
| Chairman of the State Board of Elections for | ) |
| the Commonwealth of Virginia, *et al.*, | ) |
| | ) |
|     Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
RESPONSE TO AMICI CURIAE BRIEF**

NOW COME Defendants, by counsel, and pursuant to Local Civil Rule 7(F)(1), respectfully move for leave to file the attached Defendants' Response to Amici Curiae Brief. In support of this Motion, Defendants state as follows:

1. Plaintiffs' Motion to Enforce the Court's Order was fully briefed, and the Court heard argument on that motion on July 9, 2026.

2. Following the hearing, the Court directed Defendants to submit specified sworn factual information concerning the Commonwealth's implementation of the Court's Final Order. Defendants submitted the requested declaration and supporting materials on July 16, 2026. *See* Dkts. 257–58.

3. The following day, Bridging the Gap in Virginia and the League of Women Voters of Virginia moved for leave to file an amicus brief in support of Plaintiffs' Motion to Enforce. Dkt. 259. The Court subsequently granted leave and accepted the amicus brief. *See* Dkt. 262.

4. The amicus brief does not merely provide background or a distinct perspective on the issues the parties briefed and argued. It asks the Court to enter "a new order" granting "specific relief" based not only on the Final Order, but also on multiple independent theories under the National Voter Registration Act, the First Amendment, and the Fourteenth Amendment. Dkt. 259-1 at 7–9. It also advances a new methodology for classifying felony convictions, relies on extra-record factual assertions and unsworn advocacy letters, and renews a demand for relief concerning incarcerated voters that the Court previously held was not requested, litigated, or included in the Final Order. *See* Dkt. 259-1 at 14 n.4, 22; Dkts. 259-2, 259-3.

1

5. The amicus brief develops independent claims, authorities, and requests for relief that were not fully presented or tested in the completed briefing. Several concern claims that were never pleaded or adjudicated in this case and obligations that do not appear in the Final Order Plaintiffs seek to enforce. The amicus brief nevertheless asks the Court to rely on those new claims and theories when resolving the pending enforcement motion.

6. Fundamental fairness and the adversarial process therefore warrant allowing Defendants an opportunity to respond before the Court considers amici's new arguments or requested relief.

7. Defendants' proposed response is focused and will not delay resolution of Plaintiffs' Motion to Enforce. It addresses the proper scope of this enforcement proceeding, the relief contained in the Final Order, the Court's prior rulings concerning incarcerated voters, and material distortions of the existing record. Defendants do not seek to re-open the parties' original briefing or litigate the merits of amici's unpleaded claims.

8. Defendants have attached their proposed response as Exhibit A so that the Court may consider it immediately if leave is granted.

WHEREFORE, Defendants respectfully request that the Court grant this Motion, accept the attached Defendants' Response to Amici Curiae Brief for filing, and grant such other and further relief as the Court deems just and proper.

Dated: July 28, 2026

Respectfully submitted,

JOHN O'BANNON
ROSALYN R. DANCE
GEORGIA ALVIS-LONG
CHRISTOPHER P. STOLLE
SALLY HUDSON
STEVEN KOSKI
ERIC SPICER
SANDY C. ELSWICK

By: ___*/s/ Ethan P. Fallon*___
ETHAN P. FALLON (VSB No. 102491)
*Deputy Solicitor General*

JAY JONES
*Attorney General*

TILLMAN J. BRECKENRIDGE (VSB No. 84657)
*Solicitor General*

TRAVIS G. HILL
*Chief Deputy Attorney General*

TRISTON C. O'SAVIO (VSB No. 100111)
*Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-9527 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

3

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on July 28, 2026, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notice of the filing (NEF) to all

parties of record.

*/s/ Ethan P. Fallon*
Ethan P. Fallon (VSB No. 102491)
*Deputy Solicitor General*