IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TATI ABU KING, *et al.*,
                    Plaintiffs,

v.                                                 Civil Action No. 3:23cv408

JOHN O'BANNON, in his official
capacity as Chairman of the State Board
of Elections for the Commonwealth of
Virginia, *et al.*,
                    Defendants.

## ORDER

This matter comes before the Court on a motion for leave to file a response to an *amici curiae* brief filed by the defendants, a group of election officials in the Commonwealth of Virginia.[1] (ECF No. 271.) On July 17, 2026, two organizations—Bridging the Gap in Virginia and the League of Women Voters of Virginia—filed an *amici* brief supporting a pending motion to enforce the final order in this case. (ECF No. 259.) In short, the brief argues that the defendants' current attempts to comply with the Court's order independently violate federal law and that the defendants must process voter registrations submitted by incarcerated people. The Court permitted the organizations to file that brief. (ECF No. 262.) The defendants now ask for leave to respond to the *amici* brief because it "develops independent claims, authorities, and requests for relief that were not fully presented or tested in the completed briefing." (ECF No. 271.)

Courts regularly direct parties to respond to *amici* briefs, even when the *amici* address only issues fully briefed by the parties. *See, e.g., Fed. Energy Regul. Comm'n v. Powhatan Energy Fund, LLC*, 3:15cv452, 2017 WL 11682615, at *1–2 (E.D. Va. Mar. 15, 2017). Here, the

---

[1] For a full list of the defendants in this case, see this Court's summary judgment opinion. (ECF No. 222, at 2.)

defendants' response brief will address issues not addressed or fleshed out earlier.  Accordingly, fairness would permit them to file a response.

Upon due consideration, the Court GRANTS the motion, (ECF No. 271), and DEEMS the defendants to have filed the response brief by attaching it as an exhibit to their motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 29 July 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

2