IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TATI ABU KING, *et al.*,
Plaintiffs,

v. Civil Action No. 3:23cv408

JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia, *et al.*,
Defendants.

**ORDER**

This matter comes before the Court on a motion to enforce the Court's order filed by the plaintiffs, Toni Heath Johnson and Tati Abu King. (ECF No. 239.)

For the reasons stated in the accompanying Opinion, the Court DENIES IN PART and GRANTS IN PART the motion. (ECF No. 239.) The Court DIRECTS the defendants to continue implementing the Court's injunction consistent with its summary judgment decision and this Opinion and Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 19 August 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge