IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TATI ABU KING, *et al.*,
Plaintiffs,

v. Civil Action No. 3:23cv408

JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections for the Commonwealth of Virginia, *et al.*,
Defendants.

**ORDER**

This matter comes before the Court on a motion to withdraw as counsel. (ECF No. 279.) Adam Harper, Esq., moves to withdraw as counsel for the plaintiffs because he terminated his employment with Wilmer, Cutler, Pickering, Hale & Dorr LLP. Other attorneys at Mr. Harper's former firm will continue their representation of the plaintiffs.

Upon due consideration, the Court GRANTS the motion. (ECF No. 279.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 28 August 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge